IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| INTERNATIONAL PAPER COMPANY, | )<br>)<br>) Case No. 2:22-cv-02789-MSN-cgc |
| Plaintiff, | ) |
| v. | )<br>) |
| BEAZLEY INSURANCE COMPANY, INC., and ZURICH AMERICAN INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, Matthew M. Burke, hereby withdraws his appearance in the above matter as counsel for Defendant Beazley Insurance Company "Beazley"). Eugene P. Murphy will continue as counsel for Beazley.

Dated: January 30, 2024

Respectfully submitted,

 /s/ Matthew M. Burke
Matthew M. Burke
**ROBINSON & COLE LLP**
One Boston Place, 26th Floor
Boston, MA 02108
Tel: (617) 557-5996
mburke@rc.com

*Attorney for Defendant Beazley Insurance Company*

1

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system on January 30, 2024, on all counsel of record.

Date: January 30, 2024             */s/ Matthew M. Burke*
                                                       Matthew M. Burke