IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL PAPER COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:22-cv-2789-MSN-CGC |
| BEAZLEY INSURANCE COMPANY, INC. and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### COVER SHEET LISTING NON-SEALED EXHIBITS IN SUPPORT OF INTERNATIONAL PAPER COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff International Paper Company submits this notice listing all of its exhibits in support of its motion for partial summary judgment, ECF Nos. 94-96, that are not filed under seal.

Exhibit 1.
Exhibit 2.
Exhibit 3.
Exhibit 4.
Exhibit 5.
Exhibit 6.
Exhibit 12.
Exhibit 13.
Exhibit 16.
Exhibit 17.
Exhibit 18.
Exhibit 20.
Exhibit 27.
Exhibit 28.
Exhibit 31.
Exhibit 32.

| | |
|---|---|
| Dated: January 30, 2024 | Respectfully submitted,<br>K&L Gates LLP<br><br>*s/ John Sylvester*<br><br>Jason W. Callen (TN Bar #015076)<br>501 Commerce Street<br>Suite 1500<br>Nashville, TN 37203<br>(615) 780-6700<br>Jason.callen@klgates.com<br><br>John M. Sylvester (admitted *pro hac vice*)<br>Laura K. Veith (admitted *pro hac vice*)<br>Nathan Townsend (admitted *pro hac vice*)<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222<br>(412)-355-6500<br>John.sylvester@klgates.com<br>Laura.veith@klgates.com<br>Nathan.townsend@klgates.com<br><br>*Counsel for Plaintiff International Paper Company* |

-2-
317703349.1