# **Exhibit 2**

# Form 1120S — U.S. Income Tax Return for an S Corporation

**Form 1120S**
Department of the Treasury
Internal Revenue Service

U.S. Income Tax Return for an S Corporation
► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► See separate instructions.

OMB No. 1545-0130

**2011**

COPY

For calendar year 2011 or tax year beginning _____ , 2011, ending _____

| | | |
|---|---|---|
| **A** S election effective date: 08/02/05 | **TYPE OR PRINT** | Name: Diversified Global Sourcing Inc. |
| **B** Business activity code number (see instrs): 423800 | | Number, street, and room or suite no. If a P.O. box, see instructions.: P.O. Box 11443 |
| **C** Check if Sch M-3 attached ☐ | | City or town, state, and ZIP code: Memphis   TN 38111-0443 |

**D** Employer identification number: [redacted]
**E** Date incorporated: 08/02/05
**F** Total assets (see instructions): $ 78,976.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........ ► 1

Caution. Include *only* trade or business income and expenses on lines 1a through 21. See the instructions for more information.

## Income

| | | | |
|---|---|---|---|
| 1a | Merchant card and third-party payments. For 2011, enter -0- | 1a | 0. |
| b | Gross receipts or sales not reported on line 1a (see instructions) | 1b | 480,771. |
| c | Total. Add lines 1a and 1b | 1c | 480,771. |
| d | Returns and allowances plus any other adjustments (see instructions) | 1d | |
| e | Subtract line 1d from line 1c | 1e | 480,771. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 340,966. |
| 3 | Gross profit. Subtract line 2 from line 1e | 3 | 139,805. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instrs — att statement) | 5 | |
| 6 | Total income (loss). Add lines 3 through 5 ► | 6 | 139,805. |

## Deductions (See Instructions)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | |
| 13 | Interest | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 3,060. |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | 4,243. |
| 17 | Pension, profit-sharing, etc, plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) * STMT | 19 | 114,750. |
| 20 | Total deductions. Add lines 7 through 19 ► | 20 | 122,053. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | 17,752. |

## Tax and Payments

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120S) | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | 22c | |
| 23a | 2011 estimated tax payments and 2010 overpayment credited to 2011 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Add lines 23a through 23c | | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 | Enter amount from line 26 **Credited to 2012 estimated tax** ►       Refunded ► | | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► Signature of officer    Date    ► Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| S.Krishnan | S.Krishnan | 3/13/12 | ☐ | P00399909 |

Firm's name ► ACCOUNTING & TAX SERVICES PC
Firm's address ► 3340 POPLAR AVE STE 130
MEMPHIS   TN 38111
Firm's EIN ► 80-0737186
Phone no.

BAA For Paperwork Reduction Act Notice, see separate instructions.    SPSA0112  12/12/11    Form **1120S** (2011)

DGS_0005621

| Schedule B | Other Information (see instructions) | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [X] Cash  b [ ] Accrual  c [ ] Other (specify) ► | | |
| 2 | See the instructions and enter the: | | |
|   | a Business activity ► _____  b Product or service ► _____ | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a qualified subchapter S subsidiary election made? ... * ..STMT.. | X | |
| 4 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ► [ ]  If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ► $ _____ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ......... $ _____ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year and its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 | | X |
| 9 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes', see instructions | | |
| 10a | Did the corporation make any payments in 2011 that would require it to file Form(s) 1099 (see instructions)? | | |
| b | If 'Yes,' did the corporation file or will it file all required Forms 1099? | | |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| I N C O M E  L O S S | 1 Ordinary business income (loss) (page 1, line 21) | 1 | 17,752. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) ... 3a | | |
| | b Expenses from other rental activities (attach statement) ... 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Interest income | 4 | |
| | 5 Dividends: a Ordinary dividends | 5a | |
| | b Qualified dividends ... 5b | | |
| | 6 Royalties | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b Collectibles (28%) gain (loss) ... 8b | | |
| | c Unrecaptured section 1250 gain (attach statement) ... 8c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss) (see instructions) ............ Type ► | 10 | |

Form 1120S (2011)

