# **Exhibit 3**

# Form 1120S — U.S. Income Tax Return for an S Corporation

Department of the Treasury
Internal Revenue Service

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► See separate instructions.

OMB No. 1545-0130

**2009**

For calendar year 2009 or tax year beginning , 2009, ending ,

**A** S election effective date: 08/02/05
**B** Business activity code number (see instrs): 423800
**C** Check if Sch M-3 attached: ☐

Use IRS label. Otherwise, print or type.

Name: **Diversified Global Sourcing Inc.**
Number, street, and room or suite no. If a P.O. box, see instructions.: **P.O.Box 382212**
City or town, state, and ZIP code: **Germantown        TN   38183-2212**

**D** Employer identification number: [redacted]
**E** Date incorporated: 08/02/05
**F** Total assets (see instructions): $

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No   If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ................................ ► 1

**Caution.** *Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

### INCOME

| | | |
|---|---|---|
| 1a | Gross receipts or sales  **b** Less returns and allowances  **c** Bal ► | 1c |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* | 4 |
| 5 | Other income (loss) *(attach statement)* | 5 |
| 6 | **Total income (loss).** Add lines 3 through 5 ► | 6 |

### DEDUCTIONS (SEE INSTRS)

| | | |
|---|---|---|
| 7 | Compensation of officers | 7 |
| 8 | Salaries and wages (less employment credits) | 8 |
| 9 | Repairs and maintenance | 9 |
| 10 | Bad debts | 10 |
| 11 | Rents | 11 |
| 12 | Taxes and licenses | 12 |
| 13 | Interest | 13 |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return *(attach Form 4562)* | 14 |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 |
| 16 | Advertising | 16 |
| 17 | Pension, profit-sharing, etc, plans | 17 |
| 18 | Employee benefit programs | 18 |
| 19 | Other deductions *(attach statement)* ......* STMT | 19 | 3,683. |
| 20 | **Total deductions.** Add lines 7 through 19 ► | 20 | 3,683. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | -3,683. |

### TAX AND PAYMENTS

| | | |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax *(see instructions)* | 22a |
| b | Tax from Schedule D (Form 1120S) | 22b |
| c | Add lines 22a and 22b *(see instructions for additional taxes)* | 22c |
| 23a | 2009 estimated tax payments and 2008 overpayment credited to 2009 | 23a |
| b | Tax deposited with Form 7004 | 23b |
| c | Credit for federal tax paid on fuels *(attach Form 4136)* | 23c |
| d | Add lines 23a through 23c | 23d |
| 24 | Estimated tax penalty *(see instructions).* Check if Form 2220 is attached ► ☐ | 24 |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 |
| 27 | Enter amount from line 26 **Credited to 2010 estimated tax** ►           Refunded ► | 27 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► Signature of officer       Date       ► Title

May the IRS discuss this return with the preparer shown below (see instructions)?   ☐ Yes   ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | ► S.KRISHNAN | Date 08/24/10 | Check if self-employed ☒ | Preparer's SSN or PTIN P00399909 |
| Firm's name (or yours if self-employed), address, and ZIP code | ► S. KRISHNAN CPA<br>3340 POPLAR AVE STE 130<br>MEMPHIS                              TN   38111 | | EIN [redacted]<br>Phone no. |

BAA  For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.    SPSA0112   12/16/09    Form **1120S** (2009)

## Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs (attach statement) | 4 |
| 5 | Other costs (attach statement) | 5 |
| 6 | **Total.** Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 |

9a Check all methods used for valuing closing inventory:
  (i) ☐ Cost as described in Regulations section 1.471-3
  (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
  (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____
 b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 9d |
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ☐ Yes ☐ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ☐ Yes ☐ No

## Schedule B — Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☒ Cash  b ☐ Accrual  c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: **a** Business activity ▶ _____ **b** Product or service ▶ _____ | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a QSub election made? * .. STMT. | X | |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ _____ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ........ $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 | X | |

## Schedule K — Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | -3,683. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| I N C O M E (L O S S) | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends:  a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions) ........... Type ▶ | 10 | |

Form **1120S** (2009)

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | 11 Section 179 deduction *(attach Form 4562)* | 11 | |
| | 12a Contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures **(1)** Type ► _____ **(2)** Amount ► | 12c (2) | |
| | d Other deductions *(see instructions)* ... Type ► | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | 13c | |
| | d Other rental real estate credits *(see instrs)* Type ► | 13d | |
| | e Other rental credits *(see instrs)* Type ► | 13e | |
| | f Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)* | 13f | |
| | g Other credits *(see instructions)* ...... Type ► | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession ....... ► _____ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | *Foreign gross income sourced at corporate level* | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other *(attach statement)* | 14f | |
| | *Deductions allocated and apportioned at shareholder level* | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other *(attach statement)* | 14k | |
| | *Other information* | | |
| | l Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit *(attach statement)* | 14m | |
| | n Other foreign tax information *(attach statement)* | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties — gross income | 15d | |
| | e Oil, gas, and geothermal properties — deductions | 15e | |
| | f Other AMT items *(attach statement)* | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Property distributions | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts *(attach statement)* | | |
| **Reconciliation** | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | -3,683. |

BAA Form **1120S** (2009)

SPSA0134 12/16/09

DGS_0003317

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt) | | | | |
| 15 Total assets | | | | |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | | | |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | -20,999. | | -24,682. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | -20,999. | | -24,682. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -3,683. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize):<br>a Tax-exempt interest . $ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize):<br>a Depreciation ....... $ _ _ _ _ _ _ _ _ _ _ _<br>b Travel and entertainment . $ _ _ _ _ _ _ _ _ _ _ _ | | 6 | Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize):<br>a Depreciation .... $ _ _ _ _ _ _ _ _ _ _ _ | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | -3,683. | 8 | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | -3,683. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | -50,279. | | |
| 2 Ordinary income from page 1, line 21 | | | |
| 3 Other additions | | | |
| 4 Loss from page 1, line 21 | 3,683. | | |
| 5 Other reductions | | | |
| 6 Combine lines 1 through 5 | -53,962. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | -53,962. | | |

# Schedule K-1 (Form 1120S) 2009

671109
Final K-1 ☐   Amended K-1 ☐   OMB No. 1545-0130

For calendar year 2009, or tax year beginning _____, 2009 ending _____,

Department of the Treasury
Internal Revenue Service

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
[redacted]

**B** Corporation's name, address, city, state, and ZIP code
Diversified Global Sourcing Inc.
P.O. Box 382212
Germantown, TN 38183-2212

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
[redacted]

**E** Shareholder's name, address, city, state, and ZIP code
Shiv Kumar Seetharaman
16, Carol Avenue
Curlingame, CA 92010

**F** Shareholder's percentage of stock ownership for tax year .................... 100.00000 %

FOR IRS USE ONLY

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -3,683. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Foreign transactions | |
| 15 | Alternative minimum tax (AMT) items | |
| 16 | Items affecting shareholder basis | |
| 17 | Other information | |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.   Schedule K-1 (Form 1120S) 2009

SPSA0412   12/15/09

DGS_0003319

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

**1 Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2 Net rental real estate income (loss)** — See the Shareholder's Instructions
**3 Other net rental income (loss)**

| Net income | Schedule E, line 28, column (g) |
|---|---|
| Net loss | See the Shareholder's Instructions |
| **4** Interest income | Form 1040, line 8a |
| **5a** Ordinary dividends | Form 1040, line 9a |
| **5b** Qualified dividends | Form 1040, line 9b |
| **6** Royalties | Schedule E, line 4 |
| **7** Net short-term capital gain (loss) | Schedule D, line 5, column (f) |
| **8a** Net long-term capital gain (loss) | Schedule D, line 12, column (f) |
| **8b** Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **8c** Unrecaptured section 1250 gain | See the Shareholder's Instructions |
| **9** Net section 1231 gain (loss) | See the Shareholder's Instructions |

**10 Other income (loss)**

| Code | |
|---|---|
| **A** Other portfolio income (loss) | See the Shareholder's Instructions |
| **B** Involuntary conversions | See the Shareholder's Instructions |
| **C** Section 1256 contracts and straddles | Form 6781, line 1 |
| **D** Mining exploration costs recapture | See Pub 535 |
| **E** Other income (loss) | See the Shareholder's Instructions |
| **11** Section 179 deduction | See the Shareholder's Instructions |

**12 Other deductions**

| A Cash contributions (50%) | |
|---|---|
| B Cash contributions (30%) | |
| C Noncash contributions (50%) | |
| D Noncash contributions (30%) | See the Shareholder's Instructions |
| E Capital gain property to a 50% organization (30%) | |
| F Capital gain property (20%) | |
| G Contributions (100%) | |
| H Investment interest expense | Form 4952, line 1 |
| I Deductions — royalty income | Schedule E, line 18 |
| J Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L Deductions — portfolio (other) | Schedule A, line 28 |
| M Preproductive period expenses | See the Shareholder's Instructions |
| N Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O Reforestation expense deduction | See the Shareholder's Instructions |
| P Domestic production activities information | See Form 8903 instructions |
| Q Qualified production activities income | Form 8903, line 7 |
| R Employer's Form W-2 wages | Form 8903, line 15 |
| S Other deductions | See the Shareholder's Instructions |

**13 Credits**

| A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Shareholder's Instructions |
|---|---|
| B Low-income housing credit (other) from pre-2008 buildings | See the Shareholder's Instructions |
| C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| D Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| E Qualified rehabilitation expenditures (rental real estate) | |
| F Other rental real estate credits | See the Shareholder's Instructions |
| G Other rental credits | |
| H Undistributed capital gains credit | Form 1040, line 70, box a |
| I Alcohol and cellulosic biofuel fuels credit | Form 6478, line 7 |
| J Work opportunity credit | Form 5884, line 3 |
| K Disabled access credit | See the Shareholder's Instructions |
| L Empowerment zone and renewal community employment credit | Form 8844, line 3 |

| Code | *Report on* |
|---|---|
| M Credit for increasing research activities | See the Shareholder's Instructions |
| N Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| O Backup withholding | Form 1040, line 61 |
| P Other credits | See the Shareholder's Instructions |

**14 Foreign transactions**

| A Name of country or U.S. possession | |
|---|---|
| B Gross income from all sources | Form 1116, Part I |
| C Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*

| D Passive category | |
|---|---|
| E General category | Form 1116, Part I |
| F Other | |

*Deductions allocated and apportioned at shareholder level*

| G Interest expense | Form 1116, Part I |
|---|---|
| H Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*

| I Passive category | |
|---|---|
| J General category | Form 1116, Part I |
| K Other | |

*Other information*

| L Total foreign taxes paid | Form 1116, Part II |
|---|---|
| M Total foreign taxes accrued | Form 1116, Part II |
| N Reduction in taxes available for credit | Form 1116, line 12 |
| O Foreign trading gross receipts | Form 8873 |
| P Extraterritorial income exclusion | Form 8873 |
| Q Other foreign transactions | See the Shareholder's Instructions |

**15 Alternative minimum tax (AMT) items**

| A Post-1986 depreciation adjustment | |
|---|---|
| B Adjusted gain or loss | |
| C Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D Oil, gas, & geothermal — gross income | |
| E Oil, gas, & geothermal — deductions | |
| F Other AMT items | |

**16 Items affecting shareholder basis**

| A Tax-exempt interest income | Form 1040, line 8b |
|---|---|
| B Other tax-exempt income | |
| C Nondeductible expenses | See the Shareholder's Instructions |
| D Property distributions | |
| E Repayment of loans from shareholders | |

**17 Other information**

| A Investment income | Form 4952, line 4a |
|---|---|
| B Investment expenses | Form 4952, line 5 |
| C Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D Basis of energy property | See the Shareholder's Instructions |
| E Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G Recapture of investment credit | See Form 4255 |
| H Recapture of other credits | See the Shareholder's Instructions |
| I Look-back interest — completed long-term contracts | See Form 8697 |
| J Look-back interest — income forecast method | See Form 8866 |
| K Dispositions of property with section 179 deductions | |
| L Recapture of section 179 deduction | |
| M Section 453(l)(3) information | |
| N Section 453A(c) information | |
| O Section 1260(b) information | |
| P Interest allocable to production expenditures | See the Shareholder's Instructions |
| Q CCF nonqualified withdrawals | |
| R Depletion information — oil and gas | |
| S Amortization of reforestation costs | |
| T Section 108(i) information | |
| U Other information | |

# Schedule K-1
(Form 1120S)

Department of the Treasury
Internal Revenue Service

**2009**
For calendar year 2009, or tax
year beginning _____, 2009
ending _____,

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

☐ Final K-1  ☐ Amended K-1

671109
OMB No. 1545-0130

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 0. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

*See attached statement for additional information.

### Part I  Information About the Corporation

**A** Corporation's employer identification number
[redacted]

**B** Corporation's name, address, city, state, and ZIP code
Diversified Global Sourcing Inc.
P.O. Box 382212
Germantown, TN 38183-2212

**C** IRS Center where corporation filed return
Cincinnati, OH  45999-0013

### Part II  Information About the Shareholder

**D** Shareholder's identifying number
[redacted]

**E** Shareholder's name, address, city, state, and ZIP code
Suresh Patel
3008 New London
Memphis, TN 38115

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . . . . . . . . . .  0.00000 %

F O R   I R S   U S E   O N L Y

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.                Schedule K-1 (Form 1120S) 2009

SPSA0412    12/15/09

DGS_0003321

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

**1 Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2 Net rental real estate income (loss)**   See the Shareholder's Instructions
**3 Other net rental income (loss)**

| Net income | Schedule E, line 28, column (g) |
|---|---|
| Net loss | See the Shareholder's Instructions |

**4 Interest income**   Form 1040, line 8a
**5a Ordinary dividends**   Form 1040, line 9a
**5b Qualified dividends**   Form 1040, line 9b
**6 Royalties**   Schedule E, line 4
**7 Net short-term capital gain (loss)**   Schedule D, line 5, column (f)
**8a Net long-term capital gain (loss)**   Schedule D, line 12, column (f)
**8b Collectibles (28%) gain (loss)**   28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8c Unrecaptured section 1250 gain**   See the Shareholder's Instructions
**9 Net section 1231 gain (loss)**   See the Shareholder's Instructions
**10 Other income (loss)**

*Code*
- **A** Other portfolio income (loss)   See the Shareholder's Instructions
- **B** Involuntary conversions   See the Shareholder's Instructions
- **C** Section 1256 contracts and straddles   Form 6781, line 1
- **D** Mining exploration costs recapture   See Pub 535
- **E** Other income (loss)   See the Shareholder's Instructions

**11 Section 179 deduction**   See the Shareholder's Instructions
**12 Other deductions**
- **A** Cash contributions (50%)
- **B** Cash contributions (30%)
- **C** Noncash contributions (50%)
- **D** Noncash contributions (30%)
- **E** Capital gain property to a 50% organization (30%)
- **F** Capital gain property (20%)
- **G** Contributions (100%)

See the Shareholder's Instructions

- **H** Investment interest expense   Form 4952, line 1
- **I** Deductions — royalty income   Schedule E, line 18
- **J** Section 59(e)(2) expenditures   See the Shareholder's Instructions
- **K** Deductions — portfolio (2% floor)   Schedule A, line 23
- **L** Deductions — portfolio (other)   Schedule A, line 28
- **M** Preproductive period expenses   See the Shareholder's Instructions
- **N** Commercial revitalization deduction from rental real estate activities   See Form 8582 instructions
- **O** Reforestation expense deduction   See the Shareholder's Instructions
- **P** Domestic production activities information   See Form 8903 instructions
- **Q** Qualified production activities income   Form 8903, line 7
- **R** Employer's Form W-2 wages   Form 8903, line 15
- **S** Other deductions   See the Shareholder's Instructions

**13 Credits**
- **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings   See the Shareholder's Instructions
- **B** Low-income housing credit (other) from pre-2008 buildings   See the Shareholder's Instructions
- **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings   Form 8586, line 11
- **D** Low-income housing credit (other) from post-2007 buildings   Form 8586, line 11
- **E** Qualified rehabilitation expenditures (rental real estate)
- **F** Other rental real estate credits
- **G** Other rental credits

See the Shareholder's Instructions

- **H** Undistributed capital gains credit   Form 1040, line 70, box a
- **I** Alcohol and cellulosic biofuel fuels credit   Form 6478, line 7
- **J** Work opportunity credit   Form 5884, line 3
- **K** Disabled access credit   See the Shareholder's Instructions
- **L** Empowerment zone and renewal community employment credit   Form 8844, line 3

| *Code* | *Report on* |
|---|---|
| **M** Credit for increasing research activities | See the Shareholder's Instructions |
| **N** Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| **O** Backup withholding | Form 1040, line 61 |
| **P** Other credits | See the Shareholder's Instructions |

**14 Foreign transactions**
- **A** Name of country or U.S. possession
- **B** Gross income from all sources
- **C** Gross income sourced at shareholder level

Form 1116, Part I

*Foreign gross income sourced at corporate level*
- **D** Passive category
- **E** General category
- **F** Other

Form 1116, Part I

*Deductions allocated and apportioned at shareholder level*
- **G** Interest expense   Form 1116, Part I
- **H** Other   Form 1116, Part I

*Deductions allocated and apportioned at corporate level to foreign source income*
- **I** Passive category
- **J** General category
- **K** Other

Form 1116, Part I

*Other information*
- **L** Total foreign taxes paid   Form 1116, Part II
- **M** Total foreign taxes accrued   Form 1116, Part II
- **N** Reduction in taxes available for credit   Form 1116, line 12
- **O** Foreign trading gross receipts   Form 8873
- **P** Extraterritorial income exclusion   Form 8873
- **Q** Other foreign transactions   See the Shareholder's Instructions

**15 Alternative minimum tax (AMT) items**
- **A** Post-1986 depreciation adjustment
- **B** Adjusted gain or loss
- **C** Depletion (other than oil & gas)
- **D** Oil, gas, & geothermal — gross income
- **E** Oil, gas, & geothermal — deductions
- **F** Other AMT items

See the Shareholder's Instructions and the Instructions for Form 6251

**16 Items affecting shareholder basis**
- **A** Tax-exempt interest income   Form 1040, line 8b
- **B** Other tax-exempt income
- **C** Nondeductible expenses
- **D** Property distributions
- **E** Repayment of loans from shareholders

See the Shareholder's Instructions

**17 Other information**
- **A** Investment income   Form 4952, line 4a
- **B** Investment expenses   Form 4952, line 5
- **C** Qualified rehabilitation expenditures (other than rental real estate)   See the Shareholder's Instructions
- **D** Basis of energy property   See the Shareholder's Instructions
- **E** Recapture of low-income housing credit (section 42(j)(5))   Form 8611, line 8
- **F** Recapture of low-income housing credit (other)   Form 8611, line 8
- **G** Recapture of investment credit   See Form 4255
- **H** Recapture of other credits   See the Shareholder's Instructions
- **I** Look-back interest — completed long-term contracts   See Form 8697
- **J** Look-back interest — income forecast method   See Form 8866
- **K** Dispositions of property with section 179 deductions
- **L** Recapture of section 179 deduction
- **M** Section 453(l)(3) information
- **N** Section 453A(c) information
- **O** Section 1260(b) information
- **P** Interest allocable to production expenditures
- **Q** CCF nonqualified withdrawals
- **R** Depletion information — oil and gas
- **S** Amortization of reforestation costs
- **T** Section 108(i) information
- **U** Other information

See the Shareholder's Instructions

Form 1120S, Page 1, Line 19
**Other Deductions**

| | |
|---|---:|
| Office expenses | 895. |
| Travel | 2,270. |
| Telephone, Internet and Cell Phone | 268. |
| Professional fees | 250. |
| Total | 3,683. |

Form 1120S, Page 2, Schedule B, Question 3
**Ownership of Domestic Corporation**

Name .......... Shiv Kumar Seetharaman
Address ....... 16 E Carool ave.
Address line 2 ..
City ........... Curlingame          State CURL  ZIP Code
Employer identification number (EIN) .............
Percentage owned.................................
If 100% owned, was a QSub election made? ...... Yes ☐   No ☐

August 24, 2010


Shiv Kumar Seetharaman
16,Carol Avenue
Curlingame , CA 92010


Dear Shiv Kumar Seetharaman,

Enclosed is your 2009 Schedule K-1 (Form 1120S), Shareholder's Share of Income, Credits, Deductions, etc., which has been filed with the 2009 Form 1120S U.S. Income Tax Return for an S Corporation for Diversified Global Sourcing Inc..

The amounts reported to you on lines 1-17 of the Schedule K-1 (Form 1120S), Shareholder's Share of Income, Credits, Deductions, etc., represent your share of income, credits, deductions, and other information to be reported on the appropriate lines of your tax return. The IRS uses codes on some lines of the Schedule K-1 to identify the item and provide reporting information. These codes are identified on page 2 of the K-1.

Should you have any questions regarding this information, please do not hesitate to call.

Sincerely,



Diversified Global Sourcing Inc.
P.O.Box 382212
Germantown, TN 38183-2212

DGS_0003324

August 24, 2010

Suresh Patel
3008 New London
Memphis, TN 38115


Dear Suresh Patel,

Enclosed is your 2009 Schedule K-1 (Form 1120S), Shareholder's Share of Income, Credits, Deductions, etc., which has been filed with the 2009 Form 1120S U.S. Income Tax Return for an S Corporation for Diversified Global Sourcing Inc..

The amounts reported to you on lines 1-17 of the Schedule K-1 (Form 1120S), Shareholder's Share of Income, Credits, Deductions, etc., represent your share of income, credits, deductions, and other information to be reported on the appropriate lines of your tax return. The IRS uses codes on some lines of the Schedule K-1 to identify the item and provide reporting information. These codes are identified on page 2 of the K-1.

Should you have any questions regarding this information, please do not hesitate to call.

Sincerely,



Diversified Global Sourcing Inc.
P.O.Box 382212
Germantown, TN 38183-2212

DGS_0003325

# TENNESSEE DEPARTMENT OF REVENUE
# FRANCHISE, EXCISE TAX RETURN

**FAE 170** 1030

Please do not staple schedules to return

| Taxable Year | Account No. | FEIN or SSN |
|---|---|---|
| Beginning: 01/01/09 | | |
| Ending: 12/31/09 | Due Date 04/15/10 | |

AMENDED RETURN, please check the box at right. ☐

FINAL RETURN for termination or withdrawal, please check box at right. Include copy of federal return. ☐

**CHECK APPROPRIATE BLOCK(S):**
- a ☐ Tennessee Domestic Corporation
- b ☐ Foreign Corporation
- c ☒ S Corporation
- d ☐ Insurance Company
- e ☐ LLC
- f ☐ PLLC
- g ☐ Single Member LLC/individual
- h ☐ Single Member LLC/corporation
- i ☐ Single Member LLC/general partnership
- j ☐ Single Member LLC/Division of parent (see instructions)
- k ☐ LP
- l ☐ LLP
- m ☐ RLLP
- n ☐ PRLLP
- o ☐ Business Trust
- p ☐ Not-For-Profit
- q ☐ Other

Application of Public Law 86-272 to Excise Tax, please check box at right. ☐

Payment for this return was sent via EFT, please check the box at right. ☐

Taxpayer has made an election to calculate net worth per the provisions of T.C.A. 67-4-2103 (g)-(i), please check the box at right. ☐

**Taxpayer Name and Mailing Address**
- Name: Diversified Global Sourcing Inc.
- Box (street): P.O.Box 382212
- City: Germantown
- State: TN
- ZIP Code: 38183-2212

Enter the principal business activity code (NAICS) listed in federal IRC instructions that best describes the principal business activity in Tennessee.
**423800**

Date Tennessee Operations Began

If you use a paid preparer and do not want forms mailed to you next year, check box at right. ☐

## SCHEDULE A — COMPUTATION OF FRANCHISE TAX
1. Total net worth from Schedule F1, Line 5 or Schedule F2, Line 3 ... 1
2. Total real and tangible personal property from Schedule G, Line 15 ... 2
3. **Franchise tax** (25¢ per $100.00 or major fraction thereof on the greater of Lines 1 or 2; **minimum** $100.00) ... 3    100.

## SCHEDULE B — COMPUTATION OF EXCISE TAX
4. Income subject to excise tax from Schedule J, Line 32 ... 4    -52,140.
5. Excise tax ( 6.5 % of Line 4) ... 5    0.
6. Add: Recapture of tax credit from Schedule T, Part 2 ... 6
7. **Net excise tax** due (Line 5 plus Line 6) ... 7    0.

## SCHEDULE C — COMPUTATION OF TOTAL TAX DUE OR OVERPAYMENT
8. Total Franchise and Excise taxes — Add Lines 3 and 7 ... 8    100.
9. Deduct: Total credit from Schedule D, Line 7 (cannot exceed Line 8) ... 9
10. Subtotal: Line 8 less Line 9 (if Line 9 exceeds Line 8, enter 0 here) ... 10    100.
11. Deduct: Total payments from Schedule E, Line 7 ... 11
12. Penalty (5% for each 30-day period of delinquency not to exceed 25%; minimum penalty is $15) ... 12
13. Interest ( 7.2500 % per annum on taxes unpaid by the due date) ... 13
14. Penalty on estimated franchise, excise tax payments ... 14
15. Interest on estimated franchise, excise tax payments ... 15
16. **Total amount due** (overpayment) — Add lines 10, 12, 13, 14, and 15, less Line 11 ... 16    100.

If **overpayment** reported on Line 16, complete A and/or B:
- A ☐ Credit to next year's tax .. $
- B ☐ Refund ... $

**POWER OF ATTORNEY**— Check YES if this taxpayer's signature certifies that this tax preparer has the authority to execute this form on behalf of the taxpayer and is authorized to receive and inspect confidential tax information and to perform any and all acts relating to respective tax matters. ☐ YES

Under penalties of perjury, I declare that I have examined this report, and to the best of my knowledge and belief, it is true, correct, and complete.

| Taxpayer's Signature | Date | Title |
|---|---|---|
| | | |

| Tax Preparer's Signature | Preparer's SSN P00399909 | Date 08/24/10 | Telephone |
|---|---|---|---|

| Preparer's Address 3340 POPLAR AVE STE 130 | City MEMPHIS | State TN | ZIP Code 38111 |
|---|---|---|---|

RV-R0011001
FOR OFFICE USE ONLY ▶

Remit amount on Line 16, payable to:
**TENNESSEE DEPARTMENT OF REVENUE**
Andrew Jackson State Office Building
500 Deaderick Street, Nashville, TN 37242

TNCZ0812  11/17/09

17031500000000200901012009123101200000000000000120315386800000000000

DGS_0003326

Diversified Global Sourcing Inc.

## Schedule D — SCHEDULE OF CREDITS

| | | |
|---|---|---|
| 1 | Gross Premiums tax credit (cannot exceed Schedule C, Line 8) ............... 1 | |
| 2 | Tennessee Income Tax (cannot exceed Schedule B, Line 5) ................. 2 | |
| 3 | Green Energy Tax Credit/Carbon Charge Credit/Headquarters Relocation Expense Credit (attach schedule) ................................. 3 | |
| 4 | Industrial Machinery Credit from Schedule T, Line 11 ...................... 4 | |
| 5 | Jobs Tax Credit from Schedule X, Line 16 ............................. 5 | |
| 6 | Jobs Tax Credit computed in accordance with T.C.A. Section 67-4-2109 (c)(2)(H), (I) or (K) from Schedule X, Line 21 ........................ 6 | |
| 7 | Total Credit — Add lines 1 through 6 (Enter here and on Schedule C, Line 9) .......................... 7 | |

## Schedule E — SCHEDULE OF PAYMENTS

| | | |
|---|---|---|
| 1 | Overpayment from previous year if available ........................... 1 | |
| 2 | First quarterly estimated payment ................................... 2 | |
| 3 | Second quarterly estimated payment ................................. 3 | |
| 4 | Third quarterly estimated payment ................................... 4 | |
| 5 | Fourth quarterly estimated payment .................................. 5 | |
| 6 | Extension payment ............................................... 6 | |
| 7 | Total payments — Add lines 1 through 6 (Enter here and on Schedule C, Line 11) .......... 7 | |

## COMPUTATION OF FRANCHISE TAX

### Schedule F1 — NON-CONSOLIDATED NET WORTH

| | | |
|---|---|---|
| 1 | Net Worth (total assets less total liabilities) ................................. 1 | |
| 2 | Indebtedness to or guaranteed by parent or affiliated corporation .................. 2 | |
| 3 | Total lines 1 and 2 ............................................... 3 | |
| 4 | Ratio (Schedules N, O, P, or R if applicable or 100%) ......................... 4 | % |
| 5 | Total — Line 3 multiplied by Line 4 (Enter here and on Schedule A, Line 1) .............. 5 | |

### Schedule F2 — CONSOLIDATED NET WORTH

| | | |
|---|---|---|
| 1 | Consolidated Net Worth (total assets less total liabilities) ...................... 1 | |
| 2 | Ratio (Schedule 170NC or 170SF) ..................................... 2 | % |
| 3 | Total — Line 1 multiplied by Line 2 (Enter here and on Schedule A, Line 1) .............. 3 | |

**NOTE:** Schedule F2 is to be completed only if the consolidated net worth election has been made.

### Schedule G — DETERMINATION OF REAL AND TANGIBLE PROPERTY

| | BOOK VALUE OF PROPERTY OWNED — Cost less accumulated depreciation | | In Tennessee |
|---|---|---|---|
| 1 | Land .............................................................. 1 | | |
| 2 | Buildings, leaseholds, and improvements .............................. 2 | | |
| 3 | Machinery, equipment, furniture, and fixtures ........................... 3 | | |
| 4 | Automobiles and trucks ............................................ 4 | | |
| 5 | Prepaid supplies and other tangible personal property (Attach schedule) .......... 5 | | |
| 6 | Share of partnership real and tangible property provided that the partnership does not file a return (Attach schedule) ................................. 6 | | |
| 7 | Inventories and work in progress ..................................... 7 | | |
| 7a | Deduct exempt inventory in excess of $30 million (Section 67-4-2108(a)(6)(B)) ............ 7a | | |
| 8 | Deduct value of certified pollution control equipment (Include copy of certificate (Section 67-5-604)) ........ 8 | | |
| 9 | Deduct exempt required capital investments (T.C.A. Section 67-4-2108(a)(6)(G)) ........... 9 | | |
| 10 | SUBTOTALS — Add lines 1 through 7, less Line 7a through Line 9 ...................... 10 | | |

| | Rental Value of Property Used but not Owned<br>Net Annual Rental Paid for: | (A)<br>In Tennessee | (B) | | (C) |
|---|---|---|---|---|---|
| 11 | Real property ................................................. | | x8 | 11 | |
| 12 | Machinery and equipment used in manufacturing and processing ......... | | x3 | 12 | |
| 13 | Furniture, office machinery, and equipment ........................... | | x2 | 13 | |
| 14 | Delivery or mobile equipment ..................................... | | x1 | 14 | |
| 15 | TENNESSEE TOTAL — Add lines 10 - 14 (Enter total here and on Schedule A, Line 2) .......... | | | 15 | |

| TAXABLE YEAR | TAXPAYER NAME | ACCOUNT NO./FEIN/SSN |
|---|---|---|
| 12/31/09 | Diversified Global Sourcing Inc. | |

## COMPUTATION OF EXCISE TAX

### Schedule J-1 — COMPUTATION OF NET EARNINGS FOR ENTITIES TREATED AS PARTNERSHIPS

| | | | |
|---|---|---|---|
| 1 | Ordinary Income or Loss from Federal Form 1065, Line 22, plus any intangible expense to an affiliated business entity deducted for federal tax purposes | 1 | |
| | **Additions:** | | |
| 2 | Additional income items specifically allocated to partners, including guaranteed payments to partners (Federal 1065 — Schedule K) | 2 | |
| 3 | Any net loss or expense received from a 'pass-through' entity subject to and paying the excise tax, or any net loss or expense distributed to a publicly traded REIT (include schedule of entities and FEINs) | 3 | |
| 4 | Total — Add lines 1, 2, and 3 | 4 | |
| | **Deductions:** | | |
| 5 | Additional expense items specifically allocated to partners (Federal 1065 — Schedule K) | 5 | |
| 6 | Amount subject to self-employment taxes distributable or paid to each partner or member net of medical insurance payments previously deducted to determine Ordinary Income (Loss) on Form 1065 (If negative, enter zero) (Include on Schedule K, Line 3) | 6 | |
| 7 | Amount of contribution, not previously deducted, to qualified pension or benefit plans of any partner or member, including all IRC 401 plans (Include on Schedule K, Line 3) | 7 | |
| 8 | Any net gain or income received from a 'pass-through' entity subject to and paying the excise tax, or any net gain or income distributed to a publicly traded REIT (include schedule of entities and FEINs) | 8 | |
| 9 | Total deductions — Add lines 5 through 8 | 9 | |
| 10 | Total — Line 4 less Line 9 (Enter here and on Schedule J, Line 1) | 10 | |

### Schedule J-2 — COMPUTATION OF NET EARNINGS FOR A SINGLE MEMBER LLC FILING AS AN INDIVIDUAL

| | | | |
|---|---|---|---|
| | **Additions:** | | |
| 1 | Business Income from Form 1040, Schedule C plus any intangible expense to an affiliated business entity | 1 | |
| 2 | Business Income from Form 1040, Schedule D plus any intangible expense to an affiliated business entity | 2 | |
| 3 | Business Income from Form 1040, Schedule E plus any intangible expense to an affiliated business entity | 3 | |
| 4 | Business Income from Form 1040, Schedule F plus any intangible expense to an affiliated business entity | 4 | |
| 5 | Business Income from Form 4797 | 5 | |
| 6 | Other: Form _____, Schedule _____ | 6 | |
| 7 | Any net loss or expense received from a 'pass-through' entity subject to and paying the excise tax (include schedule of entities and FEINs) | 7 | |
| 8 | Total — Add lines 1 through 7 | 8 | |
| | **Deductions:** | | |
| 9 | Amount subject to self-employment taxes distributable or paid to the single member (If negative, enter zero) (Include on Schedule K, Line 3) | 9 | |
| 10 | Any net gain or income received from a 'pass-through' entity subject to and paying the excise tax (include schedule of entities and FEINs) | 10 | |
| 11 | Total deductions — Add lines 9 and 10 | 11 | |
| 12 | Total — Line 8 less Line 11 (Enter here and on Schedule J, Line 1) | 12 | |

### Schedule J-3 — COMPUTATION OF NET EARNINGS FOR ENTITIES TREATED AS SUBCHAPTER S CORPORATIONS

| | | | |
|---|---|---|---|
| 1 | Ordinary Income or Loss from Federal Form 1120S, Line 21 plus any intangible expense to an affiliated business entity deducted for federal tax purposes | 1 | -3,683. |
| | **Additions:** | | |
| 2 | Income items to extent includable in federal income were it not for 'S' status election (Fed 1120S — Schedule K) | 2 | |
| 3 | Any net loss or expense received from a 'pass-through' entity subject to and paying the excise tax, or any net loss or expense distributed to a publicly traded REIT (include schedule of entities and FEINs) | 3 | |
| 4 | Total — Add lines 1, 2 and 3 | 4 | -3,683. |
| | **Deductions:** | | |
| 5 | Expense items to extent includable in federal expenses were it not for 'S' status election (Fed 1120S — Schedule K) | 5 | |
| 6 | Any net gain or income received from a 'pass-through' entity subject to and paying the excise tax, or any net gain or income distributed to a publicly traded REIT (include schedule of entities and FEINs) | 6 | |
| 7 | Total deductions — Add lines 5 and 6 | 7 | |
| 8 | Total — Line 4 less Line 7 (Enter here and on Schedule J, Line 1) | 8 | -3,683. |

### Schedule J-4 — COMPUTATION OF NET EARNINGS FOR ENTITIES TREATED AS CORPORATIONS AND 'OTHER' ENTITIES

Enter the amount of income (loss) from the applicable federal return to Schedule J, Line 1

| | | | |
|---|---|---|---|
| 1 | Federal Form 1120 — Line 28 (Taxable income or loss before net operating loss deduction and special deductions) plus any intangible expense to an affiliated business entity deducted for federal tax purposes | 1 | |
| 2 | Federal Form 990-T, Line 30 (unrelated business taxable income) | 2 | |
| 3 | Other: Form _____, Schedule _____ | 3 | |
| | **Additions:** | | |
| 4 | Any net loss or expense received from a 'pass-through' entity subject to and paying the excise tax, or any net loss or expense distributed to a publicly traded REIT (include schedule of entities and FEINs) | 4 | |
| | **Deductions:** | | |
| 5 | Any net gain or income received from a 'pass-through' entity subject to and paying the excise tax, or any net gain or income distributed to a publicly traded REIT (include schedule of entities and FEINs) | 5 | |
| 6 | Total — Lines 1 through 4 less Line 5 (Enter here and on Schedule J, Line 1) | 6 | |

## Schedule J — COMPUTATION OF NET EARNINGS SUBJECT TO EXCISE TAX

| # | Description | | Amount |
|---|---|---|---|
| 1 | Federal income or loss (Enter amount from Schedule J-1, J-2, J-3, or J-4) | 1 | -3,683. |
| | **ADDITIONS:** | | |
| 2 | Any depreciation under the provisions of IRC Section 168 not permitted for excise tax purposes due to Tennessee permanently decoupling from federal bonus depreciation and any expense/deprecation deducted as a result of 'safe harbor' lease elections. (attach schedule) | 2 | |
| 3 | Any deduction for domestic production actvities under the provisions of IRC Section 199 | 3 | |
| 4 | Any gain on the sale of an asset sold within twelve months after the date of distribution to a nontaxable entity | 4 | |
| 5 | Tennessee excise tax expense (to the extent reported for federal purposes) | 5 | |
| 6 | Gross premiums tax deducted in determining federal income and used as an excise tax credit | 6 | |
| 7 | Interest income on obligations of states and their political subdivisions, less allowable amortization | 7 | |
| 8 | Depletion not based on actual recovery of cost | 8 | |
| 9 | Contribution carryover from prior period(s) | 9 | |
| 10 | Capital gains offset by capital loss carryover or carryback | 10 | |
| 11 | Excess fair market value over book value of property donated | 11 | |
| 12 | Excess rent paid, accrued, or incurred for property owned by an affiliate. T.C.A. Section 67-4-2006(b)(1)(N) | 12 | |
| 13 | Total additions — Add lines 2 through 12 | 13 | |
| | **DEDUCTIONS:** | | |
| 14 | Any depreciation under the provisions of IRC Section 168 permitted for excise tax purposes due to Tennessee permanently decoupling from federal bonus depreciation | 14 | |
| 15 | Any excess gain (or loss) from the basis adjustment resulting from Tennessee permanently decoupling from federal bonus depreciation | 15 | |
| 16 | Any loss on the sale of an asset sold within twelve months after the date of distribution to a nontaxable entity | 16 | |
| 17 | Dividends received from corporations, at least 80% owned (attach schedule) | 17 | |
| 18 | Contributions in excess of amount allowed by federal government | 18 | |
| 19 | Donations to Qualified Public School Support Groups and nonprofit organizations | 19 | |
| 20 | Portion of current year's capital loss not included in federal taxable income | 20 | |
| 21 | Any expense other than income taxes, not deducted in determining federal taxable income for which a credit against the federal income tax is allowable | 21 | |
| 22 | Any income included for federal tax purposes and any depreciation or other expense that could have been deducted for 'safe harbor' lease elections (attach schedule) | 22 | |
| 23 | Nonbusiness earnings — Schedule M, Line 8 | 23 | |
| 24 | Intangible expense to an affiliated business entity (Intangible expense disclosure form MUST be completed to avoid the adjustment provided in TCA Section 67-4-2006(d)(3)) | 24 | |
| 25 | Intangible income from an affiliated business entity if the corresponding intangible expense has not been disclosed or has been disallowed | 25 | |
| 26 | TOTAL deductions — Add lines 14 through 25 | 26 | |
| | **COMPUTATION OF TAXABLE INCOME:** | | |
| 27 | Total Business Income (Loss) — Add lines 1 and 13, less Line 26 (if loss, complete Schedule K) | 27 | -3,683. |
| 28 | Apportionment Ratio (Schedules N, O, P, or R if applicable or 100%) | 28 | 100.0000 % |
| 29 | Apportioned business income (Loss) (Line 27 multiplied by Line 28) | 29 | -3,683. |
| 30 | Add: Nonbusiness earnings directly allocated to Tennessee (From Schedule M, Line 9) | 30 | |
| 31 | Deduct: Loss carryover from prior years (From Schedule U) | 31 | 48,457. |
| 32 | Subject to excise tax ( 6.5 %) (Line 29 plus Line 30, less Line 31) (enter here and on Schedule B, Line 4) | 32 | -52,140. |

## Schedule K — DETERMINATION OF LOSS CARRYOVER AVAILABLE — See Rule 1320-6-1-.21 of Departmental Rules and Regulations

| # | Description | | Amount |
|---|---|---|---|
| 1 | Net loss from Schedule J, Line 27 | 1 | -3,683. |
| | **ADD:** | | |
| 2 | Amounts reported on Schedule J, lines 17 and 23 | 2 | |
| 3 | Amounts reported on Schedule J-1, lines 6 and 7, and Schedule J-2, Line 9 | 3 | |
| 4 | Reduced loss — Add lines 1 through 3 (if net amount is positive, enter '0') | 4 | -3,683. |
| 5 | Excise Tax Ratio (Schedules N, O, P, or R if applicable or 100%) | 5 | 100.0000 % |
| 6 | Current year loss carryover available (Line 4 multiplied by Line 5) | 6 | -3,683. |

## Schedule L — FEDERAL INCOME REVISIONS

| Year | 1 Original Net Income on Federal Return | 2 Net Income Corrected | 3 Increase (Decrease) in Net Income | 4 Increase (Decrease) Affecting Excise Tax |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |