# Exhibit 4

1                    UNITED STATES DISTRICT COURT

2              FOR THE WESTERN DISTRICT OF TENNESSEE

3

4                    CIVIL ACTION NO.: 2:22-cv-02789-TLP-CGC

5

6     INTERNATIONAL PAPER COMPANY,              )

7                         Plaintiff,            )

8     v.                                        )

9     BEAZLEY INSURANCE COMPANY, INC., AND      )

10    ZURICH AMERICAN INSURANCE COMPANY,        )

11                         Defendants.          )

12                                              )

13

14              REMOTE VIDEO RECORDED DEPOSITION OF SHIV

15    KUMAR SEETHARAMAN, a witness called by Defendant,

16    Beazley Insurance Company, Inc., pursuant to the

17    Federal Rules of Civil Procedure before Amy Marascio,

18    a Court Reporter and Notary Public in and for the

19    Commonwealth of Massachusetts, on Thursday, January

20    11, 2024, commencing at 12:00 p.m.

21

22

23

24

1                R E M O T E   A P P E A R A N C E S

2

3     EUGENE MURPHY, ESQUIRE

4     Robinson & Cole

5     777 Brickell Avenue, Suite 680

6     Miami, FL 33131

7     emurphy@rc.com

8     Counsel for Defendant Beazley Insurance Company, Inc.

9

10    JOHN SYLVESTER, ESQUIRE

11    NATHAN TOWNSEND, ESQUIRE

12    K&L Gates

13    535 Smithfield Street, Suite 1500

14    Pittsburgh, PA 15222

15    john.sylvester@klgates.com

16    Counsel for Plaintiff International Paper Company

17

18    RANDY FISHMAN, ESQUIRE

19    Ballin, Ballin & Fishman, P.C.

20    200 Jefferson Avenue, Suite 1250

21    Memphis, TN 38103

22    Counsel for Shiv Kumar Seetharaman

23

24

1                R E M O T E   A P P E A R A N C E S

2

3    Mary Jane Palmer, Esquire

4    International Paper Company

5

6    Kevin Gallagher, Videographer

7    Veritext Legal Services

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                          I N D E X

2    WITNESS                 DIRECT  CROSS  REDIRECT  RECROSS

3    SHIV KUMAR SEETHARAMAN

4    (By Mr. Murphy)           7

5    (By Mr. Sylvester)              12

6

7

8                        E X H I B I T S

9    NUMBER          DESCRIPTION                    PAGE

10

11          (There were no exhibits offered.)

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    P R O C E E D I N G S

2             VIDEOGRAPHER:   We are now going on the

3        record at approximately 12 noon p.m. Eastern

4        Standard Time.  Today's date is January 11,

5        2024.  This is Media Unit Number 1 of the

6        video recorded deposition of Shiv Kumar

7        Seetharaman taken in the matter of

8        International Paper Company versus Beazley

9        Insurance Company, Inc., et al.  It is filed

10       in the United States District Court for the

11       Western District of Tennessee.  The case

12       number is 2:22-CV-02789-TLP-CGC.  This

13       deposition is being held via Zoom

14       technology.

15            My name is Kevin Gallagher.  I am the

16       videographer, and the court reporter is Amy

17       Marascio.  We're both from the firm of

18       Veritext Legal Solutions.  At this time the

19       attorneys present in the deposition will

20       identify themselves and their affiliations

21       for the record.

22            MR. SYLVESTER:  This is John Sylvester

23       from the law firm K&L Gates along with my

24       colleague Nathan Townsend and in-house

1    counsel Mary Jane Palmer representing

2    International Paper Company.

3         MR. MURPHY:  Gene Murphy with Robinson

4    and Cole on behalf of the defendant Beazley

5    Insurance Company.

6         MR. FISHMAN:  My name is Randy Fishman.

7    I represent the witness, and as I've

8    previously indicated, I would like to put a

9    statement on the record preliminary.  Now

10   would be an appropriate time.

11        THE WITNESS:  My name is Shiv Kumar

12   Seetharaman.  After consultation and with

13   advice of counsel, it is my intention to

14   exercise my rights under the Fifth Amendment

15   as to any questions involving DGS, MSD and

16   any dealings involving International Paper.

17        MR. FISHMAN:  You may proceed.

18        VIDEOGRAPHER:  Now the court reporter

19   will swear in the witness and we can

20   proceed.

21        SHIV KUMAR SEETHARAMAN, after being

22   satisfactorily identified and duly sworn by

23   the Notary Public, was examined and

24   testified as follows:

1                    DIRECT EXAMINATION

2          BY MR. MURPHY:

3  Q.    Good morning, sir.  Again, my name is Gene

4          Murphy.  I represent the insurance company,

5          Beazley Insurance Company, in this coverage

6          action between International Paper and Beazley.

7          If you can please state your full name for the

8          record along with your address.

9  A.    Yeah, my full name is Shiv Kumar Seetharaman, and

10         my address is 16 East Carol Avenue, Burlingame,

11         California 94010.

12 Q.    Okay.  Have you ever been deposed before, sir?

13 A.    After consultation and advice of counsel, it is

14         my intention to exercise my rights under the

15         Fifth as to any questions involving DGS, MSD and

16         International Paper.

17 Q.    Okay, and I'm just asking you if you've ever been

18         deposed before.  I want to know if you're

19         familiar with the process which is basically a

20         question and answer process under oath.

21 A.    No, I have not been deposed before.

22 Q.    Okay, and I heard your earlier statement, and we

23         obviously will respect that.  Let me just say

24         that it's a question and answer format.  I'm

1     going to pose questions to you.  You'll respond

2     as appropriate in conjunction with your guidance

3     from counsel.  I just ask that, you know, you

4     respond to those questions, and obviously keep in

5     mind that we have a court reporter that's

6     transcribing it for the record.  Is that all

7     acceptable?

8  A.  Yes.

9  Q.  Okay, and I'd ask that, you know, I know we are

10     in a video Zoom context.  Both of us have to

11     verbalize our questions and answers so that there

12     is no issue there.  With that said, could you

13     just briefly describe for us your education, sir?

14  A.  Yes.  I have a bachelor's degree in chemical

15     engineering, a master's degree in chemistry and a

16     master's degree in chemical engineering.

17  Q.  Okay.  And you may have answered this, but do any

18     of those degrees constitute PhDs in chemistry or

19     chemical engineering?

20  A.  No.

21  Q.  Okay, and where did you obtain those degrees?

22  A.  The master's in chemistry and the bachelor's in

23     chemical engineering all came from India, and the

24     master's degree in chemical engineering from

1           Oklahoma State University.

2    Q.    I'm sorry, I didn't hear the last institution.

3    A.    Oklahoma State University.

4    Q.    And when did you obtain the master's from

5           Oklahoma State University?

6    A.    1985 I -- I think 1985, '85 I think.

7    Q.    And with regard to the other two degrees, can you

8           give us the approximate time of obtaining the

9           degrees?

10   A.    1983.

11   Q.    Both the Bachelor's of Science and the master's

12          were --

13   A.    Yes.

14   Q.    -- both in 1983?

15   A.    Yes.

16   Q.    And what's the name of the institution in India

17          that you obtained those degrees from?

18   A.    Birla Institute of Technology and Science.

19   Q.    Can you tell us -- I don't need details, but can

20          you tell us what type of employment you pursued

21          after obtaining your degrees, sir?

22   A.    After consultation and advice of counsel, it is

23          my intention to exercise my rights under the

24          Fifth as to any questions moving forward.

1    Q.    Okay, I just want to confirm, you are here today

2           as a corporate representative for DGS and Mid-

3           South; isn't that correct, sir?

4    A.    That is correct.

5    Q.    Okay, and could you just -- with regard to DGS,

6           for the record, could you just state what that

7           stands for, the corporate name?

8    A.    Diversified Global Sourcing, Inc.

9    Q.    Okay, and Mid-South, what is the full corporate

10          name?

11    A.    Mid-South Diversity, Inc.

12    Q.    All right.  Do those companies still exist as

13          corporate entities today?

14    A.    It is my intention to exercise my rights under

15          the Fifth Amendment.

16    Q.    Okay, I have a couple additional questions I'm

17          going to pose, and we'll work through those, but

18          it should only take two or three minutes.  What

19          was your position at DGS, sir?

20    A.    It is my intention to exercise my rights under

21          the Fifth Amendment as to the questions involving

22          DGS and MSD.

23    Q.    What was your position with regard to Mid-South?

24    A.    It is my intention to exercise my Fifth, my

1    rights under the Fifth.

2  Q.   What was the nature of the business services that

3       Mid-South provided its customers?

4  A.   It is my intention to exercise my rights under

5       the Fifth Amendment.

6  Q.   What was the nature of the business services that

7       DGS provided its customers?

8  A.   After consultation and advice of counsel, it is

9       my intention to exercise my rights under the

10      Fifth Amendment.

11 Q.   Do you have any relatives that have worked at

12      International Paper in the past?

13 A.   After consultation and advice of counsel, it is

14      my intention to exercise my rights under the

15      Fifth Amendment.

16 Q.   Do you know somebody who is sometimes referred to

17      as Jag?

18 A.   After consultation and advice of counsel, it is

19      my intention to exercise my rights under the

20      Fifth Amendment.

21 Q.   Is DGS a diverse company?

22 A.   After consultation and advice of counsel, it is

23      my intention to exercise my rights under the

24      Fifth Amendment.

1    Q.   Is Mid-South a diverse company?

2    A.   After consultation and advice of counsel, it is

3         my intention to exercise my rights under the

4         Fifth Amendment.

5              MR. MURPHY:  Okay, thank you. I have no

6              further questions at this time.

7                        CROSS-EXAMINATION

8         BY MR. SYLVESTER:

9    Q.   Mr. Kumar, this is John Sylvester, counsel for

10        International Paper, and I have about three

11        questions for you.  When you have said in

12        response to Mr. Murphy's questions that you

13        exercise your rights under the Fifth Amendment,

14        just so that we're clear on the record, do you

15        mean that you are invoking the privilege under

16        the Fifth Amendment of the U.S. Constitution

17        against answering questions that may tend to

18        incriminate you in a potential criminal

19        proceeding?

20   A.   After consultation and advice of counsel, it is

21        my intention to exercise my rights under the

22        Fifth Amendment to any questions involving DGS,

23        MSD and any dealings involving International

24        Paper.

1  Q.  And if I were to ask you any questions about the
2      activities of DGS and Mid-South, not just with
3      International Paper but also with majority
4      suppliers of speciality chemicals during the
5      period 2011 to 2019, would your answer be the
6      same?
7  A.  After consultation and advice of counsel, it is
8      my intention to exercise my rights under the
9      Fifth Amendment.
10 Q.  If I were to ask you any questions about the
11     criminal investigation of Sitaraman Jagannath in
12     connection with the charges of International
13     Paper that he was engaged in employee theft, what
14     would your answer be?
15 A.  After consultation and advice of counsel, it is
16     my intention to exercise my rights under the
17     Fifth Amendment.
18 Q.  And then finally, if I were to ask you any
19     questions about the financial accounting and tax
20     payment practices of either DGS or Mid-South,
21     what would your answer be?
22 A.  After consultation and advice of counsel, it is
23     my intention to exercise my rights under the
24     Fifth Amendment.

1          MR. SYLVESTER:  At this time in lieu --

2      in view of Mr. Kumar's invocation of his

3      rights, all of the questions that I would

4      have for him are encompassed within his

5      prior answers that he would plead the Fifth

6      Amendment against self-incrimination, and so

7      there's no point in proceeding to ask those

8      questions given that we will get the same

9      answers, so I have no further questions at

10     this time.

11         MR. MURPHY:  I have no follow up with

12     regard to my questions to Mr. Kumar, DGS or

13     Mid-South, understanding that any further

14     questions will result in the same response

15     and the invocation of the Fifth Amendment.

16     Thank you.

17         MR. FISHMAN:  Thank you, gentlemen.

18         VIDEOGRAPHER:  We are going off the

19     record at approximately 12:12 p.m.

20         (Whereupon, deposition was concluded at

21         12:12 p.m.)

22

23

24

ERRATA SHEET

CASE:  INTERNATIONAL PAPER COMPANY V. BEAZLEY

        INSURANCE COMPANY, INC., AND ZURICH AMERICAN

        INSURANCE COMPANY

DEPOSITION OF: SHIV KUMAR SEETHARAMAN


PAGE    LINE      PRESENTLY READS        SHOULD READ

1                       SIGNATURE PAGE

2

3          I, SHIV KUMAR SEETHARAMAN, hereby certify

4      that I have read the foregoing transcript of my

5      testimony given in the aforementioned matter, and

6      further certify that said transcript is a true,

7      accurate and complete record of said testimony.

8

9

10                          SHIV KUMAR SEETHARAMAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    C E R T I F I C A T E

2    COMMONWEALTH OF MASSACHUSETTS

3    COUNTY OF NORFOLK, ss.

4         I, Amy Marascio, a Court Reporter and Notary

5    Public in and for the Commonwealth of Massachusetts,

6    do hereby certify that the foregoing remote video

7    deposition of SHIV KUMAR SEETHARAMAN, was taken before

8    me on January 11, 2024.  The said witness was

9    satisfactorily identified and duly sworn before the

10   commencement of his testimony; that the said testimony

11   was taken audiographically by myself and then

12   transcribed under my direction.

13        To the best of my knowledge, the within

14   transcript is a complete, true and accurate record of

15   said deposition.  I am not connected by blood or

16   marriage with any of the said parties, nor interested

17   directly or indirectly in the matter in controversy.

18        In witness whereof, I have hereunto set my hand

19   and Notary Seal this 24th day of January 2024.

20

21

                    Amy Marascio, Notary Public

22                   My Commission Expires:

23                   May 31, 2030

24

| & | 5 |
|---|---|
| **&** 2:4,19 | **535** 2:13 |

| **0** | **6** |
|---|---|
| **02789** 1:4 5:12 | **680** 2:5 |

| **1** | **7** |
|---|---|
| **1** 5:5 | **7** 4:4 |
| **11** 1:20 5:4 17:8 | **777** 2:5 |
| **12** 4:5 5:3 | **8** |
| **1250** 2:20 | **85** 9:6 |
| **12:00** 1:20 | **9** |
| **12:12** 14:19,21 | **94010** 7:11 |
| **1500** 2:13 | |
| **15222** 2:14 | |
| **16** 7:10 | |
| **1983** 9:10,14 | |
| **1985** 9:6,6 | |

**amendment**
6:14 10:15,21
11:5,10,15,20
11:24 12:4,13
12:16,22 13:9
13:17,24 14:6
14:15
**american** 1:10
15:3
**amy** 1:17 5:16
17:4,21
**answer** 7:20,24
13:5,14,21
**answered** 8:17
**answering**
12:17
**answers** 8:11
14:5,9
**appropriate**
6:10 8:2
**approximate**
9:8
**approximately**
5:3 14:19
**asking** 7:17
**attorneys** 5:19
**audiographic...**
17:11
**avenue** 2:5,20
7:10

| **2** |
|---|
| **200** 2:20 |
| **2011** 13:5 |
| **2019** 13:5 |
| **2024** 1:20 5:5 17:8,19 |
| **2030** 17:23 |
| **24th** 17:19 |
| **28366** 17:20 |
| **2:22** 1:4 5:12 |

| **3** |
|---|
| **31** 17:23 |
| **33131** 2:6 |
| **38103** 2:21 |

| **a** |
|---|
| **acceptable** 8:7 |
| **accounting** 13:19 |
| **accurate** 16:7 17:14 |
| **action** 1:4 7:6 |
| **activities** 13:2 |
| **additional** 10:16 |
| **address** 7:8,10 |
| **advice** 6:13 7:13 9:22 11:8 11:13,18,22 12:2,20 13:7 13:15,22 |
| **affiliations** 5:20 |
| **aforemention...** 16:5 |
| **al** 5:9 |

| **b** |
|---|
| **b** 4:8 |
| **bachelor's** 8:14 8:22 9:11 |

**ballin** 2:19,19
**basically** 7:19
**beazley** 1:9,16
2:8 5:8 6:4 7:5
7:6 15:2
**behalf** 6:4
**best** 17:13
**birla** 9:18
**blood** 17:15
**brickell** 2:5
**briefly** 8:13
**burlingame**
7:10
**business** 11:2,6

| **c** |
|---|
| **c** 2:1 3:1 5:1 17:1,1 |
| **california** 7:11 |
| **called** 1:15 |
| **carol** 7:10 |
| **case** 5:11 15:2 |
| **certify** 16:3,6 17:6 |
| **cgc** 1:4 5:12 |
| **charges** 13:12 |
| **chemical** 8:14 8:16,19,23,24 |
| **chemicals** 13:4 |
| **chemistry** 8:15 8:18,22 |
| **civil** 1:4,17 |
| **clear** 12:14 |
| **cole** 2:4 6:4 |
| **colleague** 5:24 |

commencem...
  17:10
commencing
  1:20
commission
  17:22
commonwealth
  1:19 17:2,5
companies
  10:12
company   1:6,9
  1:10,16 2:8,16
  3:4 5:8,9 6:2,5
  7:4,5 11:21
  12:1 15:2,3,4
complete   16:7
  17:14
concluded
  14:20
confirm   10:1
conjunction
  8:2
connected
  17:15
connection
  13:12
constitute   8:18
constitution
  12:16
consultation
  6:12 7:13 9:22
  11:8,13,18,22
  12:2,20 13:7
  13:15,22

context   8:10
controversy
  17:17
corporate   10:2
  10:7,9,13
correct   10:3,4
counsel   2:8,16
  2:22 6:1,13
  7:13 8:3 9:22
  11:8,13,18,22
  12:2,9,20 13:7
  13:15,22
county   17:3
couple   10:16
court   1:1,18
  5:10,16 6:18
  8:5 17:4
coverage   7:5
criminal   12:18
  13:11
cross   4:2 12:7
customers   11:3
  11:7
cv   1:4 5:12

**d**

d   4:1 5:1
date   5:4
day   17:19
dealings   6:16
  12:23
defendant   1:15
  2:8 6:4
defendants
  1:11

degree   8:14,15
  8:16,24
degrees   8:18,21
  9:7,9,17,21
deposed   7:12
  7:18,21
deposition   1:14
  5:6,13,19
  14:20 15:5
  17:7,15
describe   8:13
description   4:9
details   9:19
dgs   6:15 7:15
  10:2,5,19,22
  11:7,21 12:22
  13:2,20 14:12
direct   4:2 7:1
direction   17:12
directly   17:17
district   1:1,2
  5:10,11
diverse   11:21
  12:1
diversified   10:8
diversity   10:11
duly   6:22 17:9

**e**

e   2:1,1,1,1 3:1,1
  3:1,1 4:1,8 5:1
  5:1 17:1,1
earlier   7:22
east   7:10
eastern   5:3

education   8:13
either   13:20
employee   13:13
employment
  9:20
emurphy   2:7
encompassed
  14:4
engaged   13:13
engineering
  8:15,16,19,23
  8:24
entities   10:13
errata   15:1
esquire   2:3,10
  2:11,18 3:3
et   5:9
eugene   2:3
examination
  7:1 12:7
examined   6:23
exercise   6:14
  7:14 9:23
  10:14,20,24
  11:4,9,14,19,23
  12:3,13,21
  13:8,16,23
exhibits   4:11
exist   10:12
expires   17:22

**f**

f   17:1
familiar   7:19
federal   1:17

**fifth** 6:14 7:15
9:24 10:15,21
10:24 11:1,5
11:10,15,20,24
12:4,13,16,22
13:9,17,24
14:5,15
**filed** 5:9
**finally** 13:18
**financial** 13:19
**firm** 5:17,23
**fishman** 2:18
2:19 6:6,6,17
14:17
**fl** 2:6
**follow** 14:11
**follows** 6:24
**foregoing** 16:4
17:6
**format** 7:24
**forward** 9:24
**full** 7:7,9 10:9
**further** 12:6
14:9,13 16:6

**g**

**g** 5:1
**gallagher** 3:6
5:15
**gates** 2:12 5:23
**gene** 6:3 7:3
**gentlemen**
14:17
**give** 9:8
**given** 14:8 16:5

**global** 10:8
**going** 5:2 8:1
10:17 14:18
**good** 7:3
**guidance** 8:2

**h**

**h** 4:8
**hand** 17:18
**hear** 9:2
**heard** 7:22
**held** 5:13
**hereunto** 17:18
**house** 5:24

**i**

**identified** 6:22
17:9
**identify** 5:20
**incriminate**
12:18
**incrimination**
14:6
**india** 8:23 9:16
**indicated** 6:8
**indirectly**
17:17
**institute** 9:18
**institution** 9:2
9:16
**insurance** 1:9
1:10,16 2:8 5:9
6:5 7:4,5 15:3
15:4
**intention** 6:13
7:14 9:23

10:14,20,24
11:4,9,14,19,23
12:3,21 13:8
13:16,23
**interested**
17:16
**international**
1:6 2:16 3:4
5:8 6:2,16 7:6
7:16 11:12
12:10,23 13:3
13:12 15:2
**investigation**
13:11
**invocation** 14:2
14:15
**invoking** 12:15
**involving** 6:15
6:16 7:15
10:21 12:22,23
**issue** 8:12

**j**

**jag** 11:17
**jagannath**
13:11
**jane** 3:3 6:1
**january** 1:19
5:4 17:8,19
**jefferson** 2:20
**john** 2:10 5:22
12:9
**john.sylvester**
2:15

**k**

**k&l** 2:12 5:23
**keep** 8:4
**kevin** 3:6 5:15
**klgates.com**
2:15
**know** 7:18 8:3
8:9,9 11:16
**knowledge**
17:13
**kumar** 1:15
2:22 4:3 5:6
6:11,21 7:9
12:9 14:12
15:5 16:3,10
17:7
**kumar's** 14:2

**l**

**law** 5:23
**legal** 3:7 5:18
**lieu** 14:1
**line** 15:7

**m**

**m** 2:1 3:1
**majority** 13:3
**marascio** 1:17
5:17 17:4,21
**marriage** 17:16
**mary** 3:3 6:1
**massachusetts**
1:19 17:2,5
**master's** 8:15
8:16,22,24 9:4
9:11

matter 5:7 16:5
17:17
mean 12:15
media 5:5
memphis 2:21
miami 2:6
mid 10:2,9,11
10:23 11:3
12:1 13:2,20
14:13
mind 8:5
minutes 10:18
morning 7:3
moving 9:24
msd 6:15 7:15
10:22 12:23
murphy 2:3 4:4
6:3,3 7:2,4
12:5 14:11
murphy's
12:12

**n**

n 2:1 3:1 4:1
5:1
name 5:15 6:6
6:11 7:3,7,9
9:16 10:7,10
nathan 2:11
5:24
nature 11:2,6
need 9:19
noon 5:3
norfolk 17:3
notary 1:18
6:23 17:4,19

17:21
number 4:9 5:5
5:12

**o**

o 2:1 3:1 5:1
oath 7:20
obtain 8:21 9:4
obtained 9:17
obtaining 9:8
9:21
obviously 7:23
8:4
offered 4:11
okay 7:12,17
7:22 8:9,17,21
10:1,5,9,16
12:5
oklahoma 9:1,3
9:5

**p**

p 2:1,1 3:1,1
5:1
p.c. 2:19
p.m. 1:20 5:3
14:19,21
pa 2:14
page 4:9 15:7
16:1
palmer 3:3 6:1
paper 1:6 2:16
3:4 5:8 6:2,16
7:6,16 11:12
12:10,24 13:3
13:13 15:2

parties 17:16
past 11:12
payment 13:20
period 13:5
phds 8:18
pittsburgh 2:14
plaintiff 1:7
2:16
plead 14:5
please 7:7
point 14:7
pose 8:1 10:17
position 10:19
10:23
potential 12:18
practices 13:20
preliminary
6:9
present 5:19
presently 15:7
previously 6:8
prior 14:5
privilege 12:15
procedure 1:17
proceed 6:17
6:20
proceeding
12:19 14:7
process 7:19,20
provided 11:3
11:7
public 1:18
6:23 17:5,21
pursuant 1:16

pursued 9:20
put 6:8

**q**

question 7:20
7:24
questions 6:15
7:15 8:1,4,11
9:24 10:16,21
12:6,11,12,17
12:22 13:1,10
13:19 14:3,8,9
14:12,14

**r**

r 2:1,1 3:1,1 5:1
17:1
randy 2:18 6:6
rc.com 2:7
read 15:7 16:4
reads 15:7
record 5:3,21
6:9 7:8 8:6
10:6 12:14
14:19 16:7
17:14
recorded 1:14
5:6
recross 4:2
redirect 4:2
referred 11:16
regard 9:7 10:5
10:23 14:12
relatives 11:11
remote 1:14
17:6

reporter 1:18
5:16 6:18 8:5
17:4
represent 6:7
7:4
representative
10:2
representing
6:1
respect 7:23
respond 8:1,4
response 12:12
14:14
result 14:14
right 10:12
rights 6:14
7:14 9:23
10:14,20 11:1
11:4,9,14,19,23
12:3,13,21
13:8,16,23
14:3
robinson 2:4
6:3
rules 1:17

**s**

s 2:1 3:1 4:8 5:1
satisfactorily
6:22 17:9
science 9:11,18
seal 17:19
seetharaman
1:15 2:22 4:3
5:7 6:12,21 7:9
15:5 16:3,10

17:7
self 14:6
services 3:7
11:2,6
set 17:18
sheet 15:1
shiv 1:14 2:22
4:3 5:6 6:11,21
7:9 15:5 16:3
16:10 17:7
signature 16:1
17:20
sir 7:3,12 8:13
9:21 10:3,19
sitaraman
13:11
smithfield 2:13
solutions 5:18
somebody
11:16
sorry 9:2
sourcing 10:8
south 10:3,9,11
10:23 11:3
12:1 13:2,20
14:13
speciality 13:4
ss 17:3
standard 5:4
stands 10:7
state 7:7 9:1,3,5
10:6
statement 6:9
7:22

states 1:1 5:10
street 2:13
suite 2:5,13,20
suppliers 13:4
swear 6:19
sworn 6:22
17:9
sylvester 2:10
4:5 5:22,22
12:8,9 14:1

**t**

t 2:1 3:1 4:8
17:1,1
take 10:18
taken 5:7 17:7
17:11
tax 13:19
technology
5:14 9:18
tell 9:19,20
tend 12:17
tennessee 1:2
5:11
testified 6:24
testimony 16:5
16:7 17:10,10
thank 12:5
14:16,17
theft 13:13
think 9:6,6
three 10:18
12:10
thursday 1:19
time 5:4,18
6:10 9:8 12:6

14:1,10
tlp 1:4 5:12
tn 2:21
today 10:1,13
today's 5:4
townsend 2:11
5:24
transcribed
17:12
transcribing
8:6
transcript 16:4
16:6 17:14
true 16:6 17:14
two 9:7 10:18
type 9:20

**u**

u.s. 12:16
under 6:14
7:14,20 9:23
10:14,20 11:1
11:4,9,14,19,23
12:3,13,15,21
13:8,16,23
17:12
understanding
14:13
unit 5:5
united 1:1 5:10
university 9:1,3
9:5

**v**

v 1:8 15:2

| |
|---|
| **verbalize** 8:11 |
| **veritext** 3:7 |
| 5:18 |
| **versus** 5:8 |
| **video** 1:14 5:6 |
| 8:10 17:6 |
| **videographer** |
| 3:6 5:2,16 6:18 |
| 14:18 |
| **view** 14:2 |
| **w** |
| **want** 7:18 10:1 |
| **western** 1:2 |
| 5:11 |
| **whereof** 17:18 |
| **witness** 1:15 |
| 4:2 6:7,11,19 |
| 17:8,18 |
| **work** 10:17 |
| **worked** 11:11 |
| **x** |
| **x** 4:1,8 |
| **y** |
| **yeah** 7:9 |
| **z** |
| **zoom** 5:13 8:10 |
| **zurich** 1:10 |
| 15:3 |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.