# Exhibit 5

1

2

3

4

5                       N O T I C E

6        This transcript is an UNCERTIFIED ROUGH DRAFT

7     TRANSCRIPT.  It contains raw output from the court

8     reporter's stenotype machine translated into

9     English by the court reporter's computer, without

10    The benefit of proofreading. It will contain

11    mistranslations (wrong words), and misspellings.

12    These and any other errors will be corrected in

13    the final transcript.  Since this rough draft

14    transcript has not been proofread, the court

15    reporter cannot assume responsibility for any

16    errors therein.  This rough draft transcript is

17    intended to assist attorneys in their case

18    preparation and is not to be construed as the

19    final transcript.  It is not to be read by the

20    witness or quoted in any pleading or for any other

21   purpose and may not be filed with any court.

22

23

24

25

↑

1                    P R O C E E D I N G S

2        (Oath stipulation read and agreed by counsel

3    and witness.)

4        ROSEMARY COATES, having been duly sworn

5    testified as follows:

6                            EXAMINATION

7    BY MR. TOWNSEND:

8        Q   Good morning again, Ms. Coates.  My name

9    it Nathan Townsend.  I'm with the law firm K&L

10   Gates I represent the plaintiff International

11   Paper in this matter.  Could you please identify

12   yourself for the record?

13       A   Yes, Rosemary Coates.

14       Q   And are you serving as expert witness for

15   Beazley Insurance Company in this matter?

16       A   Yes, I am.

17    Q  I'm assuming -- but correct me if I'm

18  wrong I'm assuming you have done a good number of

19  depositions in the past; is that right?

20    A  I have, yes.

21    Q  So are you pretty familiar with the rules?

22    A  I am.

23    Q  Okay.  Just one quick reminder, especially

24  for remote deposition, do your best to wait to

25  answer my question until I'm finished questioning

1  you, and I will try to do the same, try to wait

2  until your finished answering.  That just helps

3  our court reporter transcribe accurately.

4         Ms. Coates, have you brought any documents

5  with you today for this deposition?

6    A  I have my report in front of me, and also

7  Mr. Grassley's (sic) report.

8    Q  Is that Mr. Glasser?

9    A  Glasser, sorry.

10    Q  And that report of yours is dated December

11  8th, 2023?

12     A  Yes, correct.

13     Q  Okay.  Do you have anything else besides

14  those two reports?

15     A  No, not in front of me.

16     Q  Do you have anything on your computer

17  you're relying on for this deposition today?

18     A  No.

19     Q  Ms. Coates, what do you consider yourself

20  to be an expert in?

21     A  I'm a global supply-chain expert perform

22  I've done all kinds of supply-chain work.  And

23  that includes a fairly significant amount of work

24  with purchasing departments in the chemicals

25  industry, and over 40 years I've done all kinds of

1  things, as you can imagine in the supply chain

2  management and also in teaching, negotiations, in

3  procurement environment.

4     Q  Would you consider yourself an expert in

5  commercial crime insurance policies?

6     A  No.

7     Q  Would you consider yourself an expert in

8    employee theft?

9         A  No, although I have been involved in a

10   couple of cases that involved employee theft in

11   some way or another, but, I'm not an expert in

12   that area.

13        Q  How many cases have you been involved in

14   regarding employee theft?

15        A  Off the top of my head, two that I recall

16   and there may have been others, but two that I

17   remember.

18        Q  Okay.  Do you remember when the last one

19   of those cases took place?

20        A  A couple of years ago.

21        Q  Do you consider yourself an expert in the

22   manufacture of specialty chemicals?

23        A  Not a particular expert but I do have

24   experience with a few companies that deal in the

25   specialty chemicals arena including Chevron's

˄

1    Division Oronite where I worked for over a year

2    one a project.  And that's a specialty chemical

3    division of Chevron.

4        Q  Just to make sure we're on the same page,

5    can you tell me what special chemicals are?

6        A  Yeah, well, they are general chemicals

7    that are used to facilitate some other kind of

8    manufacturing process, additive chemicals;

9    sometimes they are particular chemicals that have

10   a special reaction, something like that.

11       They are not -- the alternative would be

12   blockbuster chemicals.  They are not that.

13   Blockbuster chemicals that are big things that

14   commonly used in processing so these are

15   individual chemicals that are designed to address

16   a specific need in manufacturing.

17       Q  Okay.  Can you tell me what your

18   experience with Chevron involved?

19       A  Yes, so at the time I was an employee of

20   SAP and we were implementing SAP across Chevron

21   including at other night and in order to do that,

22   to implement software, you have to understand and

23   document every process in the company, so we were

24   definitely down in the detailed weeds of every

25   single process over a long period of time.

1    Q  So that involved working with Chevron to

2    install their enterprise resource platform, is

3    that what project management --

4    A  Correct, correct.

5    Q  Would you consider yourself an expert in

6    the use of specialty chemicals?

7    A  No.  I'm -- other than tangentially to the

8    work that I do in manufacturing I'm not an expert

9    in how to specifically apply those chemicals.

10   That would require chemical engineering degree.

11   Q  Would you consider yourself an expert in

12   the distribution of specialty chemicals?

13   A  In terms of distribution, you mean the

14   logistics of it?  Is that what you're talking

15   about.

16   Q  Maybe we'll back up.  Can you tell me what

17   a distributor is?

18   A  Yeah, so generally I would say a

19   distributor is a company that is in between the

20   actual manufacture of the goods and the buyer, the

21   ultimate buyer or user of the product as a general

22   rule they take orders, they negotiate sometimes

23   the terms and conditions low -- they provide

24  logistic services, follow-up, backup.  Sometimes

25  they have their own trucking operations.  They

1   provide expertise in certain areas.  They

2   coordinate orders.  So there's a lot of

3   value-added services that distributors normally

4   include and of course the depends on what industry

5   you're in.

6        So a distributor for software, for

7   example, is somewhat different than a distributor

8   for chemicals.

9     Q  Does a distributor take physical

10  possession of the product that its distributing?

11    A  Not usually, no.

12    Q  Does a distributor in your mind have

13  warehouses?

14    A  Well, they can.  I mean you know,

15  depending what industry you're talking about, they

16  could warehouse and resell from that warehouse.

17        If you're in medical supplies for example,

18  medical groups have big distributors that hold

19  goods in a warehouse and then send those out as

20  needed.  But in other industries, there is no

21  physical presence.  It's more of a services

22  provided situation, so it just depends on the

23  industry.

24      Q  You mentioned earlier something about

25  trucks.  I want to follow up on that does a

1   distributor typically have a fleet of vehicles it

2   uses to distribute its products?

3       A  It can.  In the oil industry, for example,

4   distributors usually have their own fleets and

5   they make distributions that way of specialty oil

6   products.

7           If -- in other cases, if they are a

8   coordinator kind of distributor then perhaps not.

9   So it just depends on the situation.

10      Q  And is a coordinator distributor different

11  than just a distributor?

12      A  It's one type it's not different it's a

13  type of what kind of service these provide.

14      Q  What would a coordinator distributor do?

15      A  Coordinate orders, read the -- in this

16   case reading the telemetry levels using expertise

17   background knowledge and experience to understand

18   the needs of the client, looking at, you know,

19   what's available, moving on opportunities for

20   maybe sale prices, you know, there are all kinds

21   of services that because they are in the middle

22   between the manufacturer and the ultimate buyer,

23   they have advisability too and can provide

24   additional value-added services as a result.

25      Q  Would you consider yourself an expert in

1   the types of services that a specialty chemical

2   distributor provides?

3      A  I'm sorry, can you repeat that?

4      Q  Would you consider yourself an expert in

5   the types of value-added services that a specialty

6   chemical distributor provides?

7      A  Well, I certainly understand and have an

8   experience in the kind of value-added services

9   that these sort of distributors provide.  I'm not

10    sure I would call myself an expert in that area

11    but I'm certainly a supply-chain expert and have

12    experience in this area.

13        Q  Okay.  And would you consider yourself an

14    expert in the profit margin that a specialty

15    chemical distributor can normally attain?

16        A  Well, that's kind of an odd approach.  I

17    think I would explain it differently by saying the

18    relationship between a buyer and a seller, whether

19    the seller is a distributor or a manufacturer,

20    involves negotiation and I can certainly tell you

21    what's normal in the industry based on my 40 years

22    experience but there aren't any particular

23    standards.  It's more generally what happens in

24    the industry.

25        Q  And when you say "industry," are we

1    talking about the specialty chemicals distributor

2    industry?

3        A  It could be any industry.  I would say by

4    and large what happens in a procurement

5    environment is there a common idea generally in an

6    approach based on experience about distributors,

     7    whether it's a plastics product or a chemical

     8    product or a some kind of software or some kind of

     9    electronics.  There's a, you know, generally

    10    applied processes.

    11         To my knowledge, there is nothing written

    12    down anywhere about a standard but certainly a

    13    common practice that you would see over and over

    14    again.

    15      Q  So a common practice among all

    16    distributors?

    17         MR. DALEY:  Objection.

    18      A  You know, each relationship is individual,

    19    so to say all isn't the right term.  I think I

    20    would say it's, you know, generally that there are

    21    certain processes that are used over and over

    22    again in a procurement environment.

    23      Q  Okay.  But so each distributor

    24    relationship has its own unique circumstances,

    25    would you agree?

```
 1          MR. DALEY:  Objection.

 2      A   Yes.  I think that's probably right.  You

 3   know, every company is slightly different and the

 4   they have their own goals and methods and so

 5   forth.  There is some commonality in the

 6   requirements but I think, you know, each

 7   distributor is probably unique, yes.

 8      Q   Would you consider yourself an expert in

 9   corporate diversity programs?

10      A   I have lots of experience in working with

11   distributors -- or all kinds of programs related

12   to purchasing and the approach looking for

13   diversity in supplies, so most purchasing

14   departments have some kind of diversity program

15   and they have their own internal, you know,

16   policies about it but in general I think everyone

17   prefers to have a diversity program and to execute

18   a diversity program so am I an expert, I think

19   that was your question, I certainly have lots and

20   lots of Spears with diversity programs so yes, I'm

21   not a diversity expert per se, but can certainly

22   lend my opinion regarding what I've seen over many

23   years.

24          MR. TOWNSEND:  Great.  Thank you.  Kieran,

25   we are going to give it a go on your first
```

1    exhibit, if you could assist me.

2        Q  Ms. Coates, if you would open up your

3    chat, we are going to try on upload our first

4    exhibit, which will be the Exhibit 1, the report

5    of Rosemary Coates in the chat.  Once it appears

6    there we were all click it on and we should be

7    able to open it.

8        A  Okay.

9            A/V TECHNICIAN:  You should be seeing it

10   in the chat.  Just let me know if anyone has any

11   issues.

12           (Marked for identification Exhibit 1.)

13       Q  Ms. Coates, just let me know when have you

14   that document open.

15       A  It's asking me to download it.

16       Q  Yes, you will need to download it.

17       A  Okay, hold on a minute.  Okay.  I've got

18   it.

19       Q  Great.  So, you are welcome to take as

20   much time as you need with this document.  I'll

21   let you know that it is your expert report

22 submitted here that we have up in front of us but

23 if you feel the need to refresh yourself on

24 anything that in here you please let me know we

25 can take as much time as you need for that.

1        So my first question with this document

2 is, did you issue this report in the matter of

3 International Paper company versus Beazley

4 Insurance Company?

5     A  Yes.

6     Q  And have you had a chance to review this

7 report in preparation for your deposition today?

8     A  Yes.

9     Q  Is there anything in here that you would

10 want to modify based on your review?

11     A  Nothing specifically at this time.

12     Q  Is there anything that you feel would you

13 need to add to this report at this time?

14     A  No.

15     Q  Is there anything that you would wish to

16 delete?

17    A  No.

18    Q  There's anything that you would wish to

19  correct based on your knowledge?

20    A  I think there is one footnote that's kind

21  of odd that I would probably change but that's it.

22    Q  Okay.  So do you stand by the opinions and

23  conclusions in this report submitted on December

24  8th?

25    A  Yes.

1    Q  Let's go down to page 26 together.  Just

2  let me know when you're there?

3    A  Yes.

4    Q  This says attachment B, VC of Rosemary

5  Coates.  Is this your curriculum vitae?

6    A  Yes, it is.

7    Q  Is this up to date yes?

8    A  Yes, it was as of December 8th, so, yes, I

9  think it is generally.

10    Q  And it provides all of your education and

11  experience at least through December 8th, of 2023?

12    A  Yes.

13     Q  All right.  Is there anything within this

14  curriculum vitae that is relevant to this employee

15  crime insurance case?

16     A  Crime insurance?

17     Q  Yes, ma'am.

18        MR. DALEY:  Objection.

19     A  Yeah, I don't -- well, I've worked on some

20  criminal cases but I'm not sure that they are

21  related to crime insurance, so, no.  Probably not

22  other than just tangential information during --

23  you know, during some case that a worked on.

24     Q  Are there any professional certifications

25  listed here that are relevant to your opinions in

1  this matter?

2     A  Well, I certainly have a lot of experience

3  in procurement and even have written a book about

4  procurement negotiations, so I'm very -- that's

5  very relevant.  Certifications, my education

6  certainly.  I have undergrad degree in logistics

7  and transportation and MBA focused in finance and

8    operations management.

9        I have -- each worked for SAP for four

10    years and have training with respect to SAP and

11    the processes there.

12        What else?  I don't know I have lots and

13    lots of experience.

14    Q  Okay.  Understood.  You mentioned the

15    cases where that involved employee theft that you

16    worked on previously.  Did you -- well, let me ask

17    it this way:  Do you recall what you did on those

18    matters?

19    A  Yeah.  I assisted in a couple of

20    situations regarding purchasing.  One that was

21    through a big company that was purchasing product

22    through a fake shell company essentially.  That

23    was one case.

24        And then I've also worked on some

25    counterfeit cases that involved counterfeit goods

1    moving through procurement channels.  Yeah.  I

2    don't know what are looking for here.

3    Q  On the cases involving employee theft,

4    were you retained by an insurance company?

5        A  No.

6        Q  The case that involved the fake shell

7    company, can you tell me why the company was

8    considered fake?

9        A  Yeah.  And they were sort of an interim

10   company where funds were going to that interim

11   company and then they were subcontracting some of

12   the working and so forth.  There was a money flow

13   involved in...

14       Q  Do you remember the name of that case?

15       A  Yeah, it's Cisco.  I'm not sure it's on

16   there, and the reason why it's on hold right now,

17   and I haven't written an expert report yet so I

18   don't usually add cases until I either write a

19   report or do a deposition or something if it's

20   just I'm still reading or whatever, I don't add

21   it.

22       Q  Okay.  So you haven't actually written a

23   report on that matter yet?

24       A  Not yet, no.

25       Q  And have you been retained by an insurance

1    company in the past to serve as expert witness?

2        A  Yes.

3        Q  Approximately, how many times?

4        A  I don't know.  One for sure, maybe -- let

5    me -- hold on a minute and let me look through

6    this.  I can probably tell you.

7        Q  Sure.

8           (Witness reviewing document.)

9        A  Okay, well, gosh, so many of these

10   involved insurance but I wasn't necessarily

11   retained by the insurance company.  There are two

12   for sure.  In 2015, there was a specialty

13   automotive theft, that's Michael Sunter versus

14   OneBeacon Insurance.

15          And then also in 2015 Herzfelds versus

16   Hartford Casualty Insurance.

17       Q  Okay.  Have you ever been retained by a

18   policyholder in an insurance-dispute case?

19       A  Probably.  Gee, I mean, all of the

20   companies generally have insurance, some kind of

21   business insurance so yeah, I'm sure probably all

22   policyholders.

23       Q  Sorry, maybe it's not clear enough.  Have

↑

1    insurance company?

2        A   I don't know I can't remember on those in

3    2015 if they were suing the insurance company or I

4    was working for the insurance company.  I just

5    don't remember.  I would have to look at the

6    details.

7        Q   Okay.  Has your opinion ever been excluded

8    by a court before?

9        A   Once, yes.

10       Q   Can you tell me the name of that case?

11       A   Yeah, it was -- let's see if I can find it

12   for you.  It's 2015 Ai-Daiwa versus Apparent, and

13   this was a case involving a contract dispute.

14       Q   Okay.  Do you know the reason the Court

15   excluded the opinion?

16       A   Yes, I was a rebuttal expert and the other

17   expert, the opposing expert was an engineer and he

18   speak to quality test procedures, and in my

19   opinion reviewing the documentation, the dispute

20  was between -- was about a contract who was

21  responsible for the services, not how they would

22  do the services.  And so I was excluded because

23  I'm not an engineer, although the Judge in that

24  case said there was no question I was a

25  supply-chain expert, just that I couldn't opine on

1  the engineering part of the test procedures.

2      Q  Have you ever withdrawn an opinion when an

3  opposing party has challenged it, if that makes

4  sense?

5      A  Yeah, no, not to my knowledge, never been

6  withdrawn.

7      Q  Okay.  Let's -- we're staying with with

8  Exhibit 1, Ms. Coates.  Let's go up to page 3 my

9  paragraph 2 so just let me know when you get

10  there?

11      A  Okay.  I'm there.

12      Q  Last line of paragraph 2 reads:  I have

13  consulted and worked on global sourcing and

14  manufacturing engagements with over 80 clients

15   worldwide throughout my long career.

16        Correct?

17    A  Yes.

18    Q  Were any of those 80 clients a paper

19  manufacturer?

20    A  Yes, I've worked with one paper

21  manufacturer, actually they may toilet paper, and

22  it wasn't -- it was a consulting engagement.

23    Q  Okay.  Who was that paper manufacturer?

24    A  Now you got me.  They are in upstate New

25  York.  I can't -- I can't remember the name of the

1  company off the top of my head, but I could find

2  it, so --

3    Q  Okay.  When was that approximately?

4    A  Right after the pandemic, so they had

5  switched over their production lines to produce --

6  they were producing industrial toilet paper, the

7  big rolls for like airports, and sort forth.  They

8  switched it over to consumer paneling because of

9  high demand for toilet paper during the initial

10  part of the pandemic.

11    Q  Okay.

12    A  Sounds funny but, you know, it's

13 important.

14    Q  Right.  We were all depending on it?

15    A  True.

16    Q  Have you ever work for any company in the

17 pulp industry?

18    A  Pulp?  Not that I recall.

19    Q  Okay.

20    A  I take that bake I did work a SAP

21 assignment warehouse in Washington State.  They

22 produced pulp also.

23    Q  Okay.  And have you -- you may have

24 already answered there so I apologize.  Have you

25 ever worked for a company that distributes

↟

1 specialty chemicals?

2    A  Yes.

3    Q  Who was that?

4    A  Well, some of the companies do distributor

5 themself so Chevron other night used both

6   distributors as well as sole direct customers.

7       Q  Okay.

8       A  Yeah, and then I think Cytex also worked

9   through distributors as well as sold direct.

10      Q  Okay.  When Chevron served as a

11  distributor of specialty chemicals, what did they

12  do?

13      A  When Chevron was doing the distributing?

14      Q  Yes.

15      A  They made chemicals available to the

16  buyer.  They may have negotiated a contract.  They

17  had their own trucks so they did deliveries if it

18  was promote.  Obviously if you have a small

19  specialty chemical, it comes in a gallon size, or

20  whatever, they wouldn't have driven that with

21  their own trucks, but they would have shipped it

22  some other way.

23          But, yes, so they -- they interact with,

24  they you know, look at the requirements just the

25  same kind of value-added services that a

↑

1   distributor would do.

2       Q  Okay.  And Chevron also manufactured the

3   chemical it was distributing?

4       A  Chevron Oronite.

5       Q  Chevron Oronite.

6           Right.  How about Cytex?  What did Cytex

7   do in its specialty chemical distributorship

8   business?

9       A  That was a long, long time ago at least 20

10  years.  I think Cytex was making mostly building

11  block chemicals at the time and had a small

12  operation doing specialty chemicals.  I was

13  necessarily on that side of -- it was a consulting

14  project and I wasn't necessarily on that side of

15  the business.  I think we were doing more

16  import/export requirements for them.

17      Q  Okay.  Gotcha.  Let's scroll down to

18  paragraph 14, which spans pages 5 and 6.

19      A  Yes.

20      Q  I'm going to be reviewing the top of the

21  page 6.  I see three letters A, B and C.

22          Do you see those?

23      A  Yes.

24      Q  In the first one -- let's go backwards.

25  So it said for subpart C, I examined the IP paper

1   website, right?

2       A  Yes.

3       Q  Is that one of the ways that you arrived

4   at opinions in this case?

5       A  Well, it gives me context.  So I always

6   look at Website so that I understand more about

7   the company, what they do, if they have policies

8   listed I also look for any kind of supplier

9   information.  A lot of times a company will

10  publish supplier information right on their

11  website.  I don't recall seeing that with

12  International Paper but there are often comments

13  about diversity as well, so, you know, I just go

14  through the website and try to understand what

15  the -- what the company is all about.

16      Q  Okay.  And for subpart B it says I

17  researched several published articles about

18  doubters of chemicals and distributors in

19  manufacturing environments, correct?

20      A  Yes.

21      Q  Can you let me know what published

22  articles you researched for this matter?

23     A  Yes, I think they are in the appendix I

24  listed everything I look at in the appendix.

25     Q  So your testimony they will be done there

1  in I believe it's called attachment A is how its

2  referenced?

3     A  Yes.

4     Q  Okay.  And did these published articles --

5  how many were there, if you recall?

6     A  I don't remember but they should all be

7  listed in attachment A.

8     Q  Okay.  Maybe what we will do is do some

9  scrolling together could you go down the page 14.

10  There is a footnote 23.

11     A  Yes.

12     Q  Is this one of published articles here?

13     A  Yes.

14     Q  And scrolling up to the bottom of page 12,

15  there is footnotes 21 and 22, if you can see

16  those.

17     A  Page 12, yes.

18      Q  Are those also to the published articles

19  referenced in subpart B?

20      A  Yes.

21      Q  And the last one that I've identified is

22  on page -- bottom of page 7 at footnote 2.

23      A  Okay, yes.

24      Q  Is that one of the published articles?

25      A  Yes.

1      Q  Beyond the four that we've just discussed,

2  are there any other published articles that you

3  relied on?

4      A  No that I relied on.  I look at some

5  different places to validate what I might -- what

6  my knowledge is telling me, so what my experience

7  is, and then I looked to see, you know, if I could

8  validate that from different places and footnoted

9  all those places where I read an article and

10  relied on that article; otherwise it was just

11  background information.

12      Q  So say you looked I think you said

13    different places.  Are the different places these

14    four articles we've identified in the footnotes or

15    is the something else?

16        A  No, if I didn't rely on it was just

17    reading, you know, doing general search on the

18    internet.  So, no, I didn't reference every single

19    place, no.

20        Q  So, was it articles you identified on the

21    internet?

22        A  Yes, I searched on the internet, yes,

23    correct.

24        Q  And there wasn't any sort of trade journal

25    that you consulted, or anything like that?

1        A  Well, perhaps I did an internet search so

2    I didn't display all the search results, but if I

3    didn't rely it on, then it's not footnoted.

4        Q  Let's return to top of page 6 with our

5    three subparts.  Okay?

6        Q  So subpart A rides:  I determined the

7    underlying facts of the case by examining the

8    relevant documents provided to me and I requested

9    from the defendant's attorney.  The documents I

10   reviewed are listed in attachment A.

11        Did I read that correctly?

12     A  Yes.

13     Q  Beyond what's in attachment A, are there

14   any other documents from this case that you relied

15   on?

16     A  Not that I relied on, although I was given

17   two more depositions after I submitted my report.

18     Q  Were there any other documents besides

19   those two depositions that you relied on that are

20   not in attachment A?

21     A  No.

22     Q  Okay.  Let's go down to attachment A now.

23   That begins at page 15.  Just let me know when

24   you're there.

25     A  Yes, I'm there.

1      Q  Okay.  I see it says that you reviewed the

2    deposition of Michelle Rivers with exhibits,; is

3    that right?

4      A  Yes.

5      Q  And when you say reviewed, did you read

6  every page of the document or -- let me withdraw

7  that.

8         What does review men?

9      A  Yes, I generally read every page.  I

10  sometimes skim over some of the introduction part

11  but, yes, generally, I read the body and every

12  page.

13     Q  Okay.  And the next bullet says:  Doug

14  Dowdell deposition exhibits 21 through 30.

15        So did you read the trips for this

16  deposition or did you review exhibits 21 through

17  30?

18     A  I believe I just reviewed the exhibits.

19     Q  You mentioned just a moment ago that you

20  reviewed the transcripts for two other witnesses

21  in this case; is that right?

22     A  Yes.

23     Q  Who were those witnesses?

24     A  Mark Allen and Balsara so I can't remember

25  how to pronounce it.

1    Q  Was it Balsara?

2    A  That's the one, yes.

3    Q  Did you also review the exhibits to those

4  transcripts?

5    A  No, just the transcripts.

6    Q  Okay.  Did you review the transcript or

7  exhibit s of the testimony of Danny Van Horn?

8    A  No.

9    Q  Did you review the transcript or exhibits

10  of Brian Pinson?

11    A  No.

12    Q  Did you review the transcript or exhibits

13  of Metrick Houser?

14    A  No.

15    Q  Did you review the transcript or exhibits

16  of Pia Ellis?

17    A  No.

18    Q  Did you review the transcript of Shiv

19  Kumar Seetha Raman?

20    A  No.

21    Q  Similar question to what I asked you with

22  transcripts, Ms. Coates, for all of these

23  documents listed on attachment A, did you read

24  each page of these exhibits?

25      A  Yes, I believe so.

1       Q  Okay.  When were you retained by Beazley

2  Insurance Company?

3       A  Sometime in October, November of 2023.

4       Q  And who reach out to you?

5       A  Attorneys.  Yeah, gee, that's a good

6  question.  I can't think of his name, other Gene

7  Murphy, sorry, yeah.

8       Q  And you mentioned sometime in October or

9  November of 2023.  Was it after Bob Glasser had

10  submitted his expert report in this matter?

11      A  I don't remember.

12      Q  Okay.

13      A  Report is dated November 9th, so I don't

14  know if it was before or after.

15      Q  Okay.  Have you spoken to anyone at

16  Beazley in preparation for your deposition today?

17      A  No.

18      Q  Have you spoken to anyone at Beazley

19  regarding this assignment?

20      A  No.

21      Q  Did you prepare this expert report?

22      A  I did, yes.

23      Q  Did you have anyone assist you with this

24  expert report?

25      A  No.

1       Q  That was not best question so I'm going to

2  actually ask it again.

3          Did anyone assist you in writing this

4  expert report?

5       A  No.

6       Q  How many hours have you billed Beazley for

7  this matter?

8       A  That's a good question.  Let me think for

9  a minute.  I think about 25 or 30, something like

10  that.

11      Q  Okay.  Let's take a look at page 14, and

12  we're going to look at paragraphs 47 and 48.  Let

13  me know when you're there?

14      A  Yeah, I'm there.

15      Q  This might seem obvious but I'll ask it

16    anyways is this the conclusion of your expert

17    report in these two paragraphs?

18         A  Yes.

19         Q  And for paragraph 47, it says:

20    Considering the facts and circumstances described

21    above, the standard markup taken by any

22    distributor, the value-added services and

23    assumption of risk provided by DGS and Mid-South

24    and value these companies provide to IP's

25    diversity program supports a markup on the DDS

1     Mid-South transactions of at least 8 percent to 10

2     percent.

3              Did I read that correctly?

4          A  Yes.

5          Q  What is DGS?

6          A  What is DGS?

7          Q  Yes.

8          A  They are chemical -- specialty chemical

9     distributor.

10         Q  Do you know what DGS stands for?

11     A  Yeah, let's see I think I just looked that

12  up.  I had a question about that, too.

13     Q  Just to cut it to is Diversified Global

14  Sourcing, Inc.?

15     A  Yeah, I think that's it, yes.

16     Q  And what is Mid-South?

17     A  So, it's my understanding it was another

18  company owned by the same people that was also

19  distributing specialty chemicals.  The actual

20  business arrangement, I'm not -- I'm not privy to.

21     Q  Okay.  Do you know who owned Mid-South?

22     A  I think the same ownership, so Shiv I

23  think owned both companies.

24     Q  Okay.  If you recall, can you tell me how

25  you learned that Shiv owned both companies?

1     A  I don't recall.

2     Q  I don't -- well, never mind.  I'm not

3  going to ask because that would be inappropriate.

4        Okay.  So Ms. Coates, as I understand it

5  from reading paragraph 47, you are arriving at

6  what I believe you term a reasonable markup for

7    the DGS/Mid-South transactions of at least 8 to 10

        8    percent; is that right?

        9        A  Yes.

       10        Q  And can you tell me how you 8 to 10

       11    percent?

       12        A  Yeah.  So, basically this is based on my

       13    experience over many years dealing with purchasing

       14    departments and teaching negotiations to various

       15    companies, I taught purchasing negotiations for

       16    ten years.

       17            And generally, purchasing department will

       18    have a minimum that they will allow of a floor, if

       19    you will, and then a targeted amount.

       20            So, there's usually two amounts that I

       21    buyer will go into a negotiation with and I would

       22    say the 8 to 10 percent is the absolute floor, its

       23    minimum, the most conservative approach and the

       24    floor that stops the negotiation if they can't --

       25    if they can't go any lower, then the negotiation

        1    is stopped or proceeds in a different way.

2      Q  Okay.  And you reference the buyer, is

3   that the party purchasing specialty chemicals from

4   the specialty chemical distributor?

5      A  Yes.

6      Q  Okay.  I see that the 8 to 10 percent is a

7   range.  Why is it not just a single digit?

8      A  Well, you have to understand in a

9   purchasing situation there, are always ranges and

10   that's a very important concept because there is

11   given and take in negotiation.

12        So you may ask for a lower price but in

13   exchange for that, you have to give up something,

14   or you may ask for a higher praise if your a

15   distributor, and exchange for that, you give some

16   other something of value back to the buyer.

17        So there are always ranges.  Buyers always

18   go into negotiations I would say every time in my

19   experience, you know, this is what we teach and

20   this is what most buyer also do, is to go in any

21   negotiation with a range.  So that they have some

22   flexibility during that negotiation process.

23      Q  Okay.  So the range is a concept taught to

24   buyers for use in negotiations; is that fair?

25        MR. DALEY:  Objection.

1     A  I'm sorry.

2          MR. DALEY:  I was objecting.  You can

3     answer, Rosemary.

4     A  I would say it's not taught -- well, it is

5     taught but it is also standard practice.  Sort of

6     a tribal knowledge.  That's what they do.

7     Q  I think you said this earlier, that 8 to

8     10 percent is the minimum?

9     A  Yeah.  That would be the absolutely --

10    absolute floor, the bottom.  And then you would --

11    the normally the distributor would try to get

12    additional percentage points based on the kind of

13    value-added services they provide.

14          My feelings about it are that you know, at

15    15 to 20 percent range is pretty typical and

16    probably warranted in this particular case but in

17    in circumstance would they go below 8 to 10

18    percent.

19    Q  Now, this floor of 8 to 10 percent, is

20    that a number I can identify in like a commercial

21    database?

22    A  A commercial database?  What do you mean

23   by that?

24        Q  Can I look this number up on the internet?

25        A  Yes.  Definitely.  There are places all

1    over the internet that show that average

2    distributor ranges well that are typically 15 to

3    20 percent but can range lower than that, and

4    higher than that.

5        Q  Okay.  Is there any sort of department of

6    commerce data collection that identifies this

7    floor of 8 to 10 percent?

8        A  Not that I'm aware of.

9        Q  Okay.  Did you perform any calculations to

10   arrive at the reasonable markup DGS of 8 to 10

11   percent?

12       A  No.  That's out of scope for what I was

13   asked to do.  I was asked to opine on the

14   reasonableness of the markup, not necessarily how

15   it's calculated.

16          I think Mr. Glasser is an accountant and

17   he did calculations, which were based on numbers

18    and not experience.

19        Q  Same question for Mid-South, did you

20    perform any calculation to arrive at the 8 to 10

21    percent markup for Mid-South?

22        A  No, that was out of scope of my

23    assignment.

24        Q  Okay.  Did you use any chemical specialty

25    chemical distributors as a comparator to test the

1    8 to 10 percent markup?

2        A  Well, based on my experience, yes.  I mean

3    I would say in negotiations that most distributors

4    -- and it doesn't have to be just specialty

5    chemical.  I see this over and over again in a

6    distributor environment 15 to 20 percent a very

7    common markup because those distributors are

8    providing value-added services.

9        Q  Could you maim an example of one of the

10    comparators you used?

11        A  Comparators?

12        Q  Yes.

13        A  I'm -- I'm not sure what -- I'm not sure

14  what you mean.

15      Q  Oh, okay.  So, did you take any company

16  besides DGS/Mid-South and calculate their makeup

17  and compare it to the markup of DGS and Mid-South?

18      A  No.

19      Q  Did you create any work papers that I

20  could review to see how you arrived at your 8 to

21  10 percent reasonable markup?

22      A  No.  It's based on my experience and, you

23  know, teaching, and being in a procurement

24  environment for many, many years, and not anything

25  that I sat down and calculated.  It's just

1  knowledge.

2      Q  Okay.  Were there be a way for me, as a

3  layman, to be able to re-create had you you

4  arrived at your 8 to 10 percent markup?

5      A  Sure.  If you wanted to have 40 years of

6  experience in procurement, yeah, you could

7  re-create it.

8      Q  But there is no -- Excel spreadsheet that

9    I can open aunt see how you arrived at your final

10   figure?

11       A  No.  As I mentioned before, procurement

12   buyers, procurements people are going to go in

13   with ranges and that's based on their experience,

14   their company policy, their management leadership,

15   anything that they can do with respect to

16   research, understanding what value-added services

17   the distributor is providing.  So these are all

18   you know, standard practice, common practice in

19   the industry.

20       Q  Okay.  You mentioned that the 8 to 10

21   percent was a floor and then a distributor could

22   seek an additional markup based on value-added

23   services; is that right?

24       A  Yes.

25       Q  So, could a distributor not provide any

1    volume services and still receive 8 to 10 percent?

2        A  Possible.  Because, you know, the shear

3    definition of a distributor is sort of a middleman

4    providing services.  So, if you think about it,

5  think about Amazon, they are a distributor.  They

6  are not doing anything with the products they wry

7  sell.  But they do provide a logistics network and

8  order processing site, software, you know, all

9  these things are volume services so in

10  compensation for that they take a markup on

11  anything they resell.

12      Same concept applies to chemicals or

13  plastics or electronics.  There are volume

14  services provided, at least minimally.  That's

15  where I say the 8 to 10 percent comes from.

16      Q  So the 8 to 10 percent does require some

17  sort of service from the distributor to justify

18  it, right?

19      MR. DALEY:  Objection.

20      A  The very definition of a distributor is

21  that they are middleman that provides volume

22  services, yes.

23      Q  Does a distributor typically have more

24  than one customer volume value?

25      A  They can certainly I have seen captive

1    distributors also.  It just depends on the

2    situation in the industry.

3        Q  Can you tell me what a captive distributor

4    is?

5        A  A what?

6        Q  A captive distributor?

7        A  A captive distributor these where they are

8    only servicing one customer.  They may choose to

9    be captive, or you know, they just are by nature

10   but they probably deal with multiple

11   manufacturers, so they are looking out across the

12   landscape of goods and finding manufacturers, you

13   know providing research, that sort of things but

14   they are servicing only one customer.

15       Q  Okay.  Now, I don't want to

16   mischaracterize the testimony so tell me if I'm

17   wrong on this, but I think toward the beginning of

18   our conversation today you mentioned that each

19   distributor relationship has its own unique

20   circumstances, is that generally right?

21       A  Yes.

22       Q  So if they all they have own unique

23   circumstances, how is it that that this is a

24   single 8 to 10 percent floor?

✦

1      A  Well, you know, distributors come in all

2   shapes and sizes.  Some are diversity related

3   suppliers, some on not some have their own fleets

4   and trucks, and some do not.

5          Some do order processing.  Others like in

6   the case of DGS, they provide chemical engineers

7   services and background, you know, in this case

8   DGS.  They had extensive education and background

9   and training they were providing that kind of

10  additional services so, distributors come in all

11  shapes and forms and provide all kinds of

12  different sorts of services for a buyer.

13     Q  Okay.  Is the 8 to 10 percent all

14  distributors in the United States?

15     A  Oh, no, I think that's a fairly good

16  worldwide rock-bottom markup.

17     Q  So it's 8 to 10 percent rock-bottom markup

18  applies to distributors across the entire world?

19          MR. DALEY:  Objection.

20     A  Yes, I think that's a good -- a good

21  percentage target, yes, to start with, floor basic

22  beginning, yeah.

23      Q  Identify a floor for all distributors

24  worldwide, did you consult any polling?

25          MR. DALEY:  Objection.

1      A  No.  You know, it's really based on so

2  much experience and working with buyers and big

3  and small companies around the world.  It's just

4  -- it's just the normal practice.

5      Q  Okay.

6          MR. TOWNSEND:  It's 1:11 here.  We've been

7  going about an hour, is this a good time for a

8  break for everyone?  Maybe we take like nine

9  minutes and come back.  At least my time is 1:20.

10  I think it's 10:20 your time, Ms.  Coates.

11          THE WITNESS:  Yes, that's fine.  Yes.

12          MR. TOWNSEND:  Let's maybe we'll take a

13  break for a little while and go off the record.

14          (Off the record.)

15  BY MR. TOWNSEND:

16    Q  Ms. Coates, what was the question you were

17   asked to answer when you were retained by Beazley?

18    A  Yeah, so the scope of the assignment is,

19   let's see, up in paragraph -- I'll tell you

20   exactly what I was asked.

21    A  So it was based on my experience in global

22   manufacturing and procurement and I was asked to

23   talk about supply chain management, the

24   manufacturing process, procurement processes, and

25   distributors of chemicals in manufacturing

1   operations, and to provide rebuttal comments to

2   Mr. Glasser.

3    Q  Okay.  Thank you.  Now, are you opining

4   that the markup that DGS applied when it sold

5   specialty chemicals to IP is reasonable?

6    A  Absolutely.  And I think they, Mr. Glasser

7   points out, the average is 19 percent and and I

8   think that is totally reasonable.

9    Q  Okay.  And are you opining that the markup

10   that Mid-South applied when it sold specialty

11   chemicals to International Paper is reasonable?

12      A  Yes, and an I'm a little hesitant because

13  I'm not sure how much there was distribution or

14  distributor ship between DGS and Mid-South.  I

15  didn't -- I didn't research that or have reason to

16  understand what the split was in terms of who was

17  providing what.

18      Q  In your conclusion on page 14 you opine

19  that the 8 to 10 percent markup was reasonable,

20  correct?

21      A  Yeah, well, it's the baseline.  It's the

22  floor, if you will, it's the place that there is

23  no expectation would go below a buyer would think

24  that 8 to 10 percent is very, very low and the

25  very floor, the very minimum that would be offered

1   to distributor.

2       Q  Does the 8 to 10 percent include the fact

3   of whether the distributor is diverse or

4   nondiverse?

5       A  No.

6       Q  And is there any distributor that you

7   identified that provides services similar to DGS

8   that you used to assess whether DGS is markup was

9   reasonable?

10      A  I'm sorry, can you repeat that question?

11      Q  Was a mouthful.

12         Is there any company let me strike that

13   company.

14         Is there any distributor that you

15   identified that has services similar to DGS?  In

16   fact, we'll leave it right there.

17      A  No.

18      Q  Is there any company that you identified

19   that has services similar to Mid-South?

20      A  No.

21      Q  So you did not compare the services that

22   DGS provided to International Paper to what

23   services another distributor would be providing?

24      A  Well, the comparison is based on the body

25   of knowledge that I've gained over many years in

1   the industry.  And, you know, what those common

2   standards are, what the common approach is, and so

3    forth.  So there was no need to go out and try to

4    find a direct competitor or that sort of thing.

5    That would be out of scope for what I was asked to

6    do.

7        Q  So there was no -- no comparison with any

8    other specific companies for you to reach your

9    opinion?

10       A  Yeah.  I'm not sure I would put it that

11   way.  I mean compared it based on my knowledge and

12   experience over many years, and there's lots of

13   specific companies involved but I didn't reach out

14   to any of those companies, if that's what you're

15   asking, no.

16       Q  Well, you didn't -- and correct me if I'm

17   wrong, but you didn't identify a specific

18   distributor and assess that distributor's markup?

19          MR. DALEY:  Objection.

20       A  No.

21       Q  Ms. Coates, let's go up to page 7 at

22   paragraph 21.  Just let me know when you're there.

23       A  Okay.

24       Q  In the second sentence of paragraph 21

25   reads:  Telemetry is the process of gathering the

1    performance data of any product and communicating

2    it to a remote location for monitoring and

3    analysis.

4        Did I read that correctly?

5      A  Yes.

6      Q  Is this definition provided here in

7    paragraph 21 the same service that DGS provided to

8    International Paper?

9      A  Yes.

10      Q  What performance data did DGS gather?

11      A  It's my understanding that they were

12    looking at remote information regarding the usage

13    of chemical products in the manufacturing site

14    International Paper.

15      Q  Sorry, go ahead.

16      A  No, I was just going to say that Mark

17    Allen testified that he helped -- he was reading

18    the results and helped the controls engineers at

19    International Paper with that kind of information.

20    That's all telemetry.  It's the signalling of

21    what's being used by a machine to some -- some

22    other remote location, so that people can monitor

23    it and understand what's happening in the

24    manufacturing process.

25        Q  When you say performance was DGS measuring

1    the efficiency of specialty chemicals at

2    International Paper?

3        MR. DALEY:  Objection.

4        A  The efficiency of use?  Well, I think

5    that's part of -- that's part of monitoring

6    process.  I mean, you are looking at usage

7    numbers.  You're looking at any kind of

8    troubleshooting, overuse, underuse.  You know,

9    these all are part of that data which in a way is

10    related to efficiency of use I guess.

11        Q  So your testimony else that sun someone at

12    DGS was assessing International Paper's over use

13    and under use of specialty chemicals?

14        MR. DALEY:  Objection.

15        A  That's the testimony of Mark Allen that he

16    was monitoring the use, yes.

17        Q  Was he reporting over use and under use of

18    specialty chemicals to someone at International

19   Paper?

20        A   I don't know.

21        Q   So, if you don't know if he was reporting

22   the over use or under use of specialty chemicals,

23   do you know if DGS was providing the monitoring

24   and analysis of performance data as defined here

25   in paragraph 21?

1            MR. DALEY:  Objection.

2        A   Well, it's -- it's all part of the

3    monitoring process.  I don't know that I have a

4    specific instance to reference but in an any

5    manufacturing environment, telemetry is used to

6    monitor the process.  What's happening in

7    manufacturer.

8            So Mr. Allen and Shiv I think were both at

9    some point involved in looking at the usage rates

10   and so forth.  That's how you know when to reorder

11   products or when to adjust the machinery and that

12   sort of thing so I would -- I would say, you know,

13   my expert opinion is that absolutely that was

14    happening in some form or another.

15          There was oversight and monitoring.

16     Q   Is your testimony then that Shiv was

17    monitoring usage rates of specialty chemicals?

18          MR. DALEY:  Objection.

19     A   I -- I don't know that I could point to

20    anything specifically that says that but it's my

21    understanding that Shiv was doing that kind of

22    work prior to Mark Allen coming on board.

23     Q   How did you gain that understanding?

24     A   Well, Mark Allen's testimony tells me that

25    he was hired by Shiv after the operation was

Page 48

1    established, so, there must have been some -- some

2    kind of monitoring going on before he came on

3    board.

4     Q   And you also testified that International

5    Paper would adjust the machinery based on the

6    monitoring performed by DGS; is that right?

7     A   Well, you know, that's the normal process

8    in manufacturing operations is when you evaluate

9    the data coming off machinery and there's more

10    than expected use or less than expected use, there

11    may need to be some calibration or adjustment made

12    to the machine.

13        Q  So your testimony is that someone at DGS

14    was telling International Paper to adjust its

15    machinery based on DGS's telemetry?

16        MR. DALEY:  Objection.

17        A  I don't know.

18        Q  So, how then do you know that DGS was

19    performing to telemetry as its defined here in

20    paragraph 21?

21        MR. DALEY:  Objection.

22        A  I believe that was what was reported, that

23    telemetry was part of their services this they

24    were offering.

25        Q  Who reported that?

1        A  I don't recall.  It may have been in the

2    complaint.  I don't remember where I read it.

3        Q  Would it be somewhere within the documents

4    you reviewed in attachment A?

5      A  Probably, yes.

6      Q  How did you arrive at this definition of

7  telemetry that's written in paragraph 21?

8      A  Well, again, based lots of experience, you

9  know, also it's referenced you can see the

10  references below comes from TechTarget but

11  telemetry and the use of Bluetooth and monitoring

12  equipment in a manufacturing site is very common

13  and in today's environment almost demanded for

14  every machine so if you think about a

15  manufacturing shop floor there are many machines

16  working in conjunction with one another so they

17  have to be synchronized.  Usage rates may indicate

18  that there is an issue somewhere.  I mean it's a

19  constant battle with many variables in a

20  manufacturing environment.

21      So the use of telemetry, the communication

22  between machines between one another, as well as

23  externally in terms of how the machine itself was

24  doing is just standard operating in a

25  manufacturing environment these days.

⬆

1    Q  So, as aside from your experience in the

2  source referenced in footnote 2, is there anything

3  else you used to arrive at your definition of

4  telemetry?

5    A  No.

6    Q  Okay.  And how did you locate the article

7  referenced in footnote 2?

8    A  Through Google search.

9    Q  What did you Google?

10    A  Definition of telemetry.

11    Q  Okay.  Is that something I could also do

12  if I wanted to find out what the definition of

13  telemetry is?

14       MR. DALEY:  Objection.

15    A  Sure, sure.

16    A  My definition you know, could be based on

17  just experience or I can talk about instances, so

18  I used as standard definition enhance my

19  background and experience and confirm what I

20  already know.

21    Q  Okay.  Would you need to be an expert in

22  supply chain management to locate this TechTarget

23  article and come up with a definition of

24  telemetry?

25       MR. DALEY:  Objection.

1    A  No.

2    Q  Okay.  Do you know if the definition of

3  telemetry has provided in paragraph 21 is the same

4  definition of telemetry that was used by DGS?

5    A  I don't know.

6    Q  Do you know who at DGS performed

7  telemetry?

8    A  Well, I know Mark Allen was monitoring

9  information.  I don't know who else was doing it

10  but the point I was trying to make in that

11  particular paragraph it's a value-added services

12  that was being provided.

13    Q  So do you know anyone besides Mark Allen

14  at DGS who performed telemetry?

15    A  I don't know.

16    Q  Who at Mid-South performed telemetry?

17    A  Again, I don't know but it's not a matter

18  of performing telemetry.  Telemetry is a

19  communication system regarding how a machine is

20  operating or what kind of materials are being

21  used.  You don't operate telemetry.  It's a

22  report.

23      Q  Who at Mid-South read the telemetry

24  report?

25      A  I don't know.

1      Q  Is it your testimony that Mid-South

2  provided telemetry services to International

3  Paper?

4      MR. DALEY:  Objection.

5      A  Well, as I stated before, I don't know the

6  details of the business relationship between the

7  companies but I think Mid-South was perhaps the

8  same company, just with a different name for

9  whatever purpose they did that, I'm not sure but I

10  think it was the same people providing services.

11      Q  Did Mark Allen work for Mid-South?

12      A  In no, I think he work for DGS, but,

13  again, I'm not sure.

14      Q  Is part of basis for your testimony that

15  Mid-South's markup is reasonable, that Mid-South

16  provided telemetry services?

17     A  I don't know.

18     Q  I may not have been clear on that one.

19         As the basis for why are opinion that

20     Mid-South's markup, specialty chemicals that it

21     sold to International Paper, being reasonable is

22     part of that basis for that opinion that Mid-South

23     provided telemetry services?

24     A  Again, I don't know if Mid-South was

25     providing reading of telemetry.  I don't know.

Page 53

1      Q  So, if you don't know, you are not relying

2      on Mid-South's alleged provision of telemetry

3      services to opine that Mid-South's markup is

4      reasonable?

5          MR. DALEY:  Objection.

6      A  Well, it's my understanding they were the

7      same company, just operating under two different

8      names and the people that belong to at least the

9      DGS organization were providing those services, so

10     I don't know how to distinguish that.

11         The point of my comments in my report were

12    that not who was doing what, but that this is

13    value-added services that were being provided.

14         Q  How many people work for DGS?

15         A  I don't know, a handful.

16         Q  Was it less than five?

17            MR. DALEY:  Objection.

18         A  I don't know.  I'm sorry.

19         Q  How many people worked for Mid-South?

20         A  I don't know.

21         Q  Was anyone at DGS a W-2 employee?

22         A  I don't know.

23         Q  Was anyone at Mid-South a W-2 employee?

24         A  I don't know, and that's not relative to

25    my position, not related.

1         Q  Well, how many mills did Mid-South perform

2    telemetry for?

3         A  I don't know.

4         Q  Did Mid-South perform telemetry for every

5    specialty chemical it sold to International Paper?

6         A  First of all, I don't know, if it was

7    Mid-South or DGS, and secondly, yeah, I just -- I

8   don't know.  It's not part of my opinion.

9       Q  Did DGS perform telemetry at every mill

10  where it sold specialty chemicals to International

11  Paper?

12      A  Once again, it's not a performance.  You

13  don't perform telemetry.  Telemetry is data coming

14  off machinery.  And how many places they perform

15  that, I don't know.  It's just simply a volume

16  services that was offered by the distributor.

17      Q  Did DGS provide value added service of

18  telemetry to every International Paper mill where

19  it sold specialty chemicals?

20      MR. DALEY:  Objection.

21      A  I don't know.

22      Q  Did DGS provide telemetry for every

23  specialty chemical that it sold to International

24  Paper?

25      MR. DALEY:  Objection, asked and answered.

1       A  I don't know.

2       Q  So if you don't know how many chemicals or

3    how many mills DGS provided value added service of

4    tell mere to International Paper, how do you know

5    that the value added service could be considered

6    as parts of DGS's markup?

7        A  Well, it's my understanding from the

8    testimony I read that there -- they were providing

9    those services, at least on some of the production

10   lines and it's clearly a value-added service.

11   Just someone offer the street can't provide that

12   service.  You have to have a significant amount of

13   education and experience to read -- read the

14   results.  You or I probably couldn't do that.  So

15   you know, this is a very big value to

16   International Paper to allow a distributor to read

17   this and to help them monitor their operations.

18       Q  Have you seen one of the emails going to

19   Mark Allen with the telemetry report?

20       A  I don't remember if I saw it or not.

21       Q  Do you know what kind of contents were on

22   that telemetry report?

23       A  I don't know but I've seen telemetry

24   readings before, and it's a lot of data that has

25   to be interpreted by an engineer.

1    Q  So your testimony is that the telemetry

2  reports going to DGS have a lot of data that have

3  to be interpreted by an engineer?

4        MR. DALEY:  Objection.

5    A  Yes in this case a chemical engineer, yes.

6    Q  So I couldn't read a telemetry report from

7  DGS and be able to understand what's being stated?

8        MR. DALEY:  Objection.

9    A  Probably not.  So I mean you could read it

10  but you wouldn't know how to interpret it or what

11  to do as a result of reading it.  It's not -- it's

12  not a foreign language but it's also not -- it's

13  not basic.  I mean you have to have an

14  understanding of the chemical uses by machine in

15  order to interpret the results.

16    Q  Is telemetry different from monitoring

17  inventory levels as provided in paragraph 21?

18    A  Yes.

19    Q  How are they different?

20    A  A telemetry, again, is a reading that

21  comes off a machine via the internet usually.

22  Most machines are connected via Bluetooth these

23  days so that data comes off the machinery tells

24   you how the machine is operating and how much

25   product is being used, and so forth.

1        Inventory levels could be -- that's a

2   completely different idea.  That's you know what

3   being stored, what's available, what's low, what's

4   high.  That's something completely different.  Not

5   the operation of the machine.

6        Q  What is monitoring of the inventory levels

7   used for?

8        A  All kinds of things, so you -- the idea is

9   you want to have just enough inventory in order to

10  feed your production line and perhaps plan for

11  some downtime, or some additional use.  But not so

12  much inventory that you've over invested working

13  capital and got stuff sitting on the shelf.  You

14  don't want that either.  So managing the inventory

15  is a fairly analytical and complex process to

16  determine minimum order quantities, high and low

17  levels, replacement quantities.

18        And then adding the variables such as

19   climate or any kind of disruption that might go

20   on.  There is -- it's just a -- it's a very

21   analytical approach to managing raw materials.

22       Q  You testified previously that in order to

23   perform the telemetry service, that DGS provided,

24   someone would need to have a chemical engineers

25   degree; is that right?

1       MR. DALEY:  Objection.

2       A  Yes, or you know many years of experience

3   in -- in reading telemetry results, the data, yes.

4       Q  Is reading telemetry results and data time

5   consuming to process?

6       A  I suppose.  I don't know how to interpret

7   those results.  I've looked at them and they don't

8   mean anything to me but I would imagine somebody

9   with experience in the background in chemical

10  engineering would have to analyze the results and

11  try to understand the causes and effects of what

12  the data is telling you.

13      Q  Do you know how long every single day it

14  took Mark Allen to perform his work for DGS?

15      A  I'm sorry, can you say that again?

16      Q  Do you know how long it would take Mark

17  Allen to perform his duties for DGS on a daily

18  basis?

19      A  No, I don't know.

20      Q  Do you know how much Mark Allen made?

21      A  No.

22      Q  You can -- I would not click out of

23  Exhibit 1 because we will return to it.  But,

24  maybe just minimize it and?

25          MR. TOWNSEND:  Kieran, we are going to go

↑

1  ahead and pull up Exhibit 1, Mark Allen

2  transcript, if you could put that in the chat,

3  please.

4          A/V TECHNICIAN:  This is in the chat and

5  counsel are we marking this as Exhibit 2.

6          MR. TOWNSEND:  Yes, that would be great.

7          (Marked for identification Exhibit 2.)

8      Q  Ms. Coates, if you could open Exhibit 2

9  up.  It may take a moment.  It's a transcript so

10  it's a little long, just let me know when you have

11  it.

12      A  Okay.  Hold on a minute.

13      A  Sorry, this is a little clunky to do it

14  this way.

15      Q  Really?

16      A  Yeah.  Let's see if I can find it in

17  downloads.  That's not it.  May be still

18  downloading.  Sorry.

19      Q  That's all right.

20      A  Yeah.  Here we go.  Finally, it came up.

21  I got it.

22      Q  Okay.  Ms. Coates, you mentioned

23  previously that you had reviewed the transcript of

24  Mark Allen's testimony; is that right?

25      A  Yes.  I didn't read it page for page but I

↑

1  have a general review of it, yes.

2      Q  And is far as you understand, is that what

3  we're looking at now?  Are we looking at Mark

4  Allen's transcript?

5      A  Yes.

6      Q  All right.  Please go down to page 41, on

7  line 20.  Let me know when you get there.

8      A  I'm there.

9      Q  The beginning on line 20 the question

10  reads:  And could you give me your definition of

11  what remote telemetry is.

12         Is that right?

13      A  Yes.

14      Q  And then Mark Allen answers:  There is an

15  instrument on the tank that measures the tank

16  level and it -- that instrument sends the

17  information to the PI.  And PI would email me what

18  that level was; is that right?

19      A  Yes.

20      Q  So is Mark Allen's definition of telemetry

21  monitoring tank levels?

22      A  Yes, in this instance, yes.  That's --

23  that's what I testified to before it is monitoring

24  data off machinery so tank levels would be one of

25  the machines that would be looked at and have

1    monitoring equipment on it.

        2       Q  Did Mark Allen monitor anything else

        3    beside tank levels?

        4       A  I don't know.

        5          I would add so that the tank level -- it's

        6    not taken in isolation of just, you know, what the

        7    level is.  It has to be in conjunction with how

        8    the machinery are using it on the production line.

        9    It's a little more complicated than you know, just

       10    having to look at what it level at 2 or a level at

       11    10, or it's more complicated than that.

       12       Q  So, your testimony is that Mark Allen's

       13    work in telemetry was more complicated than just

       14    looking at the level that was sent to him; is that

       15    what you're saying?

       16          MR. DALEY:  Objection.

       17       A  Normal circumstances a technician like

       18    this would interpret the data and then work with

       19    the engineers on the production line, the

       20    manufacturing engineers, to make adjustments in

       21    machinery, or adjustments in the inventory levels,

       22    or whatever needed to happen from there.  So it's

       23    a data and then interpretation related to

       24    solutions.

       25       Q  Did Mark Allen work with engineers to make

1  adjustments based on his readings of the data?

2     A  I don't recall if he testified to that

3  but, yes, I mean, that's the way it works is you

4  know, once you read the data and need to make

5  adjustments to use it or, you know, something

6  else, the temperature, that's that sort of things

7  yes that information would be fed back to the

8  manufacturing/engineering department.

9     Q  So your testimony under oath is that Mark

10 Allen would feed information back to the

11 engineering department of International Paper?

12      MR. DALEY:  Objection.

13    A  Yeah, my testimony is that's normally the

14 way it would happen, yes.

15    Q  Well, I understand normally the way but is

16 that what DGS was doing?

17    A  I don't recall if I read that or not, but,

18 yes, one again, that would be the way it would

19 work, yes.

20    Q  Did DGS calibrate International Paper's

21 chemicals based on weather, storage and other

22    variables?

23        A  Probably.  There are many variables in

24    chemicals.  As I mentioned before hot temperature

25    is going to make the chemicals expand.  It's like

1    gasoline in the summer when you buy gasoline it

2    expands and so you don't fill up your tank quite

3    as high because there is expansions involved.

4        The same thing in other chemicals, there

5    is a weather related activity, there is purity

6    measures.  There's, you know, machine usage.  All

7    kind of variable s that need to be considered and

8    that's the duty of chemical engineer to understand

9    that and to work with conjunction with

10   manufacturing engineer for a solution.

11       Q  Okay.  So DGS performed that service, is

12   that what you're saying?

13       MR. DALEY:  Objection.

14       A  Yes.

15       Q  Flip down to page 43, beginning on the

16   first line.  Just let me know when you're there

17    Mark Allen?

18       A  Okay.

19       Q  Start from line 2 since it's easier, would

20    you ever assist the mills with calibration of

21    chemicals based on things like weather, storage or

22    area variables.

23          Did I read that right?

24       A  Yes.

25       Q  And Mark Allen says "no," correct?

1       A  He says no, because it's not his job.

2    That's manufacturing engineering's job.

3       Q  But didn't you justice testify that the

4    job of the DGS was to perform calibration of

5    chemicals based on things like weather, storage

6    and other variables?

7       A  No, I didn't testify to that at all.  What

8    I said is that Mark Allen would help with the

9    monitoring and interpretation and then work with

10   manufacturing/engineering to make the adjustments.

11   He wouldn't be doing the adjustments himself, no.

12      Q  So your testimony is that he would work

13   with the engineering department to perform the

14   chemical calibration of chemicals based on thing

15   like weather, storage or other variables.

16        MR. MURPHY:  Objection.

17     A  Well, he wouldn't do the calibration.  He

18   would be -- he would use his knowledge,

19   experience, education to help with the

20   interpretation of what to do, no who would do it

21   and -- and you didn't do it but what to do so

22   based on that knowledge and experience he would

23   give advice to manufacturing/engineering.

24     Q  Who did he give advice to?

25     A  Manufacturing/engineering.

⌃

Page 65

1      Q  What names?

2      A  I don't know.

3      Q  But your testimony is that he did speak to

4    an engineer at International Paper, that's what

5    you're saying?

6      A  Yes.  As I recall his testimony was that

7    he had worked at International Paper and knew the

8    people and the processes and interacted with them,

9    yes.

10        Q  Did DGS own any vehicles?

11        A  I don't know.

12        Q  Did DGS own any real estate?

13        A  I don't know.

14        Q  Did DGS ever take possession of the

15   chemical that it was selling to International

16   Paper?

17        A  I don't know for sure but probably not.

18   That's not normally the way a distributor would

19   work.

20        Q  Did anyone else at DGS perform the

21   calibration of chemicals based on thing like

22   weather, storage or other variables?

23        A  I don't know, but that would be typical

24   part of the operation of a distributor, but I

25   don't know.

1        Q  Okay. So so you don't know if someone at

2    DGS did the actual calibration of chemicals based

3    on things like weather, storage or other

4    variables?

 5        A  The calibration of chemicals?

 6        Q  Correct.

 7        A  I'm not sure what you mean by calibration

 8    of chemicals.

 9        Q  Well, Ms. Coates, you tell me, what is

10    calibration?  It's a word you use in your report?

11        A  Calibration is related to machinery, so

12    it's, you know, making adjustments to machinery to

13    make sure it's accurately reporting.

14        Q  So did anyone at DGS perform calibration

15    as you just defined it?

16        A  I don't know for sure but I don't believe

17    so.  Calibration on machinery would be done by

18    manufacturing/engineering on the shop floor or the

19    production floor.

20        Q  Okay.  Let's look at page 43, line 6, you

21    should still it have up.  The question says:  Do

22    you know if that's something DGS did generally.

23        Did I read that right?

24    A  Yes.

25        Q  Then Mark Allen says no.  Yes I know we

1   didn't do it, is that right?

2      A  Yes.

3      Q  Okay.

4      A  And that's what I would expect.  He's not

5   -- it's not the machine calibration guy.  DGS

6   doesn't do machine calibration.  That's not part

7   of their services.

8      Q  Okay.  Do you still have Exhibit 1, which

9   is your report available to you?

10     A  Yes.

11     Q  All right.  Let's flip back to your report

12  now.  We're tax on Exhibit 1.  If you can go to

13  page 110 on paragraph 32.

14     A  Okay.

15     Q  So it reads:  Based on my 40 years of vast

16  global experience with dozens of manufacturers, I

17  could confirm that value-added services such as

18  coordinating the order details, coordinating

19  factory deliveries, monitoring and managing

20  inventory levels, analyzing telemetry data and

21  calibration of chemicals based on weather,

22  storage, and other variables are all typical and

23  common examples for distributors in the chemical

24   industry.

25            These are the all value-added services

1   provided by DGS and Mid-South?

2            Did I read that correctly?

3       A  Yes.

4       Q  So in your expert report you are saying

5   value added serviced provided by DGS and Mid-South

6   include the calibration of chemicals based on

7   weather, storage, and other variables.

8            Am I right?

9       A  Yes.

10           Q  So based on your testimony you just

11  provided, this statement is not accurate, correct?

12           MR. DALEY:  Objection.

13      A  Yeah probably calibration may not be the

14  correct term there but calibrating the amount of

15  chemicals or making adjust measurements, I guess

16  to the chemicals would be better way to explain

17  it.

18      Q  How did -- well, actually let me bark up,

19  tell me what is coordinating order details?  What

20    is that?

21        A  Well, in most distributor and procurement

22    environments there's a -- there are requisitions

23    that are generated at the buyer site saying what

24    products of raw materials are needed, and then the

25    buyer places an order for those products.  With

1    the distributor.

2            Then the distributor may have to find a

3    chemical manufacturer.  They may use one they have

4    used before.  They may have a food vendor list

5    from International Paper and they go to those

6    vendors.

7            They coordinate time and materials and

8    delivery, and organize the purchase of those

9    products to arrive on time for production at

10   International Paper.

11           There's a lot of looking at schedules,

12   making phone calls, coordinating you know, what is

13   available, finding those chemicals, arranging to

14   purchase them, arranging for the final delivery.

15          There is quite a bit of administrative

16     work in that regard.

17          Q  Would International Paper arrange for the

18     supply are its specialty chemicals with the

19     specialty chemical manufacturer?

20          A  I'm sorry, I couldn't -- did you say rely

21     -- I can't hear that.

22          Q  Sorry.  Would International Paper arrange

23     for the supply of specialty chemicals with the

24     manufacturer of the specialty chemicals?

25          A  Yeah, so sometimes -- so this is another

1     common process in procurement is the ultimate end

2     user, the buyer in this case, International Paper,

3     would sometimes negotiate contracts with the -- a

4     manufacturer, and then they hand off the order

5     processing part to a distributor.

6          So they have what they called approved

7     vendor list, and sometimes have negotiated rates.

8     And then the distributor steps in and arranges the

9     individual procurement -- the individual purchase

10    orders or individual deliveries, makes, you know,

11   makes logistics arrangements.

12       Q  Is that what took place in this case for

13   International Paper with its specialty chemicals?

14       A  Yeah.  I believe I read somewhere that

15   this were some negotiations and approved vendors

16   by International Paper.  I'm not sure it happened

17   in every situation but I think it what -- that was

18   done in some cases, and that's a fairly common

19   process.

20       Q  So, in this situation that you just

21   described, the service that distributor is

22   providing is -- the order processing part; is that

23   right?

24       A  Yes, and yes, and by individual purchase

25   orders, so, you know, International Paper may have

1    been negotiating some -- the annual usage so they

2    might need 100 tons of something annually, and

3    then the distributor takes individual purchase

4    orders so in January they need 8 tons and in

5    February they need 2 tons and in March they need

6    12, so forth so their individual purchase orders

7    as needed to keep the production line going, and

8    the distributor manages that process.

9         Q  In that scenario, what is the distributor

10   doing that International Paper couldn't do itself?

11        A  Basically nothing.  If International Paper

12   chose to hire a bunch of people to monitor, to you

13   know chemical engineers to evaluate order

14   processing people, I mean, they are essentially

15   placing orders through the distributor has an

16   outsourced service provider, so they could

17   probably do all of that stuff themselves but they

18   choose not to and instead pay a vendor to do it

19   for them.

20        Q  So International Paper still spending

21   money to place orders, it's just they are spending

22   the money to place orders with the distributor

23   instead of manufacturer; is that right?

24        A  They are sending money?  Say that again.

25        Q  Yeah.  International Paper is still

1    spending money to place orders, it's just they are

2    spending the money to place orders with a

3    distributor rather than the manufacturer; is that

4    right?

5           MR. DALEY:  Objection.

6       A  Yes, in a way.  I mean so they are placing

7    order through the distributor but you know, as

8    we've been talking about, there are many other

9    value-added services that are being provided in

10   addition to just order processing.

11      Q  Would it be fair to say that the value of

12   the order processing that DGS provided would

13   equate to the cost of the time DGS expended to

14   arrange for the purchasing?

15          MR. DALEY:  Objection.

16      A  No.  I think it's way more complex than

17   that.  I mean, these are -- these are orders for

18   chemicals.  They are specialty chemicals and in

19   order to process an order like that you have to

20   have knowledge and experience to understand what

21   it is, you know, where it's going to be used, how

22   much inventory you need to sustain a machine.  I

23   mean there is much more context around a chemicals

24   environment than there would be if you were just

25   ordering paper clips or something like that.

1    Q  So your testimony is that the order

2  placement DGS engaged in required education in

3  chemistry?

4        MR. DALEY:  Objection.

5    A  Yeah, I would say probably education

6  and/or experience in the chemicals industry, yes.

7    Q  Do you know the level of education of

8  Jyotika Balsara?

9    A  I'm not sure, no.  I think Mark Allen

10  testified he thought she was an engineer.

11    Q  I remember her testifying that she only

12  got a high school degree.  Do you recall reading

13  that on your transcript?

14    A  I don't remember, no.

15    Q  Do you recall that Ms. Balsara said that

16  she had had to knowledge of chemistry, do you

17  recall seeing that on her transcript?

18        MR. DALEY:  Objection.

19    A  No, I don't remember.

20    Q  Who at DGS was placing the orders?

21    A  I don't know.

22      Q  Was its Jyotika Balsara?

23         MR. DALEY:  Objection.

24      A  It could be.  You know, based on the

25   interpretation of what to order appear so forth.

1   Anybody could act as that -- in that

2   administrative role.

3      Q  So does it administrative role is

4   different from what you just described as the role

5   that requires a degree in chemistry, is that what

6   I'm understanding from you?

7      A  I didn't put it that way and I wouldn't

8   put it that way.  I mean this is a process, so,

9   you know, what kind of inputs they got from, from

10   Mark Allen or from Shiv regarding you know usage

11   or that sort of thing ultimately they might hand

12   off after they made that interpretation hand arch

13   the information to someone else to place the

14   actual order, but you know, you can't -- you can't

15   put it in a box like that just saying that, one

16   person is placing the orders with no context.

17   There's broader business context and technical

18    context involved in processing those orders.

19         Q  Tell me how DGS processed orders for

20    International Paper?  What was involved?

21         A  I don't know.  I didn't exam the actual

22    process.

23         Q  So, you don't know how DGS coordinated

24    order details as you provide in paragraph 32?

25         A  Well, yeah, I didn't look at their process

1     document, how they place orders or if they even

2     have one.  But, certainly you know based on the

3     information and the testimony, I don't recognize

4     what that process is.  And it is you know

5     accepting information from International Paper,

6     monitoring the requirements, and then executing

7     those orders with manufacturers.

8          Q  What testimony that you saw provides the

9     basis for your opinion?

10         A  Well, I think in general, the testimony of

11    Mark Allen certainly, and then Shiv's statement.

12    There is -- there's you know information in emails

13    and -- and other documents that I looked at, that

14    you know, reflect information regarding orders.

15        Q  What twas Shiv's statement?

16        A  Yeah, I was going to say I don't -- I

17    didn't read anything from him.  I mean that was

18    part of criminal case, I guess, and out of scope

19    for what I was looking at but I think I read some

20    -- from the Court documents the filings, maybe a

21    complaint, information regarding what happened,

22    so...

23        Q  So there was no Shiv statement that you

24    read or there was?

25            MR. DALEY:  Objection.

1        A  I don't think, yeah, I don't think I read

2    any statement from him.

3        Q  And you say the testimony of Mark Allen

4    provided the process for coordinating the order

5    details as well; is that right?

6        A  I think that was context but then you

7    know, I reviewed a lot of exhibits and other

8    documents related to ordering details so I don't

9    know if there was any place that specifically laid

10   out the order process but it's -- it's all party

11   of the body of information that I reviewed and how

12   I formed my opinion.

13        Plus, you know, just having experience and

14   knowing how distributors work, it's pretty common

15   knowledge.

16        Q  Those documents that you reviewed as part

17   of the body of knowledge, are all of those in

18   attachment A?

19        A  Yes.

20        Q  So if I were to go through and review all

21   the documents in attachment A, I would be able to

22   identify the value-added service that DGS provided

23   of coordinating order details?

24        MR. DALEY:  Objection.

25        A  Yes, I think you could assemble a story

1    about value-added services, and processing orders

2    and information from -- from all of those

3    documents, yes.

4      Q  So was processing orders by DGS more

5  complicated than someone at International Paper

6  emailing Jyotika Balsara and saying we need 100

7  pounds of this specialty chemical and Jyotika

8  Balsara forwarding the email to the chemical

9  manufacturer.

10         Was there more to it than that?

11         MR. DALEY:  Objection.

12      A  Women, sometimes, yes and I think it's

13  important to recognize that even when you simply

14  forward information you do that within the context

15  of understanding the chemical industry, how it

16  works.  You know I'm sure she had background in

17  placing orders prior to that, or you know, in or

18  orders.  She may settle asked questions bit unless

19  you look at the individual transaction but it's

20  more to it than just pass through information.

21         As Mr. Glasser suggests, this is not

22  simply a passing-through paper.  This is a

23  chemical engineering environment, which requires a

24  lot lot of expertise.

25      Q  Expertise did Jyotika Balsara have?

```
 1      A  I don't know.  So, she may not have had a

 2   chemical engineering degree but she might have had

 3   experience or certainly learned from a chemical

 4   environment.  I don't know what she brought to the

 5   table.

 6      Q  But you say it is more than just a

 7   passthrough, right?

 8      A  Well, yeah.  She may have spoken with

 9   someone about the order.  She may have asked for

10   interpretation.  Who knows.  I -- unless you know

11   I saw some evidence in that regard, I don't know

12   if she did or she didn't.

13      Q  Is it your opinion that Mid-South was a

14   real distributor?

15         MR. DALEY:  Objection.

16      A  I don't know.  It's my understanding these

17   were the same people running both companies just

18   under different names.

19      Q  Is it your opinion that DGS was a real

20   distributor?

21      A  Can you define what you mean by real?

22      Q  Did DGS do more than engage in a conflict

23   of interest with a buyer from International Paper

24   to obtain a markup of 21 percent on every single
```

25    specialty chemical item it purchased from chemical

1    manufacturers without doing anything other than

2    occasionally reading a tank level monitor and

3    forwarding orders from International Paper to the

4    chemical manufacturers?

5        MR. DALEY:  Objection.

6     A   Okay.  So that kind of a long question.

7    Let me try to remember it all, break it down so

8    first of all, I don't think this was a standard 21

9    percent.  Even Mr. Glasser who is an accountant

10   was able to show in some cases it was higher and

11   over all, on average, based on his numbers, markup

12   was 19 percent.

13        That was the average.

14        But there is likely to be changes in the

15   markup amounts depending on what's being acquired.

16   There might be a sale on a specialty chemical and

17   then you make a bigger margin, or there might be,

18   you know an end of life of a chemical, and it's

19   expensive because of that.

20          So, who knows.  We have to exam every
21   single individual transaction to understand
22   whether the markup was promote or typical or there
23   was extenuating circumstances.
24          Now, I don't remember the other half of
25   your question.

1          Q  You know, it was a long one I was trying
2    to define what I meant by what is a real
3    distributor.  So maybe I'll just try again based
4    on my attempt at definition.
5              Is DGS a real distributor?
6              MR. DALEY:  Objection.
7          A  I'm sorry, I don't know what you mean by
8    real physically, yeah, they exist, or did exist.
9    I don't know if you mean that's what is real, or
10   I'm not sure.
11         Q  Sure.  Yeah.  It's a tough word.  How
12   about is DGS more than a sham entity?
13             MR. DALEY:  Objection.
14         A  Absolutely.  Absolutely.  They provided
15   lots of services, value-added services.  They

16   existed.  They were real people.  They had a real

17   company.  They had real chemical engineers that

18   had background in this industry.  They provided

19   ordering services.  My understanding is they

20   negotiated with manufacturers from time to time.

21        They visited plants.  They did you know

22   valuation.  They read telemetry.  Those are all,

23   you know, very valuable value-added services.

24        Q  What did Shiv do for International Paper?

25   What value-added services did Shiv provide to

1   International Paper?

2        A  I'm not sure.  I do know that he chemical

3   engineer by training.  So I don't know how he

4   interacted with the people in his own company or

5   with International Paper.  I'm not sure about that

6   but he certainly has the background to be involved

7   with this kind of ordering process.

8        Q  In paragraph 32 you note in a Mr. Shiv

9   Kumar had a PhD in chemical engineering, am I

10   right on that?

11    A  Yeah, I was corrected after I submitted

12    this report.  Apparently he's got an undergraduate

13    in chemical engineering and two master's degrees.

14    One from a university in India, which sort of is

15    interpreted as a PhD, but, may not be I guess just

16    a master's degree, but certainly a lot of

17    background and education in chemical engineering

18    for sure.

19    Q  Why did you put PhD in chemical

20    engineering in your report?

21    A  I don't know.  At the time I thought he

22    had a PD and, you know once again, often in my

23    experience, often people who get advanced degrees

24    in India, once they pass the bachelor's level,

25    sort of everything after that is a PhD kind of

⌃

1    term that they use, so somewhat different than

2    what we would qualify for in the U.S.

3    Q  Yeah.  But what document told you that he

4    has a PhD in chemical engineers?  Did you call him

5    up?  How did you figure that out?

6         MR. DALEY:  Objection.

7      A  I don't remember.  Must have been in

         8   something I read or or reviewed in some way or

         9   another.  I'm not sure.

        10      Q  Okay.  Do you think it was a document from

        11   DGS that listed him with a PhD in chemical

        12   engineering?

        13      A  I don't know.

        14         MR. TOWNSEND:  Kieran, let's go ahead and

        15   pull up Exhibit 4 November 4th, 2019 PowerPoint.

        16         A/V TECHNICIAN:  I put it in the chat.

        17   It's loading.

        18         MR. TOWNSEND:  This one is also a little

        19   large.  It may take us little while.  After this

        20   one we should have smooth sailing.

        21         MR. DALEY:  I'm going to hold you to that,

        22   Nate.

        23         MR. TOWNSEND:  Oh-oh.

        24         A/V TECHNICIAN:  It should be available in

        25   the chat for everyone.

         1         MR. TOWNSEND:  Thank you.

2     Q  Ms.  Coates, if you haven't already

3  started, if you could download that and start the

4  process of opening it up.  It may take a few

5  minutes.  It's taken me a few minutes, at least.

6     A  Okay.

7     A  Okay, I've got it.

8     Q  Great.  Have you seen this document

9  before?

10    A  Yes, I believe this is one that I

11 reviewed.

12    Q  And is this -- if you can remember -- the

13 same document that you cite at footnote 19 of your

14 report?

15    A  It's number 163?

16       (Marked for identification Exhibit 4.)

17    Q  That base label is not going to align.  I

18 just realized that, but you know if max will allow

19 it I am going to represent to you that this is the

20 same document and it sounds from what I -- from

21 what you just said have you seen it before; is

22 that right?

23    A  Yeah.  I've seen JAG.INS.000014.  That's a

24 document that I reviewed.  Is this the same

25 document, is that what you're saying?

1    Q  Yes, it is.

2    A  Okay.

3    Q  And so, as you can see in this very first

4  page this is a PowerPoint with, Inc. name it on

5  right?

6    A  Yes.

7    Q  Written on November 4th, 2019?

8    A  Yes.

9    Q  If we can go down on point 4.  Let me know

10  when you're there?

11      MR. TOWNSEND:  Is that the one that says

12  team?

13    Q  Yes.

14    A  Somehow I can't read the page numbers on

15  this thing.

16    Q  Oh, okay.  Well, going forward I'll just

17  let you know what heading is yes, it is the one

18  that says team.

19    A  Okay.

20    Q  Ms. Coates, who is Scott Minter?

21    A  I don't know.

22    Q  Did he work for DGS?

23      A  That's what it looks like but I don't know

24  for sure.

25      Q  So it looks like that is it possible that

1  that is not accurate?

2          MR. DALEY:  Objection.

3      A  I have no way of knowing.

4      Q  Well, why would someone put Scott Minter's

5  name on the team listed with all the other DGS

6  people?

7          MR. DALEY:  Objection.

8      A  I have no idea.  I don't know why.

9      Q  Did Joe Arnold work for DGS?

10     A  I don't know.

11     Q  Is Joe Arnold a real person?

12         MR. DALEY:  Objection.

13     A  I have no idea.

14     Q  Does Preston Tynes work for DGS?

15     A  I don't know.

16     Q  So, how many people worked for DGS as of

17  November 4th, 2019?

18        MR. DALEY:  Objection, asked and answered.

19     A  Yeah, as I testified before I don't have

20  any idea.  I don't know.

21     Q  So if you don't know how many people work

22  at DGS, how do you know they were performing all

23  value-added services you described in paragraph

24  32?

25        MR. DALEY:  Objection.

Page 86

1     A  I described in paragraph 32 the common

2  services are provided by a distributor, and a

3  chemical distributor in particular, would give

4  context to it.

5        Who the people were, they were 1099

6  employees, or W-2 employees, or any of that, I

7  don't know.  It's just out of scope for what I was

8  asked to provide an opinion on.

9     Q  But you did more than that you also said

10  that these are services provided by DGS/Mid-South,

11  right?

12     A  Yes.

13     Q  Okay.  So it's not just services provided

14    by your typical chemical distributor, right?

15         A  I'm not sure what you mean by typical

16    chemical distributor.  Distributors are not all

17    that typical.  They are not standard, anyway.

18         Q  Ms. Coates, flip down to the next page,

19    heading reads current presence distribution in

20    manufacturing centers?

21         A  Okay.

22         Q  So did DGS have a distributor and

23    manufacturing center in Burlingame, California?

24         A  I don't know.

25         Q  Will it says so here, right?

1         MR. DALEY:  Objection.

2         A  Well, that's what says, sure, but, you

3    know, they may have a network partner or you know,

4    it's not unusual to see companies describe

5    partnerships or their distribution network through

6    you know, partners or outsource providers.

7         Q  Who was the network?

8         A  I don't know I don't know what the answer

9    to that question.

10       Q  First of all, who is the network partner?

11   You say they may have a network partner?

12          MR. DALEY:  Objection, asked and answered.

13       A  Once again I don't know what their

14   business setup was like.  That's out of scope for

15   what I was asked to opine on.

16       Q  So you are just speculating?

17          MR. DALEY:  Objection.

18       A  I was just giving you an opinion on what

19   I've seen in the world.

20       Q  Did DGS have a distribution and

21   manufacturing center in Nanjing, China?

22       A  I don't know.  Yeah, my opinions, based on

23   my experience they probably had a partnership or

24   some kind of manufacturer there that they source

25   from.

1       Q  So based on your experience, you say they

2    probably had a partner, is that what I just heard?

3       A  A partner or some kind of supplier, yeah.

4       Q  Who was that?

5      A  I don't know.  I just said based my

     6  experience, that's very likely.

     7      Q  So is your experience just speculation?

     8          MR. DALEY:  Objection.

     9      A  It's not speculation.  My experience is

    10  hard core what I've seen happen, and in chemicals

    11  in particular, Nanjing is a very industrialized

    12  city in China near Shanghai, about an hour from

    13  Shanghai.

    14          Shani, India is another sort of chemical

    15  producer environment so it's quite possible they

    16  were sourcing from those places whether they were

    17  partners or sources I don't know.

    18      Q  You say it's quite possible they were

    19  sources.

    20          Is it quite possible they were sourcing

    21  from those places to tell to International Paper?

    22      A  I -- I suppose because think think they

    23  were pretty captive to International Paper.

    24      Q  How many customers -- I'm sorry, go ahead?

    25      A  Yeah, I don't know for sure.  I didn't see

1   any evidence regarding that.

2       Q   How many customers did DGS have?

3       A   I think International Paper was perhaps

4   their only customer, although I think I read

5   somewhere that Mid-South was created to serve

6   other customers so, possible they had others but I

7   don't have any firm answer for that question

8   either.

9       Q   You say you think read something that

10  Mid-South was created to serve other customers, do

11  you recall what document that was?

12      A   I don't, no.

13      Q   Do you recall who the other customers

14  were?

15      A   No.

16      Q   What was the distribution and

17  manufacturing center that DGS had in South

18  Carolina?

19      A   I don't know.

20      Q   Did DGS have any manufacturing or

21  distributor center as provided on this slide?

22      A   I don't know.  I don't have any way of

23  knowing that information and that was -- that's

24  out of scope for what I was asked to opine on.

25        Q  Well, you've been asked to opine and you

      1    have opined that DGS provided value-added

      2    services, right?

      3        A  Yes.

      4        Q  So, was one of value-added services acting

      5    as a distributor?

      6        A  Well, not acting as.  They are a

      7    distributor.

      8        Q  Okay.  So but they didn't have any

      9    distribution centers, that is your testimony?

      10        MR. DALEY:  Objection.

      11        A  It's -- a little bit apples and oranges.

      12    Distribution centers are usually places where you

      13    like Target or Wal-Mart has a distributor center

      14    and they distribute to their stories from there.

      15        That's not what happens in the chemicals

      16    industry, so it's not likely that a distributor

      17    would have that kind of distribution center.  They

      18    would be placing orders only as needed, not

      19    stocking inventory somewhere.

      20        Q  It might be a little difficult to find but

21   if you could flip down to page 14, the slide says

22   DGS to foamer team.

23       A  Okay.

24       Q  See the top left it says, CEO PhD chemical

25   engineering.

1           Do you see that?

2       A  Yes.

3       Q  And the email below says Shiv Kumar at

4   Diversified Global Sourcing, Inc. start?

5       A  No.  It says Shiv Kumar at

6   DiversifiedGlobalSourcing.com.

7       Q  You're right.  That was a test.

8       A  Good.  I thought I passed.

9       Q  Is this where you determined that Shiv had

10   a PhD in chemical engineering?

11       A  It's possible that I read that, but you

12   know once again I think it's somewhere

13   interpretive in terms of how degrees are

14   recognized in India.

15       Q  Well, do you know that Shiv testified that

16    he did not have a PhD?

17        A  I don't know.

18        Q  You didn't read the CEO of DGS's testimony

19    before coming in to testify on whether or not DGS

20    was a legitimate value-added distributor?

21        MR. DALEY:  Objection, asked and answered.

22        A  Yeah, once again I'm not sure what you

23    mean by legitimate.  That's -- you have to define

24    that nor me if you want me to answer that

25    question.

Page 92

1        Q  You didn't read the testimony of the CEO

2    of a company that you say provided value-added

3    services to International Paper?

4        MR. DALEY:  Objection, asked and answered.

5        A  It's my understanding that testimony was

6    related to the previous case, not in this case, so

7    it was out of scope for what I was asked to

8    evaluate so the answer to that is no, I did not

9    read it.

10        Q  Do you real lied that he testified last

11    week in this case?

12      A  Did I what?  Did you realize that Shiv

13  testified last week in this matter.

14      A  No, I didn't know that.

15      Q  Do you realize that Shiv Kumar employed

16  the Fifth Amendment when asked what value-added

17  services DGS provided?

18      A  No, I was not aware.

19      Q  Is that that the sort of thing a

20  distributor who provides value-added services

21  normally does?

22          MR. DALEY:  Objection.

23      A  I have no idea.

24      Q  How many distributors that you know of has

25  the CEO pled the Fifth Amendment?

↟

1          MR. DALEY:  Objection.

2      A  I -- I haven't been involved in any cases

3  like that, so I don't know.

4      Q  One more question on this document,

5  Ms. Coates.

6          If you can go down to page 17, it says

7   about DGS Nanjing.  Let me know when you're there.

 8       A  Okay.

 9       Q  Okay.  The at the bottom of this slide it

10   says 2,000 customers worldwide.

11          Do you see that?

12       A  Yes.

13       Q  The previous testimony was that DGS only

14   had one customer, right?

15          MR. DALEY:  Objection.

16       A  Yes, this is regarding a manufacturing

17   site in Nanjing and who knows how many customers

18   they would have.

19       Q  So is it your testimony that DGS had a

20   manufacturing site in Nanjing?

21          MR. DALEY:  Objection.

22       A  Based on my experience, they were sourcing

23   from a manufacturing plant in Nanjing.

24       Q  And they were sourcing from a

25   manufacturing plant in Nanjing, they didn't have a

⌃

 1   manufacturing plant in Nanjing?

 2       A  That's very, very typical that companies

3    would have a partnership with a manufacturer in

4    China, so they don't necessarily and usually don't

5    own the factory but they are partnered with them,

6    so, you know some kind of arrangement where they

7    are sourcing from that factory.

8        Q  Who are they sourcing to besides

9    International Paper?

10       A  Objection.

11          MR. DALEY:  Objection.

12       A  Who was who sourcing to.

13       Q  Who was DGS sourcing to beside

14   International Paper?

15          MR. DALEY:  Objection.

16       A  Well, that's a funny way of putting it.

17   So sourcing meanings buying.  So it looks to me

18   like they may have been sourcing or buying from a

19   factory in Nanjing and then reselling to

20   International Paper for certain chemicals.  That's

21   what looks like to me.  I'm not sure I know for

22   sure.

23       Q  Okay.  Besides International Paper, who

24   are they reselling to?

25       A  I don't know.

1      Q  But it says here this are 2,000 customers

2  worldwide, right?

3      A  No.

4         MR. DALEY:  Objection.

5      A  Sorry.

6         MR. DALEY:  Objection, asked and answered.

7  You can answer.

8      A  No, that's not what that I said.  This

9  looks to like their -- this is my opinion, not

10  based on any factual information but my opinion

11  and what I have seen over and over in sourcing in

12  China, which I've worked in that industry for 20

13  years just in sourcing in China, so it looks to me

14  like they were a sourcing from a manufacturer in

15  China, maybe had a partnership with them and that

16  manufacturer in China had 2,000 customers.  They

17  are not representing DGS has 2,000 customers.

18      Q  Where's the partner's name on this slide?

19         MR. DALEY:  Objection.

20      A  It doesn't look like it's listed anywhere.

21      Q  It just has DGS, doesn't it?

22      A  Yeah.

23          MR. DALEY:  Objection.

24      A  Yes, but that would be on purpose.  They

25  don't want any DGS customers to intermediate and

1  go direct to any kind of manufacturer so that's

2  usually protected information.

3      Q  International Paper didn't know the

4  chemical manufacturers?

5      A  That's possible, yes.

6          MR. DALEY:  Objection.

7      (The court reporter asked for clarification.)

8          MR. DALEY:  I'm sorry, I was just saying

9  objection to Nate's question prior to the answer.

10      Q  Ms. Coates, did International Paper know

11  the existence of Nalco?

12      A  I believe they were listed Nalco, yes.

13      Q  Did he know the existence of Kamira?

14      A  I think that was one of the companies that

15  was listed, yes.

16      Q  Did he though the existence of Ollen?

17      A  Yes.

18      Q  Did they know the existence of Sollenous

19   (phonetic)?

20       A  I believe so, yes.

21       Q  Did they know the existence of

22   Georgia-Pacific?

23       A  Yes.

24       Q  Who among the manufacturers at DGS

25   purchased from did International Paper not know

Page 97

1    about?

2        MR. DALEY:  Objection.

3        A  I don't know -- I don't know, but it

4    wouldn't be -- it wouldn't be unusual.  I would be

5    surprised by that, sometimes a distributor sources

6    from places that are not identified on purpose

7    because that information is protected.

8        In other cases, they are buying from an

9    approved vendor list by, in this case,

10   International Paper.  Just it's -- you know there

11   are a lot of different models and there are no

12   strict guidelines or requirements in general in a

13   sourcing kind of environment like this.

14      Q  You mentioned previously that you had a

15  lot of experience in sourcing in China; is that

16  right?

17      A  Yes.

18      Q  Did you ever hear of DGS before this case?

19      A  Nope.

20      Q  It says DGS has 2,000 customer, right?

21          MR. DALEY:  Objection.

22      A  I don't think so.  You know, based on

23  experience, if I were a buyer at International

24  Paper I looked at this slide, I would know

25  immediately that that is some kind of

⬆

1  manufacturing plant in Nanjing and that DGS is

2  buying from them.

3          What it says on this slide is that

4  manufacturing site has 2,000 customers worldwide.

5      Q  Where does it say this manufacturing site

6  has 2,000 customers worldwide?  Where does it say

7  it on this slide?

8      A  I --

9          MR. DALEY:  Objection.

10      A  It says it on the bottom so it's a review

11  of manufacturing capability at this particular

12  manufacturing site.

13      Q  Where does it say those words on this

14  slide?

15          MR. DALEY:  Objection, asked and answered.

16      A  It doesn't have that title but these are

17  all the components.  It's largest anti-foam

18  production base in China covers 15 acres.  It's R

19  and D.  It's raw material storage.  It's anti-foam

20  manufacturing.  It's you know how much they

21  produce per year and 2,000 customers they are

22  producing for.

23      Q  This secret supplier the largest antifoam

24  production base in China provided on this slide,

25  do you think would you have heard of them before?

1           MR. DALEY:  Objection.

2       A  Not necessarily if I wasn't working in

3  that -- in that sector, not necessarily.

4           There are millions of manufacturers in

5    China.

6        Q  Did you rely on this material to come to

7    the conclusions in your expert report?

8        A  Did I rely on this document --

9        Q  Yes.

10       A  -- that is what you asked?

11           Well, it was certainly part of information

12   that I reviewed.

13       Q  That's the same document that came up at

14   footnote 14, right?

15       A  Yes okay.

16           MR. TOWNSEND:  We've been going a while,

17   so how we take ten.  Everyone can stretch their

18   legs maybe we come back at round it up and say

19   12:00 Pacific, 3:00 Eastern.

20           Does that work for everyone?

21           THE WITNESS:  Yes, okay.

22           (Off the record.)

23   BY MR. TOWNSEND:

24       Q  Ms. Coates, I'm kind of paraphrasing here,

25   but did you testify previously that not all

1   distributors provide the same level or time types

 2   same types of services as each other?

 3       A  Correct.

 4       Q  Okay.  And you also said that you did not

 5   identify a distributor that provided the same

 6   level of and types of services as DGS, right?

 7       A  Right, ands that because distributors are

 8   individuals.  They provide different levels,

 9   different kinds of services.  They have different

10   employees.  They are you know might have different

11   approaches.  There is all sorts of differences.

12   I'm not sure there is exactly the same kind of

13   distributor available to compare.

14       Q  The same question with Mid-South, you

15   didn't identify another distributor that provided

16   the same level of types of services as Mid-South?

17       A  Correct.

18       Q  Okay.  So, if every single distributor has

19   a different level of service and type of service,

20   how do you know that DGS's markup was reasonable.

21   As you an I outlined in my report the starting

22   won't would be 8 to 10 percent markup, that's just

23   for providing basic answering the phone, order

24   processing, order fulfillment kind of services.

25          Then you would add additional percentage

1    points for additional kind of services that would

2    be provided, and that's, you know, clearly context

3    in terms to of chemical engineering.  That's you

4    know, the ability to read telemetry, to monitor

5    what's going on to have consideration given to the

6    environment based on chemical engineering

7    background.  It's, you know, coaching

8    manufacturing/engineering.  There result kind of

9    additional services that DGS was providing to make

10   that percentage higher than just the very floor

11   baseline 8 to 10 percent?

12       Q  So, how did you get from the baseline

13   floor of 8 to 10 percent to opining that DGS's

14   markup of 19 percent is reasonable?

15       A  So, I opined that the reasonable

16   percentage was 15 to 20 percent.  Mr. Glasser

17   showed a series of markups based on what DGS

18   bought product for and had a they resold it for

19   and he came up with 19 percent.  That -- that

20   different is 19 percent on average aggregated

21    across multiple purchase orders.

22         So, I said 15 to 20.  He said 19.  So I

23    think we're in alignment there.

24      Q  Okay.  But how did you get to 15 to 20

25    percent from 8 to 10 percent then?

1      A  So, this is based on my experience and the

2    kind of sort of sophisticated services that DGS

3    was providing, so beyond just ordinary order

4    processing and coordinating, they were providing

5    chemical engineering context, tell -- telemetry

6    monitoring, they were providing coaching

7    information to manufacturing/engineering, you

8    know, when you receive an order and try to

9    understand how at the going to be used there is

10   some interpretive knowledge there.

11        I mean, this is -- this is not, you know,

12   your average pass through sort of electronics

13   distributor that's going to sell connectors.

14        This is sophisticated background

15   information about usage and the -- in the

16   chemicals industry.

17     Q  So --

18     A  I was going to so it's way beyond the just

19  the 10 percent.

20     Q  Did you try to quantify how much of the

21  tell meter services DGS provided as value to

22  International Paper?

23     MR. DALEY:  Objection.

24     A  No.  My opinions sort of lumped all of the

25  additional chemical services together.  And it

1  falls within what I've seen over you know many,

2  many, many purchasing departments and purchasing

3  arrangements to be 15 to 20 percent when there's

4  expertise added to the ordinary baseline order

5  processing.

6     Q  So did you try to quantify informant

7  value-added services that DGS or Mid-South

8  provided?

9     Q  When you say quantify, you mean given a

10  specific calculation?

11     Q  Yes.  Did you try to put a dollar value on

12    the services they were providing?

13        A  No.

14        Q  So, if you don't know if DGS provided

15    telemetry services for every specialty chemical

16    that it sold to International Paper, how do you

17    know if the markup for that chemical was

18    reasonable?

19        A  Well, I doubt they were providing

20    telemetry services to every single purchase.  Some

21    of purchases were probably small, might not be

22    directly involved with manufacturing.  They might

23    have purchased for example cleaning chemicals or

24    for cleaning the machines.  Those won't require

25    telemetry.

↑

1        So I don't know how much or how little

2    they were provided.  It's just one of the

3    additional services that I considered.

4        Q  So, if you don't know if DGS was providing

5    any evaluate you added services for one of the

6    chemicals it was selling to International Paper,

7    how did you know that the markup for that chemical

8  was reasonable?

9       MR. DALEY:  Objection.

10      A  So, based on my -- my experience, in these

11  situations I bundled together what services I

12  understood they offered, which is chemical

13  engineering interpretation.  It's site visits.

14  It's understanding the process.  These are --

15  these are values and value-added services that are

16  given to International Paper in exchange for -- in

17  exchange for compensation.  That's really what

18  this markup is, is compensation for the work that

19  DGS was providing.

20      Q  Okay.  So you say you bundle together what

21  you understood they offered.

22          Do you know that they offered these

23  value-added services?

24      A  That's my understanding, that they offered

25  these services, yes.

↑

1       Q  I'm not asking for your understanding.  Do

2  you know that they provided these value-added

3    services.

4         MR. DALEY:  Objection.

5      A  Well, I only know information based on

6    what I read in the documents that I reviewed, and

7    from that information, yes.  They offered these

8    kind of services.

9      Q  Okay.  So in the documents that you

10   reviewed, we will see proof that they provided a

11   services you testified today that they provided?

12        MR. DALEY:  Objection.

13     A  Well, certainly Mr. Allen commented on the

14   kind of services he was providing and hes with a

15   primary contact for International Paper and

16   understanding that this are chemical engineers in

17   the company that understand the context and use of

18   chemicals.  That's -- that's a big value.  I mean,

19   you know, it's not any ordinary person.  It's not

20   you or I that could walk into a processing plant

21   that's using chemicals and know anything about it.

22   What to do or how much or you know, high, low, we

23   wouldn't know.

24        And so that expertise background and

25   experience is very valuable in a distributor

1  environment.

2      Q  Who are the chemicals engineers at DGS?

3      A  Well, I know for sure Mr. Allen.  He had

4  an undergraduate and master's degree in chemical

5  engineering and I think Shiv also had at least an

6  undergraduate and I think two -- two master's

7  degrees.

8      Q  Anyone else?

9      A  I don't know.

10     Q  You testified previously that Shiv, you

11  don't know what services Shiv provided, right?

12     MR. DALEY:  Objection.

13     A  Well, in a small company as running the

14  company I'm sure he had interactions regarding the

15  chemicals from time to time but I don't know

16  specifically what kind of services he added.

17     Q  So you say you're sure, but you don't

18  know?

19     MR. DALEY:  Objection.

20     A  You felony, I think it's a reasonable

21  assumption and based on what I've seen in other

22  distributors when have you people running the

23  company with experience in an industry, it's big

24    value.  It helps interpret all kinds of

25    procurement processes.

1         And I think it's what that happened here,

2    too.  We had -- or DGS had people with that kind

3    of background and experience, and that creates

4    value in a procurement environment.

5         Q  Have you spoken to anyone from DGS or

6    Mid-South in this matter?

7         A  No.

8         Q  So your understanding is just limited to

9    the transcripts that you read earlier and the

10   documents in the attachment A, right?

11        A  And the way I would interpret those

12   documents based on my education, background and

13   experience in procurement.

14        Q  Besides Mark Allen, who else at DGS

15   provided value-added services to International

16   Paper?

17        A  The whole company is a distributor, so as

18   a whole, you look at the company as a whole, and

19  every person that work there's or contributes to

20  the work that happens there, is providing

21  value-added services, so you would look at it as a

22  whole.

23      Q  Okay.  But --

24      A  It's not like can you say one person part

25  of DGS doesn't add value.  I mean that's not

1  appropriate.

2      Q  What value did Balsara provide to

3  International Paper?

4      A  I just have a general understanding of her

5  participation I understand she placed orders,

6  coordinated orders, answered the phones, answered.

7      Q  Besides Mark Allen and Balsara, who at DGS

8  was providing value to International Paper?  Was

9  there any other names you could identify?

10      A  Well, Shiv.

11      Q  But didn't you just said you don't know

12  what services Shiv provided, right?

13      A  No, I didn't say that.  I said -- you have

14  to take in context.  He's the CEO.  He's running

15    the company.  He's chemical engineer by training.

16    I'm sure there were -- there was context provided

17    that was helpful and added valid you.

18         Q  Okay.  So you're sure, that is what you

19    said, you're sure, that you testified under oath

20    that you're sure Shiv provided those services?

21         MR. DALEY:  Objection.

22         A  I'm sure he was the CEO, yes.

23         Q  Okay.  But you're sure that he provided

24    value-added services?  You also said that, right?

25         MR. DALEY:  Objection.

1          A  Yes, I think that is a reasonable

2    assumption and I could be sure of that assumption.

3    He's got chemical engineering background is, you

4    know, he's working in a chemical engineering

5    distributors ship obviously he has valid you to

6    add.

7          Q  Do you understand when he was asked in

8    hire deposition what services did you provide to

9    International Paper, he answered that he was

10  exercising his right often the Fifth Amendment

11  because he didn't want to incriminate himself.

12          Do you understand that?

13          MR. DALEY:  Objection.

14      A  I did into the read that testimony so I

15  don't have an opinion about that.

16      Q  Well, would that change your assumption

17  that you're so sure that Shiv provided value-added

18  services?

19          MR. DALEY:  Objection.

20      A  Probably not.

21      Q  So, if Shiv Kumar pled the Fifth Amendment

22  to avoid incriminating himself when he was asked

23  what value-added services you provided to

24  International Paper, you would still assume that

25  he provided value-added services to International

1   Paper?

2           MR. DALEY:  Objection, asked and answered.

3   Compound, of the last two questions asked.

4       A  I don't have any idea why he answered the

5   way he did.

```
 6        Q  Do you think he was afraid he would

 7   incriminate himself?

 8          MR. DALEY:  Objection.

 9        A  I don't know.

10        Q  So, you've expressed some confusion about

11   Mid-South.  I think we would all agree.  And to

12   paraphrase you, you said you understand that

13   Mid-South was really the same company as DGS, just

14   owned by the same people, but under a different

15   name, is that your understanding?

16          MR. DALEY:  Objection.

17        Q  Did I get that right?

18          MR. DALEY:  Sorry, Nate, objection.

19        A  First of all, I'm not confused.  And

20   secondly, yeah, that's my understanding, yes.

21        Q  Okay.  Do you know who Jasmine Manichean

22   is?

23        A  No.

24        Q  Did that person work for Mid-South?

25          MR. DALEY:  Objection.
```

1    A  I don't know.

2    Q  Do you know Shay Rons Jane?

3    A  No.

4    Q  Do you know if that person worked for

5    Mid-South?

6        MR. DALEY:  Objection.

7    A  I don't know.

8    Q  Do you understand that Jyotika Balsara

9    used the false name of Jasmine Manichean while

10   working at Mid-South?

11       MR. DALEY:  Objection, the witness already

12   stated she doesn't know who that is.

13   A  I don't know.

14   Q  So, do you understand that Mid-South was

15   created to trick the majority suppliers so len is

16   into believing that so len is in was working with

17   someone other than Shiv?

18       MR. DALEY:  Objection.

19   A  I have no idea.  That wasn't anything I

20   was asked to opine on, so I didn't do any research

21   in that area, and so I have no opinion, and no

22   knowledge.

23   Q  But you have an opinion that Mid-South

24   provided valid you added services to International

25   Paper?

1      A  I guess, I -- I suppose so.  It's my

2   understanding it was the same company, so just a

3   different name and I don't know why that happened.

4   I don't know what the business profile or set up

5   was, I don't know how to answer that other than,

6   yeah, I mean, they are the same company providing

7   chemical engineering distribution chemical

8   distribution services and chemical engineering

9   services.

10     Q  So your testimony is that someone under

11  the banner of Mid-South provided chemical

12  engineering services, that's what you are opining

13  today?

14         MR. DALEY:  Objection.

15     A  Yeah, that's not what I said.  I think I

16  said they were the same companying and they were

17  providing distributor services.

18     Q  And what are distributor services?

19     A  Okay.  As we have talked about several

20  times, so, a distributor processes orders, they

21  coordinate deliveries.  They provide logistic

22    services.  They and in this case, because we're

23    talking about chemical engineering, they provided

24    telemetry readings.  They were on-site, and worked

25    with engineers to adjust machinery.  They look at

1    inventory levels so all these things were the kind

2    of services they provided in addition to order

3    processing.

4        Q  So, again, your testimony that is someone

5    at Mid-South provided telemetry services, is that

6    what I'm hearing from you?

7        MR. DALEY:  Objection.

8        A  I don't know if those services were

9    provided under the moniker of Mid-South or DGS,

10    but, it's my understanding they were the one and

11    the same company so I'm not sure they made that

12    distinction.

13        Q  Ms. Coates, can you go back to Exhibit 1

14    for me.

15        A  Okay.

16        Q  All right.  And we're still on paragraph

17  32, which is on page 11, if you can flip back

18  there.

19      A  I'm there, yes.

20      Q  Okay.  So I think you were going to

21  explain this previously, but we'll talk about it

22  now.  There is a footnote 18 here, right?

23      A  Yeah.

24      Q  Okay.  And this footnote was meant to

25  support the statement that these are the

1  value-added services provided by DGS and

2  Mid-South, correct?

3      A  Yes.

4      Q  Okay.  When we flip down to footnote 8 it

5  says add references to DGS/Mid-South value-added

6  services documents, right?

7      A  Um-hmm.

8      Q  So I understand well I'll just ask you:

9  Was that just an oversight on your part?

10      A  Yeah, I didn't mean to submit it without

11  adding those references, so, yeah, it was just a

12  mistake.

13    Q  Okay.  And were those references going to

14  come from attachment A?

15    A  Yes.

16    Q  Okay.

17    A  And then -- and then I would also mention

18  that in afterwards, I also received the testimony

19  of Mark Allen and Balsara, so, that would have

20  been part of reference, if I had seen those prior

21  to writing this report.

22    Q  Okay.  Now, your testimony, though, is

23  that the documents in attachment A would support

24  your opinion that DGS and Mid-South provided valid

25  you added services?

⬆

1    A  Yes.

2    Q  Okay.

3    MR. TOWNSEND:  Kieran, can we go and put

4  in Exhibit 4A, which is title March 31, 2023

5  email, which is a typo.

6    (Marked for identification Exhibit 4A.)

7    Q  Okay.  It looks like it's coming up.

8    Ms. Coates, can you download and open that when

9    you get a chance?

10      Q  Do you have that up Ms. Coates?

11      A  It's loading.  I think.  It looks plank.

12      Q  There's some text at the very top of it is

13   this it's a one-page document.

14      A  Yeah, but it's just the header the rest is

15   blank.  Let me try to download it again.  Hold on.

16      MR. DALEY:  I think to save some time, I

17   think the message header from sent to subject and

18   attachments.  Nate, is that right?

19      A  Yes, that's right.

20      MR. TOWNSEND:  Yes, that's right.

21      A  I have the header information.

22      Q  Great.  I think you got it then.

23   Ms. Coates, what is this document?

24      A  I don't know.

25      Q  Is this one of the documents you included

1    under attachment A?

2       A  Yeah, I would have look at it.  It's some

3    kind of email header.

4       Q  So why did you include it in attachment A

5    to support the opinion that DGS and Mid-South

6    provided value-added services, if you don't know

7    what it is?

8       A  It's one of the documents that I reviewed

9    and so I included all of the reviewed documents

10   that were provided to me in my appendix.

11      Q  Okay.

12      Q  What specific documents from attachment A

13   did you mean to include in footnote 18?

14      A  Oh, I don't know.  I would have to go back

15   through and them look.  I can't tell you off the

16   top of my head.

17      Q  So you didn't have a summary somewhere of

18   what you meant to insert in footnote 18?

19      A  Probably, yeah.  I probably had it listed

20   somewhere just neglected to add it prior to

21   submission.

22      Q  Okay.  Can you just try to jib what those

23   documents were, based on your memory?

24      A  You know I think I had some kind of

25   general opinions about how a distributor of

1  chemicals would operate in this end coo of

2  environment backed up by information that I read

3  in emails and/or other documents.

4      Q  Okay.  What, are those emails and or other

5  documents though?  Can you describe what those

6  were?

7      A  I cannot off the top of my head.  Sorry.

8  I would have to go back and look through them and

9  try to remember.

10     Q  Do you have an approximation of how many

11  there were?

12     A  No.

13     Q  Was it more than 10?

14        MR. DALEY:  Objection.

15     A  I don't know I don't remember but there

16  were a lot of documents that I went through,

17  probably 40 or 50, so, somewhere in this.

18  Somewhere between zero and 50.

19     Q  So, wait your testimony is that you went

20  through between zero and 50 documents, is that

21  what you said?

22     A  I can't remember exact count but yeah I

23  think there is probably 40 or 50, maybe more.  I'm

24    looking at the appendix right now on my report.

25    And there is two and a half pages, three and a

1    half, maybe.  So there is lots of documents

2    reviewed.

3        Q  You read all of these documents, though,

4    right?

5        A  Yes.

6        Q  And do -- you think there is 50 but it

7    could be more, based on what's listed here in

8    attachment A?

9        A  Are you asking how many documents I

10    reviewed?

11       Q  Yeah.  My previous question was not well

12    stated.

13        Do you know just how many documents you

14    read?

15       A  Give me a minute.

16       MR. DALEY:  Objection.

17       A  Well, it looks like a quick summary here,

18    150, 160 documents were provided to me and I

19    reviewed.  I don't know how many of them related

20    specifically to value-added services?

21        Q  I was trying to get clarification when you

22    said 50.  All right.

23        Ms. Coates, if you can pull your expert

24    report back up so we're back on Exhibit 1.

25        A  Okay.

1        Q  And go to page 12, paragraph 38.

2        A  Okay.

3        Q  All right.  So there's a first sentence

4    there reads:  Typical markup by distributors of

5    manufactured good is is 15 to 20 percent.

6        Right?

7        A  Yes.

8        Q  What is the basis for that opinion?

9        A  40 years of working in procurement and

10    global supply chains.  I mean that's very typical

11    markup for anybody in a manufacturing -- any

12    distributor in a manufacturing environment.

13        Q  Is it typical -- typical markup for a

14    distributor that's engaging in a conflict of

15    interest with its customer?

16         MR. DALEY:  Objection.

17      A  I -- I have no idea.  That soups like it's

18    a legal question.  I don't know.

19      Q  Down -- I guess I'll call it subparagraph

20    I, which is in italics which it says:  Distributor

21    markup is generally 20 percent but depending on

22    the industry, the markup could be as low 5 percent

23    or as high as 40 percent.

24         Did I get that right?

25      A  Yes.

1      Q  Is appears that this is a quote from

2    footnote 21, is that correct, or am I wrong on

3    that?

4      A  That's correct.

5      Q  How did you locate the source of that

6    footnote 21?

7      A  So, that was also Google search and it's

8    from a site called PROS.com and once again, my

9    experience I would firmly say based on my

10    experience, 15 to 20 percent is very average for a

11    manufacturing distributor of any kind and so, I

12    was looking for validation of that and did a

13    Google search and PROS.com came up.

14        Q  What was the -- what were the words you

15    used when you performed your search?

16        A  I don't remember.

17        Q  Was it something like what is a

18    distributor markup?

19        MR. DALEY:  Objection.

20        A  It could be I -- you know this was a

21    couple months ago.  I have no idea I used as a

22    search term.

23        Q  Okay.  And did you when you performed the

24    search, how many sources did you review that the

25    search returned?

1        A  I don't remember.

2        Q  Was the PROS.com article the first result

3    that Google returned?

4        A  I don't know, probably not, but I don't

5    know for sure.

6      Q  Okay.

7         MR. TOWNSEND:  Kieran, if we can put in

8   6A, what is a distributor screenshot.

9         (Marked for identification Exhibit 5.)

10     Q  Ms. Coates, let me known when have you

11  that up?

12     A  Okay.  So.

13     Q  So --

14     A  Wait a minute I don't it have yet.

15     Q  I'm sorry, I thought that meant you were

16  good?

17     A  Okay, I have it up.

18     Q  So this is going to be Exhibit 5, and you

19  will see, Ms. Coates, in the search bar it says

20  what is a distributor markup, right?

21     A  Yes.

22     Q  And the first results on this screenshot

23  is the PROS.com article, right?

24     A  Yes, but I don't use Bing so I would have

25  -- I would have accessed this via Google search.

1      Q  Okay.  But it would be possible for

2    someone using Bing to locate same article you

3    located using a search like one in the search bar,

4    right?

5        MR. DALEY:  Objection.

6      A  I would assume so.  I don't use Bing so I

7    can't tell you for sure, but, I would assume so.

8      Q  Okay.  So someone used Google and put in

9    what is a distributor markup, they would be able

10   to find in PROS.com article, right?

11       MR. DALEY:  Objection.

12     A  Probably, yes, I think that's I found it,

13   yes.

14     Q  So, really, anyone with a search engine

15   could have pulled this article that's in your

16   report, right?

17     A  Yes

18    (The court reporter asked for clarification.)

19       MR. DALEY:  Objection.

20       THE WITNESS:  Sorry, I keep talking over

21   you.

22       MR. DALEY:  That is okay.

23     Q  All right.  We'll flip back quickly to

24   your report, Ms. Coates.  And we're still on the

25   same page on Exhibit 1.  On paragraph 38, subpart

1   II, it says:  Typical resale is anywhere from 15

2   to 30 percent depending on the chemical.

3   Chemicals like N-Serve can be as much as 50

4   percent.

5        Did I read that correctly, Ms. Coates?

6     A  Yes.

7     Q  So, is N-Serve a chemical used by

8   International Paper?

9     A  Oh, I don't know.  I think this particular

10  quote is related to farm chemicals, so, but, you

11  know, I don't know if it's also used at IP.

12    Q  And that quote is come from footnote 22 is

13  which down at bottom as a hyperlink to a new AG

14  talk, right?

15    A  Yep.  I would also add you can find

16  hundreds of documents in a search that will show

17  you the typical markup is 20 percent so I could

18  have used any document to validate my experience,

19  my own experience, that 20 -- 15 to 20 percent

20  markup is -- is very common in a distribution

21  environment.

22    Q  So, are you saying that if I used Google

23  or Bing, I could locate hundreds of documents that

24  will all show that the typical distributor markup

25  is 20 percent?

1    A  Yes.

2    Q  So is this just like a universally

3  accepted fact throughout the entire distributor

4  world?

5        MR. DALEY:  Objection.

6    A  As I said several times, this is very

7  typical in -- in a distributor environment in

8  manufacturing.  And I think you find there is lots

9  of evidence to point to that -- that fact in my

10  experience, that 15 to 20 percent is just common.

11  It's used over and over again, and that's

12  generally where a distributor ends up in terms of

13  pricing.

14        MR. TOWNSEND:  Kieran, let's dump in what

15  labeled as Exhibit 7.  It will be our Exhibit 6.

16        (Marked for identification Exhibit 6.)

17        MR. TOWNSEND:  Into the chat, please.

18      Q  Ms. Coates, I'm sure you know the drill by

19  now, if you could download and open that up,

20  please.

21      A  Okay.

22      Q  Ms. Coates, is this the document cited at

23  footnote 22 of your report?

24      A  Maybe.  I don't URL on there to validate

25  -- this is the one but it's possible.

&uarr;

1      Q  Okay.  Well, does it look familiar to you?

2      A  Yes.

3      Q  Who is 1sprayer?

4      A  I don't know.

5      Q  So, are you relying on the comment by

6  1sprayer on this document about what the typical

7  markup is in chemical distributing?

8      A  No.  I think -- no.  I mean, these are

9  just all comments of common use.  The validated

10  exactly what I was saying in my experience, that

11  the -- there's a wide range of markups and it

12  depends on the individual -- what's individual lid

13    negotiated in a purchase environment, so it can be

14    all over the place.  In this case, 15 to 20

15    percent is pretty average for manufacturing

16    environment and I was looking specifically for

17    chemical resale.  And, you know, that's pretty

18    much what says throughout this whole document, is,

19    you know, 15 to 20 percent is privilege average.

20        Q  Why did you look specifically for chemical

21    resale?

22        A  Because that's what DGS does.

23        Q  Didn't you just testify that the average

24    over the entire world is 15 to 20 percent?

25        MR. DALEY:  Objection.

1        A  Yeah, in a manufacturing environment, yes,

2    and this is part of that manufacturing

3    environment, yes.

4        Q  So why did you need to bother to make sure

5    a specific to chemicals if it doesn't matter what

6    manufacturing environment it's in?

7        A  Well, I think, you know, this case is

8    about chemicals in a manufacturing -- used in

9    manufacturing.  So it's relevant whether it's

10   chemicals or other distributors of manufactured

11   goods or raw materials.  It's relevant and it's

12   also you know based on lots and lots and lots of

13   negotiating situations that I've been in with --

14   with purchasing departments.

15       Q  So, you've been in a negotiation with a

16   purchasing department from a company that is

17   buying specialty chemicals?

18       A  Yes, so, specialty chemicals are often

19   part of a manufacturing process, so, yes, I've

20   been in involved in multiple manufacturing

21   environments that use chemicals in their process.

22       Q  That's not my -- that's not really what I

23   asked though.  You have been involved in the

24   negotiation and purchase of specialty chemicals,

25   that is what I understand from you?

1        MR. DALEY:  Objection.

2        A  Yes, I can think of one stance and I'm

3    sure this are many mores since it's a common -- a

4    congressmen item to purchase by purchasing

 5    departments, and I certainly worked dozens of

 6    purchasing departments, so, one I particularly

 7    remember Lumber Liquidators I worked on a

 8    consulting project there, helping their purchasing

 9    department.  They buy all kinds of specialty

10    finishing products that I helped negotiate a

11    contract with.

12        Q  And the contract was for specialty

13    commemorate chemicals?

14        A  Yeah, small-used chemicals different kind

15    of finishes, yes.

16        Q  Who were you working for at that time?

17        A  Lumber Liquidators.

18        Q  So you were on the buying side for Lumber

19    Liquidators?

20        A  Yes.

21        Q  Okay.  Who else did you -- well let me

22    withdraw you mentioned dozens of other examples of

23    instances where you saw the purchase of specialty

24    chemicals.

25            Did I get that right or is that not right?

1        A  Yes, that's right.

        2        Q  Okay.  So what -- what were the other

        3   buyers of the specialty chemicals?

        4        A  Well, so, in a buying situation like that,

        5   for a big company that's doing manufacturing, or

        6   has similar services that their providing,

        7   especially chemicals are one category of something

        8   that would be purchased.

        9           So in working and teaching these buyers

       10   and purchase departments I came across a lot of

       11   situations where they were buying specialty

       12   chemicals.  So, you know, I taught classes at

       13   American airlines.  I taught at FedEx.  I taught

       14   at Google.  I taught at Freeman.  Think make

       15   displays for -- for conferences.  You know, so all

       16   of these companies buy chemicals as part of

       17   manufacturing process or in case of FedEx or

       18   American airlines they are buying chemicals for

       19   their aircraft, for multiple purposes, cleaning

       20   and so forth.  So, yeah, I moon I was involved in

       21   a lot of that negotiating.

       22        Q  You say you a taught classes.  Is that the

       23   same thing as negotiating the purchase in your

       24   mind?

25      A  Yeah, we used real live examples of

1    negotiations that the buyers were involved with

2    and in case of American airlines they went

3    bankrupt about ten years ago and we re-negotiated

4    over 500 individual contracts that they had under

5    the bankruptcy so that they could get discounted

6    and so forth, so... all kinds of crazy stuff you

7    can imagine an airline needs, you know, and all

8    those contracts were re-negotiated.

9      Q  Ms. Coates, if you could go back to you're

10   report, which is Exhibit 1, and turn to page 8 at

11   paragraph 25.

12     A  Okay.

13     Q  So, this prove reads:  IP's policies for

14   supplier diversity program state that the purpose

15   of program was to promote the growth and

16   development of minority disabled and women-owned

17   businesses.

18        In addition, the policy states that IP

19   will source its goods and services requirements on

20   a competitive basis to retain the greatest value

21   in terms of quality, cost and service.

22        Did I get that right?

23   A  Yes.

24   Q  So if someone at International Paper

25   sourced its goods and services from a diversity

1    supplier on a noncompetitive basis, that would be

2    a violation of this policy, right?

3         MR. DALEY:  Objection.

4    A  I guess.  I'd have to examine the

5    particulars but, yeah, probably.

6    Q  And if someone from International Paper

7    sourced goods and services from a diversity

8    supplier in the way that did not attain the

9    greatest value in terms of quality, cost and

10   service, that would be a violation of this policy,

11   right?

12        MR. DALEY:  Objection.

13   A  Yeah.  I don't know how you would measure

14   the greatest -- the greatest value.  That would be

15   tough.  You would really have to dig into that to

16   determine what would be the greatest value, what

17   won be I mean, yeah, yes, in general that's what

18   you would -- you would look for is a diverse

19   supplier that provides value, the greatest value.

20        Q  Okay.  Let's flip down to the next page,

21   to paragraph 26.  And it says:  IP is a diversity

22   program was a business strategy.  Business case

23   for the supplier diversity program included some

24   fact that some of IP's customers required

25   diversity spend reporting.

1        Now, Ms. Coates, what customers of

2   International Paper required diversity spend

3   reporting?

4        A  Well, I think a couple are mentioned there

5   but the one that stands out to me is BASF and they

6   required annual reports.

7        Q  Besides BASF, was there anyone else?

8        A  Give me just a minute.  Proctor & Gamble.

9        Q  Besides BASF and Proctor & Gamble, was

10   there any other customer of International Paper

11   that required diversity spend reporting?

12       A  Those are the only two I know of.  I'm

13   sure there are more.  There's a common requirement

14   of companies, big companies in particular, that

15   want to know how much diversity there is in their

16   supply base, so, yeah, it's common requirement.

17       Q  Is a requirement that International Paper

18   report how much it spent with diversity suppliers

19   the same thing as requiring International Paper to

20   spend a certain dollar amount with diverse

21   suppliers?

22       A  I guess it would determine on how they

23   negotiate with their customers, so, yeah, I mean

24   it's different if you have a specific dollar

25   target, it's different from just reporting the

Page 132

1   total spend.

2       Q  Did BASF require a specific dollar target

3   in diversity spend reporting I'm sorry let me

4   completely redraw that question.

5       Did BASF require a specific dollar target

6   from International Paper regarding International

7    Paper's spend on diversity suppliers?

        8        A  I don't know.

        9        Q  Did Proctor & Gamble require a specific

       10    target of diversity spend from International

       11    Paper?

       12        A  I don't know.

       13        Q  Is it possible for International Paper to

       14    expect pocket its diverse suppliers to provide

       15    value-added services while International Paper

       16    also benefits from the goodwill of its customers

       17    from retaining diverse suppliers?

       18        MR. DALEY:  Objection.

       19        A  I'm sorry, can you wry read that question?

       20        Q  Yeah.  It's a tough one is it possible for

       21    International Paper to expect one of its diverse

       22    suppliers to provide value-added services while

       23    also benefitting from the goodwill of its

       24    customers from retaining that diverse supplier?

       25        MR. DALEY:  Objection.

        1        A  Well, first of all, yes, I mean obtaining

2    goodwill from their customers is really important

3    when a customer is choosing who to source from

4    providing diversity is -- is certainly a waiting

5    factor, and a good thing.  And then can they

6    ex-pocket value-added services from a diverse

7    supplier, if you're talking about value-added

8    services through a distributor, yeah, I mean I

9    think there is an expectation value-added services

10   are provided through you a distributor that's kind

11   of their main -- their main thing and their

12   reselling and providing services.

13         Value-added services from a direct

14   supplier without a distributor involved, may or

15   may not add value.  I don't know, but it certainly

16   adds to the total diversity spend and therefore

17   has value to the buying company with respect to

18   their customers, so it has assume you to IP with

19   respect to say BASF.

20      Q  Okay.  So, IP could benefit from using a

21   diverse supplier by both obtaining customer

22   goodwill and obtaining the value-added services

23   from the diverse supplier, right?

24      A  That's correct.  And there are other

25   benefits also that are outlined by IP, goodwill in

1  the community, you know, economic effect that it

2  has on communities growth and development.  I mean

3  it's just there are lots of benefits to choosing a

4  diverse supplier.

5      Q  Okay.  If you could flip down to page 10,

6  at paragraph 28.

7      A  Okay.

8      Q  It says:  In addition several

9  International Paper's customers such as Proctor &

10  Gamble and BASF also required specific diversity

11  goals and programs.

12        My question is, what is a diversity goal

13  in this sentence?

14      A  Since my understanding that International

15  Paper set specific goals for procurement, so that

16  they could find and place orders with diversity

17  suppliers, and that's what I was referring to.

18      Q  But this sentence says that Proctor &

19  Gamble and BASF required this diversity goal, not

20  International Paper.  Right?

21      A  Yeah.  So, the same thing on the customer

22  side, they probably have targeted goals that they

23   are trying to meet so they are looking for a

24   customers that can provide diversity either

25   directly or in Tier II supplier so in that

1    scenario, DGS would be considered a Tier II

2    supplier.

3        Q  So, you just testified previously that you

4    don't know if BASF and Proctor & Gamble required

5    specific spend targets on diversity suppliers,

6    right?

7        MR. DALEY:  Object.

8        A  Right, I don't know.

9        Q  So you don't know if Proctor & Gamble and

10   BASF required International Paper to hit a

11   specific spend target on diversity spend, right?

12       A  I don't know if they required that or not

13   I.  I just know they required reporting.

14       Q  So the words here -- I'm just trying to

15   get an understanding.  The words diversity goals

16   and programs here is just diversity spend

17   reporting, is that what you meant to convey in

18   paragraph 28?

19      A   It's not just the reporting.  A goal is a

20   target, so they are probably reporting against a

21   target of some kind or another.  I don't know

22   whether you notation know whether it's percentage

23   or a dollar amount or a general statement bit, I'm

24   not sure.

25      Q   Society says BASF required a specific

1   diversity goal, right?

2      A   Yes.

3      Q   And you just said that goal is a target,

4   there is a what I just heard?

5      A   That's what a goal is, yes.

6      Q   But you've also just testified that you

7   don't know if BASF required a diversity spend

8   target, right?

9      A   I don't know if they provided -- or if

10   they required a specific dollar amount or

11   percentage.  They obviously required reporting

12   against it.  They have a goal of reporting against

13   it but whether or not that's tied to a specific

14 dollar amount, I don't know.

15     Q  How do you know they required?

16     A  It's footnoted in 16, it's a document that

17 talks about the requirements of BASF.

18     Q  Okay.  So, if we go down to footnote 16,

19 that's going to support your statement that BASF

20 required a reporting on diversity spend?

21     A  Yes.

22     Q  Okay.  And it also says to finish out this

23 sentence, IP's customer BASF required IP to report

24 on diversity spend every year.

25        Is that right?

1     A  Yes.

2     Q  So that footnote is going to support the

3 fact that BASF required diversity spend every

4 year, right?

5     A  Yes, it's annual reporting I believe is

6 what I read, yes.

7     Q  Okay.  Do you know what time frame you had

8 in mind when you said every year?  Like how many

9    years?

10        A  I don't know.

11        Q  Then it did it start in 2011?

12           MR. DALEY:  Objection.

13        A  I don't know.

14        Q  Did it start in 2018?

15           MR. DALEY:  Objection.

16        A  I don't know what year it started.

17        Q  Okay.

18           MR. TOWNSEND:  Kieran, let's say pull up

19    what I've labeled as Exhibit 2, September 4th,

20    2019, email and we will mark this as Exhibit 8, I

21    think, if that's right.

22           A/V TECHNICIAN:  This one would be 7 if

23    you would like I can just let you know what we're

24    marking as I drop that in the chat.

25           MR. TOWNSEND:  Fantastic, if you can

⬆

1    handle that I would appreciate it that thanks.

2           A/V TECHNICIAN:  So this is Exhibit 7.

3           (Marked for identification Exhibit 7.)

4        Q  Ms. Coates --

5      A  -- am I looking at something called

      6   Exhibit 2?

      7      Q  That's right.  It's labeled that way?

      8      A  That's the title?

      9      Q  Yep.  Just let me know when have you it

     10   open?

     11      A  I have it open, yes.

     12      Q  All right.  Ms. Coates, do you see the

     13   date of first e-mail is September 24th, 2019?

     14      A  Yeah.

     15      Q  So is this email chain and feel free to

     16   look through the whole thing but is this email

     17   chain coming from the fall of 2019?

     18      A  Yes.  Let me have a look at it, please.

     19      Q  Of course.  Just let me know, Ms. Coates,

     20   when you're done but take your time.

     21      A  Okay.

     22      Q  So, were all these emails sent in the fall

     23   of 2019?

     24      A  Yes.

     25      Q  Okay.  And you're using this document to

```
1   support your opinion that BASF required

2   International Paper to report its diverse spend

3   for every year --

4       A   I just want to make sure that is the --

5   that's the right Bates number on my report too.

6           One second.  I think that is.  I see 1227

7   oh, yeah, yeah.  This is the same document.

8       Q   Okay.  So, where on this document did

9   someone from BASF requiring International Paper to

10  report the diversity spend?

11      A   I think the very last component, on

12  Thursday, July 18th, from BASF.

13      Q   So this is --

14      A   Yeah.  It says:  Answer the following

15  questions.  State if you're working with diverse

16  suppliers.  Giving the categories.

17          And then further up at the top they talk

18  about reporting quarterly.

19      Q   Let's unpack that for a second.  So you're

20  saying the first email from Ruales on July 18th,

21  2019, this email supports your assertion that BASF

22  required International Paper to report its

23  diversity spend?

24      A   Well, they are asking for them to answer
```

1       Q  Is that the same thing as reporting

2   diversity spend as you asserted in your report?

3       MR. DALEY:  Objection.

4       A  I didn't -- yeah, you can see that at very

5   top, or they say, we can add them to Q3 reporting.

6   It's implied.  Their asking questions about the

7   diversity program and then response from

8   International Paper is we didn't -- we will add

9   you.  We didn't have you added on to the reporting

10  list but we'll add you.

11      Q  So it's implied, is that's your testimony?

12      MR. DALEY:  Objection.

13      A  In this particular document, yes.

14      Q  Okay.  Do you have any other documents

15  besides this one to support your assertion in your

16  report that BASF required diversity spend

17  (coughing) International Paper?

18      A  I think there was presentation made

19  internally at IP that talks to this and talks

20  about required reports by customers.  I don't know

21  what the name of that -- or the Bates number is on

22  that document but it was internal presentation.

23        Oh, I think it's JAG.INS00143193.  That's

24  a diversity presentation.

25        Q  That diversity presentation is going to

1  have BASF as one of the customers listed?

2        A  I don't know if it says BASF, but I think

3  it speaks to the reasons why they have a diversity

4  program and that customers are asking for this

5  information.

6        Q  Okay. Let's flip back to Exhibit 1, which

7  is your report.  We are going to be page 10 at

8  paragraph 29.

9        A  Okay.

10        Q  So, did you see any documents where the

11  spend International Paper made on DGS was reported

12  to an International Paper customer?

13        A  I'm not sure they were identified by name.

14  I think the reporting was aggregation of what the

15  spend was.

16    Q  The last sentence on paragraph 29 says:

17    Without a successful diversity program any IP

18    customer with diversity spend requirements may

19    have withdrawn their business causing a

20    significant loss of revenue for International

21    Paper.

22         So, my question is, is the phrase

23    "diversity spend requirements" the same as

24    "diversity spend reporting"?

25    A  Will, no.  They are certainly related

1    reporting is related to the requirement but, no,

2    it's not exactly the same thing.

3    Q  Okay.  Well what is diversity spend

4    requirements?

5    A  It may be internally there are spend

6    requirement targets that were initiated by the

7    diversity group inside of IP that I read about.

8    And then a customer may also require a certain

9    percentage.  I didn't have access that information

10    but it's not uncommon.  I've certainly seen that

11    before where customers require a you know a 10

12    percent diversity spend or greater, that's pretty

13    common.

14        Q  Okay.  But you don't know of an

15    International Paper customer who required a

16    diversity spend requirement, right?

17        MR. DALEY:  Objection.

18        A  I didn't see any documents outlying a

19    specific dollar amount but certainly that they

20    were looking for reporting.

21        Q  So it's just reporting that they were

22    looking for that you saw?

23        A  I don't know if it was just reporting like

24    I say I didn't look at any documents that would

25    out Lionel the specific program.  Just that they

1    was reporting going on and a requirement to

2    report.

3        Whether there were targets or -- I don't

4    know but it won surprise me a diversity program

5    are getting more sophisticated requiring more and

6    more spend in these categories, and I think

7    because there are lots of benefits related to

8    diversity spending.

9        Q  Did any International Paper customer

10   withdraw its business from International Paper due

11   to International Paper's failure to report its

12   diversity spend?

13       A  Did they withdraw, is that what you asked?

14       Q  Yes.

15       A  I don't know did.

16       Q  Did any customer of International Paper

17   say that they would withdraw their business if

18   International Paper did not report its diversity

19   spend?

20       A  I don't know.

21       Q  So your sentence here where you say any IP

22   customer with diversity spend requirements may

23   have withdrawn their business causing a

24   significant loss of revenue for International

25   Paper is based on speculation, corrects?

⬆

1        MR. DALEY:  Objection.

2        A  Not on speculation.  It's based on my

3    experience when you're evaluating potential

4    suppliers you look at all kinds of attributes of

5    that supplier.  So would you look at price and

6    delivery for example.  Would you look at

7    reputation.  You would look at references.  Would

8    you like at diversity spending.  And if your

9    comparing side by side, say, International Paper

10   to some other provider, and International Paper

11   has a diversity program, and spending targets, and

12   so forth, that might be what tips the balance in

13   making a decision to buy from them.

14        Or to buy from another supplier

15   competitive supplier, and take bays away from IP

16   because of a diversity program.

17        So, yeah I think it's very important in

18   making those decisions and certainly important to

19   the customers.

20    Q  Ms. Coates, flip down your report, which

21   is Exhibit 1, to page 13, at paragraph 44.

22    A  Okay.

23    Q  Can you tell me what A1 Ton pricing is?

24    A  So, A1 Ton pricing is a pricing

25   methodology based on forecast, so a company may

1    say we think we're going to use a 100 tons of

2    something, some chemical, and the pricing is based

3    po that particular forecast, and payments are made

4    based on that amount that's forecasted.

5          Then if less is used you're still paying

6    that full amount.  If more is used you still pay

7    that amount.

8          So the distributor assumes risk whether

9    it's higher or lower.  If the user is lower they

10   make more money if it's higher they make less

11   money or no money.  They may even generate a loss

12   as a result of that.  So that's the kind of

13   pricing that negotiated that should be favorable

14   to the buyer.

15     Q  Does A1 Ton have any other name that you

16   know of?

17     A  I'm trying to think what else I've seen.

18   I have seen A1 Ton before but there's a lot of

19   kind of generic labors for it forecasted pricing

20   annual standard pricing.  There are lots of

21   different kind of descriptive names.

22     Q  Did you ever see an example of something

23    like A1 Ton pricing being called cost per ton?

24        A  Cost per ton?

25        Q  Yes.

1        A  Yeah, I mean that's -- that's one way of

2    looking at price but in A1 Ton it's based on a

3    forecast so a firm amount that's forecasted.

4        Q  Do you know the two basic methods of

5    pricing that International Paper used?

6        A  I don't know if they had, you know,

7    primary approach but yeah, A1 Ton pricing is

8    common approach.

9            You can use term pricing so it's the same

10   price over a period of time.  That happens.

11           It could be individual negotiations.  So

12   chemicals that are not used very often are not

13   going to be A1 Ton pricing.  If their all used one

14   every three years things like that you would have

15   an individual bias buy so it just depends on the

16   situation and product that you're buying.

17       Q  Okay.  Do you know the two names of the

18   types of pricing that International Paper

19   specifically used?

20       A  The names that they used?

21       Q  Yes.

22       A  I don't know if I called that out in my

23   report or not.  Let me look through the pages

24   here.

25           I think that one other term that they used

1    also.  Bone dry ton pricing --

2        Q  Okay.

3        A  -- and which is price for the term,

4    that's, I mentioned before, it's a long-term

5    pricing or annual pricing, that kind of thing.

6        Q  Wait.

7        A  Yeah.

8        Q  Your testimony that is bone dry ton is

9    cost per term, that is way I'd heard?

10       A  Yeah, it's usually, or an approach where

11   the pricing is negotiated for one year so, it's

12   standard pricing for example for a year or two

13   years or three years.  And A1 Ton pricing is based

14    on a forecast usage.  There are all kinds of

15    schemes that they might use depending on what the

16    needs are in the manufacturing side.

17        Q  Okay.  So, bone dry ton is different from

18    A1 Ton is that what I'm hearing.

19        A  Yes, A1 Ton is based on a forecast.  Bone

20    dry ton is based on a time frame.

21        Q  Okay.  Are you familiar with the term

22    "cost per pound"?  Have you seen that?

23        A  Sure, yes.

24        Q  Is that the same as bone dry ton?

25        A  No.  Cost per pound is just how much it

⬆

1    cost per pound if you're buying something.   Even

2    you buy a cost per pound at grocery store, if your

3    buying orange s for example it's a cost per pound.

4           Bone dry is a negotiated price over a

5    period of time.

6        Q  Okay.  When you say here in your report

7    that A1 Ton pricing methodology entails

8    determining a forecasted usage in pricing based on

9    that forecast -- --

10      A  Right.

11      Q  -- who is doing the forecast?

12      A  Well, normally that's the can't because

13   this forecast is based on projected sales.  So.

14      Q  Okay.

15      A  IP is talking to their salespeople what do

16   you think you can sell and that translates into

17   what they are going to make and forecasts the raw

18   materials that are needed to make that product?

19      Q  If could you flip down to page 14 at

20   paragraph 45.  It said:  Managing an A1 Ton

21   pricing arrangement is challenging.  It requires

22   constant monitoring of the manufacturing processes

23   and suggested adjustments in formulas and

24   processes to optimize usage.

25          And then you say:  DGS was well suited

1   trained and educated to do this.

2          So is it your testimony that DGS did

3   require -- did perform contact monitoring of

4   manufacturing process?

5          MR. DALEY:  Objection.

          6      A  It's my understanding they did have A1 Ton

          7  pricing in a couple of instances and in order to

          8  avoid or minimize their risk, DGS's risk, they

          9  would wants to monitor that to make sure that the

         10  forecasted amount, used was accurate or less than

         11  that was forecasted because that -- that's tied to

         12  their profit margin.  If it's more than

         13  forecasted, then DGS would either have a reduction

         14  in their margin or lose money on the deal.

         15      Q  So --

         16      A  -- important that they monitor that usage

         17  for sure.

         18      Q  Did someone at DGS suggest adjust ment s

         19  in formulas and process to optimize usage?

         20      A  I don't know.

         21      Q  But it's your testimony that DGS was

         22  bearing the risk under the A1 Ton arrangement?

         23      A  Yes, the distributor assumes the risk

         24  position, yes.

         25      Q  So the manufacturers were not assuming the

1  risk is that your testimony?

2      MR. DALEY:  Objection.

3      A  The purchase orders with DGS, not with the

4  manufacturers.

5      If they -- if DGS then had a contract with

6  the manufacturer, then that might be A1 Ton

7  pricing also so there may be some -- some

8  negotiation there, but in this context we're

9  talking about the purchasing process between IP

10  and DGS.

11      Q  But the manufacturers of a specialty

12  chemicals that DGS sold to International Paper did

13  not bear the risk under the A1 Ton model, that is

14  what you're saying?

15      A  I'm sorry, repeat that question.

16      Q  The manufacturers of the specialty

17  chemicals that DGS sold to International Paper did

18  not bear the risk when A1 Ton pricing was used, is

19  that what your testimony is?

20      MR. DALEY:  Objection, sorry, Nate.

21      A  When talking  about the transaction

22  between IP and DGS, that's correct.

23      Q  Okay.  But what about the transaction

24  between DGS and the manufacturers?

25      A  It depends on the terms.  Yeah, I mean

1    there is risk involved there as well.

2        Q  So was --

3        A  But that's not part of the purchase

4    agreement between DGS and IP.

5        Q  Okay.  But DGS could pass on the risk with

6    its contract with the manufacturer, right?

7        A  Well, that's -- that's now how I would put

8    it.  I think that's not right way to define it.

9    Each transaction is independent so it's not a

10   matter of passing on risk to somebody else.  They

11   would negotiate some other kind of terms with the

12   manufacturer.  They are two separate, distinct

13   purchase processes.

14       Q  Did DGS negotiate other terms with the

15   manufacturers such that the manufacturers would

16   bear risk under the A1 Ton pricing scenario?

17       A  I don't know.

18       Q  Did the manufacturer did bare the risk

19   that would mean that DGS is not bearing the risk,

20   right?

21          MR. DALEY:  Objection.

22      A  Once again, I don't think that's the --

23  that's not the right way to think about it.  These

24  are two separate purchasing transactions.  So you

25  can't just pass off the risk to somebody else.

1   It's a transaction between IP and DGS, and A1 Ton

2   pricing arrangement, DGS assumes the risk, period.

3       Q  DGS is not capable of transferring that

4   risk, they can't physically do it somehow?

5           MR. DALEY:  Objection.

6       A  I don't know.  I have no way of knowing

7   that.  If I mean that's sort of a cavalier

8   attitude about it.  I think we need to look at it

9   as a transact between IP and DGS.

10      Q  So we should completely disregard the

11  manufacturer?

12          MR. DALEY:  Objection.

13      A  Of course you can't ever disregard the

14  manufacturer.  That's who's producing the goods

15  but that transaction between DGS and the

16  manufacturer is completely separate, and has its

17    own risk and -- and details and terms, and so

18    forth.

19         Can we take another break?

20         MR. TOWNSEND:  Sure.  Let's come back in

21    ten if that works.

22         THE WITNESS:  Yeah.

23         (Off the record.)

24         MR. TOWNSEND:  Kieran, I uploaded just new

25    one more exhibit to the file.  It's labeled Marcus

↑

1     Vance affidavit.  Could you put that in the chat.

2          A/V TECHNICIAN:  Yes, give me just a

3     moment to get it downloaded.

4          MR. TOWNSEND:  Sure.

5          A/V TECHNICIAN:  It's in the chat and this

6     will be Exhibit 8.

7          (Marked for identification Exhibit 8.)

8       Q  Ms. Coates, I'm sure you know by now, if

9     you could download and open up and let me know

10    when you have that up.

11      A  Okay.

12      Q  Okay.  Have you seen this document before?

13      A  No.

14      Q  So your lawyers did not provide the

15  affidavit of special agent Marcus T. Vance to you?

16          MR. DALEY:  Objection.

17      A  I don't think so.  I'm checking my file

18  here.  1606 on 30.  I don't think so.  I don't

19  recall seeing it anyway.

20      Q  Okay.  Do you understand that Shiv and Jag

21  are half-brothers?

22      A  That's my understanding, yes.

23      Q  Does the fact that -- let me back up.

24          Do you know who Jag is?

25      A  He was a buyer at.

↑

1  BY MR. DALEY:

2      Q  Okay.  Can you tell me any more that you

3  know about Jag?

4      A  Just that he was a chemicals buyer.  Been

5  there for 30 years.  That's bit.  I don't know

6  really any more than that.

7      Q  Did he purchase competition specialty

8    chemicals from DGS for Mid-South?

9        A  Yes, I believe so.

10       Q  And does the fact that Jag was purchasing

11   chemicals specialty chemicals from his

12   half-brother's company affect your opinion as to

13   whether DGS and Mid-South engaged in legitimate

14   arm's length transactions with International

15   Paper?

16           MR. DALEY:  Objection.

17       A  That was out of the scope I was asked to

18   look at and I don't have an opinion.

19       Q  Does the fact that Jag purchased specialty

20   chemicals from its brothers companies affect your

21   opinion as to whether DGS and Mid-South provided

22   value-added services to International Paper?

23       A  Well, again, that's out of scope, but, you

24   know, the value-added services provided by DGS are

25   well documented, and I think standalone, so I

1    don't know.  I don't -- I don't think any of that

2    knowledge would affect my opinion in any way.

3     Q  Would you agree that Jag as the buyer of

4  the specialty chemicals would be the person --

5  that would be the person at International Paper

6  who would know whether or not DGS and Mid-South

7  provided services to International Paper?

8         MR. DALEY:  Objection.

9     A  I think in general in a purchasing

10  environment, yeah, the buyer is generally aware of

11  what services are being provided but they're being

12  provided to the shop floor, essentially, you know,

13  the people that are requiring and requesting the

14  raw materials the day-to-day operations, the

15  operational people, not -- not the buyer per se,

16  so buyer's probably aware but not involved in the

17  daze to day manufacturing operations.

18     Q  So, was Jag aware of the value-added

19  services that DGS and Mid-South provided?

20         MR. DALEY:  Objection.

21     A  I have no way of knowing what he was or

22  wasn't aware of.

23     Q  He was, as you testified, the buyer of the

24  specialty chemicals for DGS and Mid-South, right?

25     A  Correct.

1      Q  Okay.  On this document you see at the top

2   it's labeled as affidavit of Special Agent Marcus

3   T. Vance, do you see that?

4      A  Yes.

5      Q  And underneath it is I, Marcus T. Vance

6   first being duly sworn and hereby do state as

7   follows...

8         Do you see that?

9      A  Yes.

10     Q  So Mr. Vance is providing these statements

11  under oath, right?

12     A  That's what looks like, yes.

13     Q  It says in paragraph 1, that is he is a

14  special agent with the Federal Bureau of

15  Investigation; is that right?

16     A  Yes.

17     Q  If you scroll down to page 3 on paragraph

18  11, let me know when you're there?

19     A  Okay.

20     Q  It says here that Jagannath stated that

21  neither DGS nor Mid-South provided any benefit to

22  IP or any other vendors right?

23         MR. DALEY:  Objection, hearsay within

24  hearsay proceeding and paragraphs both appear to

25  contain statements from IP rather than statements

1   directly from any witness.  Unclear what the

2   provenance of the statement contain within

3   paragraph 11 would be.

4       Q  Did I read that right, Ms. Coates?

5       A  You read it right and I don't have any

6   opinion about it.

7       Q  So the fact that the buyer of specialtive

8   chemicals from DGS and Mid-South saying that DGS

9   and Mid-South do not provide any benefit to IP

10  doesn't affect your opinion, is that what I'm

11  understanding?

12      MR. DALEY:  Objection, misstates the

13  evidence.  The exhibit is the statement of special

14  agent that refers to an unclear, vague statement

15  made potentially by Jagannath or IP.

16      You can answer.

17      A  Yeah, gene what the context of this is,

18  about you the evidence that I examined clearly

19    shows that DGS provided value-added services.

20        Q  Okay.  So your testimony is that the

21    evidence you examined clearly shows that DGS

22    provided value-added services?

23        A  Yes.

24        Q  Okay.  And your opinion that DGS and

25    Mid-South provided value-added services does not

1    change even though you now know that Shiv Kumar

2    has pled the Fifth Amendment when asked what

3    value-added services DGS and Mid-South provided

4    and his brother, who was purchasing those

5    chemicals has stated that DGS and Mid-South did

6    not provide any benefit -- is that right?

7        MR. DALEY:  Objection.  Sorry, Nate.

8    Objection, already asked and answered repeat times

9    the second half the question was just asked

10   Rosemary you can answer.

11       A  I have no way of evaluating the context of

12   what you just showed me or what you just told me.

13   So, it would not affect my opinion either way it's

14   what I looked at what the evidence that was made

15    available to me shows that DGS did in fact provide

16    value-added services through not only order

17    processing but evaluating requirements, reading

18    telemetry, visiting the plant, these are all

19    value-added services.

20        (Indiscernible crosstalk.)

21    Q  Who visited the plants?

22        MR. DALEY:  Objection

23    (The court reporter asked for clarification.)

24    A  Mark Allen.

25    Q  Who else?

1    A  I don't know if there were others.

2    Q  So it's just one person, then, right?

3        MR. DALEY:  Objection.

4    A  The evidence I reviewed and the testimony

5    from Mark Allen is that he visited the plants

6    whether or not there were others I don't know.

7    Q  What plants did he visit?

8    A  I -- I don't know off the top of my head.

9    I think he mentioned South Carolina and maybe

10    Mississippi.  I'm not sure.

11        Q  What did he do when he visited the plants?

12        A  He talked about helping with adjustments

13    because that had been his previous job at IP so he

14    helped the manufacturing engineers with

15    adjustments and I don't know what else he reviewed

16    while he was there, you know observing how they

17    are using the product is important information.

18        Q  So, if we pull up Mark Allen's transcript

19    and review it page by page we will find a sentence

20    where he says I helped with adjustments at a

21    International Paper mill, is that what your

22    testimony is?

23        MR. DALEY:  Objection.

24        A  I don't know if it were those words but he

25    does describe having visited at least one plant,

1    yes.

2        Q  Understand I describes visiting the plant

3    but what he does describe he did at the plant?

4        A  I think he said he talked to or general

5    talks to the people that are making software

6    adjustments to -- in the manufacturing

7    environment, you're also making adjustments to the

8    machines or the software that drives the machines

9    and those adjustments are made to add more or less

10   chemicals or different part of the process, and he

11   refers to that -- that was his job essentially

12   when he was at IP.

13        So he refers to interfacing with the

14   people that are doing it later on, and he has a

15   representative GDS helping them.

16   Q   Okay.  So he's talking to the people who

17   make adjustments in of the software machinery.

18        What did he tell them?

19        Was he telling them to it better?

20        What was he doing?

21   A   I have no idea.  I'm -- you know, I don't

22   specifically what that conversation was.  And I

23   don't -- I don't think it was reported.

24   Q   -- report Mark Allen?

25   A   I'm sorry?

1    Q  It wasn't reported by Mark Allen?

2    A  I don't remember reading it in his

3    testimony but, you know, obviously, he was

4    interfacing with these people, so he was working

5    on something with them.

6    Q  He was working with on something with them

7    is that your testimony?

8    A  Well, he's working on some kind of process

9    change or improvement or you know approach, or

10   what that ever with the manufacturing/engineering

11   team and the software people running the machines.

12   Q  So, what was the process change that he

13   was working on?

14   A  Specifically I don't know.

15   Q  Your testimony is that he was working on a

16   process change?

17   A  That was his testimony, yes.

18   Q  Okay.

19       (Indiscernible crosstalk.)

20       MR. DALEY:  Objection.

21   A  Yes, I think there is referral to in the

22   transcript, yes.

23       MR. TOWNSEND:  Okay.  So, we're done with

24   questions.  I do want to make one statement

25   though.  The witness specified that there were

1  documents that she meant to include in footnote 18

2  but she could not recall the identity of those

3  documents and they were not present so we are

4  requesting that the witness provide the documents

5  from attachment A that support footnote 18 and

6  once she has done so, we do reserve the right to

7  recall the witness after we receive that statement

8  to depose her on the amended footnote.  But

9  otherwise, we have no further questions.

10        MR. DALEY:  We'll take that under

11  advisement, Nate.  No questions from Beazley.

12        MR. TOWNSEND:  Okay.  Then I think we're

13  done Karen, Kieran, and Ms. Coates, so we can go

14  off the record.

15        (Off the record.)

16

17

18

19

20

21

22

23

24

25