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | 11 Section 179 deduction *(attach Form 4562)* | 11 | |
| | 12a Contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures **(1)** Type ► _____ **(2)** Amount ► | 12c (2) | |
| | d Other deductions *(see instructions)* ... Type ► | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | 13c | |
| | d Other rental real estate credits *(see instrs)* Type ► | 13d | |
| | e Other rental credits *(see instrs)* Type ► | 13e | |
| | f Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)* | 13f | |
| | g Other credits *(see instructions)* ...... Type ► | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession ► | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | *Foreign gross income sourced at corporate level* | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other *(attach statement)* | 14f | |
| | *Deductions allocated and apportioned at shareholder level* | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other *(attach statement)* | 14k | |
| | *Other information* | | |
| | l Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit *(attach statement)* | 14m | |
| | n Other foreign tax information *(attach statement)* | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | 0. |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties — gross income | 15d | |
| | e Oil, gas, and geothermal properties — deductions | 15e | |
| | f Other AMT items *(attach statement)* | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | 960. |
| | d Distributions *(attach stmt if required) (see instrs)* | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts *(attach statement)* | | |
| **Reconciliation** | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | 17,752. |

Form 1120S (2011)
BAA

| Form **1125-A** (December 2011) Department of the Treasury Internal Revenue Service | Cost of Goods Sold ► Attach to Form 1120, 1120-C, 1120-F, 1120-S, 1065, and 1065-B. | OMB No. 1545-2225 |
|---|---|---|

Name: Diversified Global Sourcing Inc.

Employer identification number: [redacted]

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | 340,966. |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | |
| 6 | Total. Add lines 1 through 5 | 340,966. |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | 340,966. |

9a Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☐ Lower of cost or market
  (iii) ☐ Other (Specify method used and att. expl.) ► _____

 b Check if there was a writedown of subnormal goods ► ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ► ☐
 d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ☐ Yes ☐ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ☐ Yes ☐ No

BAA For Paperwork Reduction Act Notice, see separate instructions.                    Form **1125-A** (12-2011)

DGS_0005624

# Schedule K-1
## (Form 1120S)

**2011**

For calendar year 2011, or tax year beginning _____, 2011 ending _____

Department of the Treasury
Internal Revenue Service

## Shareholder's Share of Income, Deductions, Credits, etc ► See page 2 of form and separate instructions.

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0130

671111

### Part I — Information About the Corporation

**A** Corporation's employer identification number
[REDACTED]

**B** Corporation's name, address, city, state, and ZIP code
Diversified Global Sourcing Inc.
P.O. Box 11443
Memphis, TN 38111-0443

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
[REDACTED]

**E** Shareholder's name, address, city, state, and ZIP code
Shiv Kumar Seetharaman
16, Carol Avenue
Curlingame , CA 92010

**F** Shareholder's percentage of stock ownership for tax year ............... 100.00000 %

FOR IRS USE ONLY

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 17,752. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Foreign transactions | |
| 15 | Alternative minimum tax (AMT) items | A  0. |
| 16 | Items affecting shareholder basis | C  960. |
| 17 | Other information | |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2011

SPSA0412  08/02/11

DGS_0005625

Form 1120S (2011) Diversified Global Sourcing Inc. Page 4

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | 8,468. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | | | 77,450. | |
| b Less accumulated depreciation | | | 3,060. | 74,390. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt) | | | | |
| 15 Total assets | | | | 82,858. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) | | | | |
| 19 Loans from shareholders | | | | 65,000. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | | | 58,162. |
| 22 Capital stock | | | | 1,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | -58,096. | | -41,304. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | | | 82,858. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | |
|---|---|---|
| 1 Net income (loss) per books | 16,792. | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | |
| a Depreciation $ | | |
| b Travel and entertainment $ 960. | 960. | |
| 4 Add lines 1 through 3 | 17,752. | |
| 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| a Tax-exempt interest $ | | |
| 6 Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): | | |
| a Depreciation $ | | |
| 7 Add lines 5 and 6 | | |
| 8 Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | | 17,752. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | -58,096. | | |
| 2 Ordinary income from page 1, line 21 | 17,752. | | |
| 3 Other additions | | | |
| 4 Loss from page 1, line 21 | | | |
| 5 Other reductions * STMT | 960. | | |
| 6 Combine lines 1 through 5 | -41,304. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | -41,304. | | |

SPSA0134 06/03/11

Form 1120S (2011)

DGS_0005626

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions. ► Attach to your tax return. | **2011** Attachment Sequence No. 179 |

Name(s) shown on return: Diversified Global Sourcing Inc.
Identifying number: [redacted]

Business or activity to which this form relates: Form 1120S Line 21

### Part I — Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2010 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2012. Add lines 9 and 10, less line 12 ► | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| 17 | MACRS deductions for assets placed in service in tax years beginning before 2011 | 17 | |
|---|---|---|---|
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2011 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2011 Tax Year Using the Alternative Depreciation System**

| 20a Class life | | | | | S/L | |
|---|---|---|---|---|---|---|
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 3,060. |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 3,060. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.     FDIZ0812 05/20/11     Form 4562 (2011)

DGS_0005627

Diversified Global Sourcing Inc.                                                                1

Form 1120S, Page 1, Line 19
**Other Deductions**

| | |
|---|---:|
| Auto Expenses | 3,301. |
| Travel | 56,268. |
| Professional fees | 425. |
| Contract Labor | 42,760. |
| Telephone expense | 2,359. |
| Misc. | 2,493. |
| Meals and entertainment (50%) | 961. |
| Supplies | 2,864. |
| Postage | 99. |
| Insurance | 2,156. |
| Professional develpment | 1,064. |
| Total | 114,750. |

Form 1120S, Page 2, Schedule B, Question 3
**Ownership of Domestic Corporation**

Name .......... Shiv Kumar Seetharaman
Address ........ 16 E Carool ave.
Address line 2 ..
City ............. Curlingame          State CURL  ZIP Code
Employer identification number (EIN) ...........
Percentage owned............................
If 100% owned, was a QSub election made? ...... Yes [ ]   No [ ]

Form 1120S, Page 4, Schedule M-2, Line 5
**Schedule M-2, Other Reductions**

| | |
|---|---:|
| Meals and entertainment | 960. |
| Total | 960. |

## TENNESSEE DEPARTMENT OF REVENUE
## FRANCHISE, EXCISE TAX RETURN

**Please do not staple**

**FAE 170**
1030

| Taxable Year | Account No. | FEIN or SSN |
|---|---|---|
| Beginning: 01/01/11 | | |
| Ending: 12/31/11 | | |
| | Due Date | |
| | 04/16/12 | |

AMENDED RETURN, please check the box at right. ☐

FINAL RETURN for termination or withdrawal, please check box at right. Include copy of federal return. ☐

Application of Public Law 86-272 to Excise Tax, please check box at right. ☐

Payment for this return was sent via EFT, please check the box at right. ☐

Taxpayer has made an election to calculate net worth per the provisions of T.C.A 67-4-2103 (g)-(i), please check the box at right. ☐

### CHECK APPROPRIATE BLOCK(S):
- a ☐ Tennessee Domestic Corporation
- b ☐ Foreign Corporation
- c ☒ S Corporation
- d ☐ Insurance Company
- e ☐ LLC
- f ☐ Single Member LLC/individual
- g ☐ Single Member LLC/corporation
- h ☐ Single Member LLC/general partnership
- i ☐ Single Member LLC/Division of parent (see instructions)
- j ☐ Series LLC/Series
- k ☐ PLLC
- l ☐ LP
- m ☐ LLP
- n ☐ RLLP
- o ☐ PRLLP
- p ☐ Business Trust
- q ☐ Not-For-Profit
- r ☐ Other

Diversified Global Sourcing Inc.

P.O. Box 11443

Memphis

TN        38111-0443

Enter the principal business activity code (NAICS) listed in federal IRC instructions that best describes the principal business activity in Tennessee.
**423800**

Date Tennessee Operations Began

If you use a paid preparer and do not want forms mailed to you next year, check box at right. ☐

### SCHEDULE A — COMPUTATION OF FRANCHISE TAX
| | | |
|---|---|---|
| 1 | Total net worth from Schedule F1, Line 5 or Schedule F2, Line 3 ........ 1 | -40,304. |
| 2 | Total real and tangible personal property from Schedule G, Line 15 ........ 2 | 74,390. |
| 3 | Franchise tax (25¢ per $100.00 or major fraction thereof on the greater of Lines 1 or 2; minimum $100.00) ........ 3 | 186. |

### SCHEDULE B — COMPUTATION OF EXCISE TAX
| | | |
|---|---|---|
| 4 | Income subject to excise tax from Schedule J, Line 32 ........ 4 | -38,422. |
| 5 | Excise tax (6.5% of Line 4) ........ 5 | 0. |
| 6 | Add: Recapture of tax credit from Schedule T, Part 2 ........ 6 | |
| 7 | Net excise tax due (Line 5 plus Line 6) ........ 7 | 0. |

### SCHEDULE C — COMPUTATION OF TOTAL TAX DUE OR OVERPAYMENT
| | | |
|---|---|---|
| 8 | Total Franchise and Excise taxes — Add Lines 3 and 7 ........ 8 | 186. |
| 9 | Deduct: Total credit from Schedule D, Line 7 (cannot exceed Line 8) ........ 9 | |
| 10 | Subtotal: Line 8 less Line 9 (if Line 9 exceeds Line 8, enter 0 here) ........ 10 | 186. |
| 11 | Deduct: Total payments from Schedule E, Line 7 ........ 11 | |
| 12 | Penalty (5% for each 30-day period of delinquency not to exceed 25%; minimum penalty is $15) ........ 12 | |
| 13 | Interest (7.2500 % per annum on taxes unpaid by the due date) ........ 13 | |
| 14 | Penalty on estimated franchise, excise tax payments ........ 14 | |
| 15 | Interest on estimated franchise, excise tax payments ........ 15 | |
| 16 | **Total amount due (overpayment)** — Add lines 10, 12, 13, 14, and 15, less Line 11 ........ 16 | 186. |

If overpayment reported on Line 16, complete A and/or B:
A ☐ Credit to next year's tax .. $ _____     B ☐ Refund ... $ _____

**POWER OF ATTORNEY** — Check YES if this taxpayer's signature certifies that this tax preparer has the authority to execute this form on behalf of the taxpayer and is authorized to receive and inspect confidential tax information and to perform any and all acts relating to respective tax matters. ☒ YES

Under penalties of perjury, I declare that I have examined this report, and to the best of my knowledge and belief, it is true, correct, and complete.

Taxpayer's Signature _____   Date _____   Title _____

Tax Preparer Signature _____   P00399909   3/13/12   901-452-4238
                                          Preparer's SSN   Date   Telephone

3340 POPLAR AVE STE 130     MEMPHIS       TN    38111
Preparer's Address          City          State ZIP Code

RV-R0011001
**FOR OFFICE USE ONLY** ▶

Remit amount on Line 16, payable to:
**TENNESSEE DEPARTMENT OF REVENUE**
Andrew Jackson State Office Building
500 Deaderick Street, Nashville, TN 37242

TNCZ0312  12/08/11

1703150000000020110101201112310120000000000000000120315386800000000000

Diversified Global Sourcing Inc.

### Schedule D — SCHEDULE OF CREDITS

1. Gross Premiums tax credit (cannot exceed Schedule C, Line 8) ............ 1
2. Tennessee Income Tax (cannot exceed Schedule B, Line 5) ............ 2
3. Green Energy Tax Credit/Carbon Charge Credit/Brownfield Property Credit/Relocation Expense Credits (attach schedule) ............ 3
4. Industrial Machinery Credit from Schedule T, Line 11 ............ 4
5. Jobs Tax Credit from Schedule X, Line 16 ............ 5
6. Jobs Tax Credit computed in accordance with T.C.A. Section 67-4-2109 (b)(2) from Schedule X, Line 21 ............ 6
7. Total Credit — Add lines 1 through 6 (Enter here and on Schedule C, Line 9) ............ 7

### Schedule E — SCHEDULE OF PAYMENTS

1. Overpayment from previous year if available ............ 1
2. First quarterly estimated payment ............ 2
3. Second quarterly estimated payment ............ 3
4. Third quarterly estimated payment ............ 4
5. Fourth quarterly estimated payment ............ 5
6. Extension payment ............ 6
7. Total payments — Add lines 1 through 6 (Enter here and on Schedule C, Line 11) ............ 7

## COMPUTATION OF FRANCHISE TAX

### Schedule F1 — NON-CONSOLIDATED NET WORTH

| | | |
|---|---|---|
| 1 Net Worth (total assets less total liabilities) | 1 | -40,304. |
| 2 Indebtedness to or guaranteed by parent or affiliated corporation | 2 | |
| 3 Total lines 1 and 2 | 3 | -40,304. |
| 4 Ratio (Schedules N, O, P, or R if applicable or 100%) | 4 | 100.0000 % |
| 5 Total — Line 3 multiplied by Line 4 (Enter here and on Schedule A, Line 1) | 5 | -40,304. |

### Schedule F2 — CONSOLIDATED NET WORTH

1. Consolidated Net Worth (total assets less total liabilities) ............ 1
2. Ratio (Schedule 170NC or 170SF) ............ 2    %
3. Total — Line 1 multiplied by Line 2 (Enter here and on Schedule A, Line 1) ............ 3

**NOTE:** Schedule F2 is to be completed only if the consolidated net worth election has been made.

### Schedule G — DETERMINATION OF REAL AND TANGIBLE PROPERTY

BOOK VALUE OF PROPERTY OWNED — Cost less accumulated depreciation — In Tennessee

1. Land ............ 1
2. Buildings, leaseholds, and improvements ............ 2
3. Machinery, equipment, furniture, and fixtures ............ 3
4. Automobiles and trucks ............ 4    74,390.
5. Prepaid supplies and other tangible personal property (Attach schedule) ............ 5
6. Share of partnership real and tangible property provided that the partnership does not file a return (Attach schedule) ............ 6
7. Inventories and work in progress ............ 7
   a. Deduct exempt inventory in excess of $30 million (Section 67-4-2108(a)(6)(B)) ............ 7a
8a. Deduct value of certified pollution control equipment (Include copy of certificate (Section 67-5-604)) and
 b. equipment used to produce electricity at a Certified Green Energy Production Facility ............ 8
9. Deduct exempt required capital investments (T.C.A. Section 67-4-2108(a)(6)(G)) ............ 9
10. SUBTOTAL — Add lines 1 through 7, less Line 7a through Line 9 ............ 10    74,390.

| Rental Value of Property Used but not Owned Net Annual Rental Paid for: | (A) In Tennessee | (B) | | (C) |
|---|---|---|---|---|
| 11 Real property | | x8 | 11 | |
| 12 Machinery and equipment used in manufacturing and processing | | x3 | 12 | |
| 13 Furniture, office machinery, and equipment | | x2 | 13 | |
| 14 Delivery or mobile equipment | | x1 | 14 | |
| 15 TENNESSEE TOTAL — Add lines 10 - 14 (Enter total here and on Schedule A, Line 2) | | | 15 | 74,390. |

TNCZ0812 12/08/11

DGS_0005630

| TAXABLE YEAR | TAXPAYER NAME | ACCOUNT NO./FEIN/SSN |
|---|---|---|
| 12/31/11 | Diversified Global Sourcing Inc. | |

## COMPUTATION OF EXCISE TAX

### Schedule J-1 — COMPUTATION OF NET EARNINGS FOR ENTITIES TREATED AS PARTNERSHIPS

1. Ordinary Income or Loss from Federal Form 1065, Line 22 plus any intangible expense to an affiliated business entity deducted for federal tax purposes ............................................................. 1

   **Additions:**

2. Additional income items specifically allocated to partners, including guaranteed payments to partners (Federal 1065 — Schedule K) ............................................................. 2

3. Any net loss or expense received from a 'pass-through' entity subject to the excise tax, or any net loss or expense distributed to a publicly traded REIT (include schedule of entities and FEINs) ............................................................. 3

4. Total — Add lines 1, 2, and 3 ............................................................. 4

   **Deductions:**

5. Additional expense items specifically allocated to partners (Federal 1065 — Schedule K) ............................................................. 5

6. Amount subject to self-employment taxes distributable or paid to each partner or member net of medical insurance payments previously deducted to determine Ordinary Income (Loss) on Form 1065 (If negative, enter zero) (Include on Schedule K, Line 3) ............................................................. 6

7. Amount of contribution, not previously deducted, to qualified pension or benefit plans of any partner or member, including all IRC 401 plans (Include on Schedule K, Line 3) ............................................................. 7

8. Any net gain or income received from a 'pass-through' entity subject to the excise tax, or any net gain or income distributed to a publicly traded REIT (include schedule of entities and FEINs) ............................................................. 8

9. Total deductions — Add lines 5 through 8 ............................................................. 9

10. Total — Line 4 less Line 9 (Enter here and on Schedule J, Line 1) ............................................................. 10

### Schedule J-2 — COMPUTATION OF NET EARNINGS FOR A SINGLE MEMBER LLC FILING AS AN INDIVIDUAL

**Additions:**

1. Business Income from Form 1040, Schedule C plus any intangible expense to an affiliated business entity .... 1
2. Business Income from Form 1040, Schedule D plus any intangible expense to an affiliated business entity .... 2
3. Business Income from Form 1040, Schedule E plus any intangible expense to an affiliated business entity .... 3
4. Business Income from Form 1040, Schedule F plus any intangible expense to an affiliated business entity .... 4
5. Business Income from Form 4797 ............................................................. 5
6. Other: Form _____, Schedule _____ ............................................................. 6
7. Any net loss or expense received from a 'pass-through' entity subject to the excise tax (include schedule of entities and FEINs) ............................................................. 7
8. Total — Add lines 1 through 7 ............................................................. 8

**Deductions:**

9. Amount subject to self-employment taxes distributable or paid to the single member (If negative, enter zero) (Include on Schedule K, Line 3) ............................................................. 9
10. Any net gain or income received from a 'pass-through' entity subject to the excise tax (include schedule of entities and FEINs) ............................................................. 10
11. Total deductions — Add lines 9 and 10 ............................................................. 11
12. Total — Line 8 less Line 11 (Enter here and on Schedule J, Line 1) ............................................................. 12

### Schedule J-3 — COMPUTATION OF NET EARNINGS FOR ENTITIES TREATED AS SUBCHAPTER S CORPORATIONS

1. Ordinary Income or Loss from Federal Form 1120S, Line 21 plus any intangible expense to an affiliated business entity deducted for federal tax purposes ............................................................. 1 | 17,752.

   **Additions:**

2. Income items to extent includable in federal income were it not for 'S' status election (Fed 1120S — Schedule K) ............................................................. 2
3. Any net loss or expense received from a 'pass-through' entity subject to the excise tax, or any net loss or expense distributed to a publicly traded REIT (include schedule of entities and FEINs) ............................................................. 3
4. Total — Add lines 1, 2 and 3 ............................................................. 4 | 17,752.

   **Deductions:**

5. Expense items to extent includable in federal expenses were it not for 'S' status election (Fed 1120S — Schedule K) ............................................................. 5
6. Any net gain or income received from a 'pass-through' entity subject to the excise tax, or any net gain or income distributed to a publicly traded REIT (include schedule of entities and FEINs) ............................................................. 6
7. Total deductions — Add lines 5 and 6 ............................................................. 7
8. Total — Line 4 less Line 7 (Enter here and on Schedule J, Line 1) ............................................................. 8 | 17,752.

### Schedule J-4 — COMPUTATION OF NET EARNINGS FOR ENTITIES TREATED AS CORPORATIONS AND 'OTHER' ENTITIES

Enter the amount of income (loss) from the applicable federal return to Schedule J, Line 1

1. Federal Form 1120 — Line 28 (Taxable income or loss before net operating loss deduction and special deductions) plus any intangible expense to an affiliated business entity deducted for federal tax purposes ............................................................. 1
2. Federal Form 990-T, Line 30 (unrelated business taxable income) ............................................................. 2
3. Other: Form _____, Schedule _____ ............................................................. 3

   **Additions:**

4. Any net loss or expense received from a 'pass-through' entity subject to the excise tax, or any net loss or expense distributed to a publicly traded REIT (include schedule of entities and FEINs) ............................................................. 4

   **Deductions:**

5. Any net gain or income received from a 'pass-through' entity subject to the excise tax, or any net gain or income distributed to a publicly traded REIT (include schedule of entities and FEINs) ............................................................. 5
6. Total — Lines 1 through 4 less Line 5 (Enter here and on Schedule J, Line 1) ............................................................. 6

## Schedule J – COMPUTATION OF NET EARNINGS SUBJECT TO EXCISE TAX

| # | Description | | Amount |
|---|---|---|---|
| 1 | Federal income or loss (Enter amount from Schedule J-1, J-2, J-3, or J-4) | 1 | 17,752. |
| | **ADDITIONS:** | | |
| 2 | Any depreciation under the provisions of IRC Section 168 not permitted for excise tax purposes due to Tennessee permanently decoupling from federal bonus depreciation and any expense/depreciation deducted as a result of 'safe harbor' lease elections. (attach schedule) | 2 | |
| 3 | Any deduction for domestic production activities under the provisions of IRC Section 199 | 3 | |
| 4 | Any gain on the sale of an asset sold within twelve months after the date of distribution to a nontaxable entity | 4 | |
| 5 | Tennessee excise tax expense (to the extent reported for federal purposes) | 5 | |
| 6 | Gross premiums tax deducted in determining federal income and used as an excise tax credit | 6 | |
| 7 | Interest income on obligations of states and their political subdivisions, less allowable amortization | 7 | |
| 8 | Depletion not based on actual recovery of cost | 8 | |
| 9 | Contribution carryover from prior period(s) | 9 | |
| 10 | Capital gains offset by capital loss carryover or carryback | 10 | |
| 11 | Excess fair market value over book value of property donated | 11 | |
| 12 | Excess rent to/from an affiliate. A taxpayer paying excess rent enters a positive amount on this line. A taxpayer receiving excess rent, to the extent added back to net earnings by its affiliate, enters a negative amount on this line | 12 | |
| 13 | Total additions – Add lines 2 through 12 | 13 | |
| | **DEDUCTIONS:** | | |
| 14 | Any depreciation under the provisions of IRC Section 168 permitted for excise tax purposes due to Tennessee permanently decoupling from federal bonus depreciation | 14 | |
| 15 | Any excess gain (or loss) from the basis adjustment resulting from Tennessee permanently decoupling from federal bonus depreciation | 15 | |
| 16 | Any loss on the sale of an asset sold within twelve months after the date of distribution to a nontaxable entity | 16 | |
| 17 | Dividends received from corporations, at least 80% owned (attach schedule) | 17 | |
| 18 | Contributions in excess of amount allowed by federal government | 18 | |
| 19 | Donations to Qualified Public School Support Groups and nonprofit organizations | 19 | |
| 20 | Portion of current year's capital loss not included in federal taxable income | 20 | |
| 21 | Any expense other than income taxes, not deducted in determining federal taxable income for which a credit against the federal income tax is allowable | 21 | |
| 22 | Any income included for federal tax purposes and any depreciation or other expense that could have been deducted for 'safe harbor' lease elections. (attach schedule) | 22 | |
| 23 | Nonbusiness earnings – Schedule M, Line 8 | 23 | |
| 24 | Intangible expense to an affiliated business entity (Intangible expense disclosure form MUST be completed to avoid the adjustment provided in TCA Section 67-4-2006(d)(3)) | 24 | |
| 25 | Intangible income from an affiliated business entity if the corresponding intangible expense has not been disclosed or has been disallowed | 25 | |
| 26 | TOTAL deductions – Add lines 14 through 25 | 26 | |
| | **COMPUTATION OF TAXABLE INCOME:** | | |
| 27 | Total Business Income (Loss) – Add lines 1 and 13, less Line 26 (If loss, complete Schedule K) | 27 | 17,752. |
| 28 | Apportionment Ratio (Schedules N, O, P, or R if applicable or 100%) | 28 | 100.0000 % |
| 29 | Apportioned business income (Loss) (Line 27 multiplied by Line 28) | 29 | 17,752. |
| 30 | Add: Nonbusiness earnings directly allocated to Tennessee (From Schedule M, Line 9) | 30 | |
| 31 | Deduct: Loss carryover from prior years (From Schedule U) | 31 | 56,174. |
| 32 | Subject to excise tax ( 6.5 %) (Line 29 plus Line 30, less Line 31) (enter here and on Schedule B, Line 4) | 32 | -38,422. |

## Schedule K – DETERMINATION OF LOSS CARRYOVER AVAILABLE – See Rule 1320-6-1-.21 of Departmental Rules and Regulations

| # | Description | | Amount |
|---|---|---|---|
| 1 | Net loss from Schedule J, Line 27 | 1 | |
| | ADD: | | |
| 2 | Amounts reported on Schedule J, lines 17 and 23 | 2 | |
| 3 | Amounts reported on Schedule J-1, lines 6 and 7, and Schedule J-2, Line 9 | 3 | |
| 4 | Reduced loss – Add lines 1 through 3 (if net amount is positive, enter '0') | 4 | |
| 5 | Excise Tax ratio (Schedules N, O, P, or R if applicable or 100%) | 5 | % |
| 6 | Current year loss carryover available (Line 4 multiplied by Line 5) | 6 | |

## Schedule L – FEDERAL INCOME REVISIONS

| Year | 1 Original Net Income on Federal Return | 2 Net Income Corrected | 3 Increase (Decrease) in Net Income | 4 Increase (Decrease) Affecting Excise Tax |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |