# **Exhibit 6**

Message

**From:** Dalisay, Ashralene [DalisayA@DNB.com]
**Sent:** 6/28/2019 3:33:15 PM
**To:** Jyotika Balsara [jbalsara@diversifiedglobalsourcing.com]; SHIVKUMAR@DIVERSIFIEDGLOBALSOURCING.COM
**Subject:** Re: Dun & Bradstreet D-U-N-S number: 96-344-0297 Diversified Global Sourcing, Inc

Good day

We already updated the report of the company and updated report will be available within Dun & Bradstreet data base after 24-48 hours and scores will be recalculated after 5-7 business days. The estimated sales for 2018 $28 million was not added in the report as we don't have any information to back up its financials.
Thanks

If you have any further question you can email me. Thanks
Have a great day ahead!

**Thanks**
**-Ash-**



**Ashralene C. Dalisay**
**Point of Contact – Public Company Update - ACUG**
**Email: DalisayA@DNB.com**
dnb.com



---

**From:** Dalisay, Ashralene
**Sent:** Saturday, June 29, 2019 2:20:52 AM
**To:** Jyotika Balsara; SHIVKUMAR@DIVERSIFIEDGLOBALSOURCING.COM
**Subject:** Re: Dun & Bradstreet D-U-N-S number: 96-344-0297 Diversified Global Sourcing, Inc

Hi Jyotika,

We will sen you an email once we completed the updates in the report. Then once you received an email, updated report will be avaibale after 24-48 hours and scores will be recalculated after 5-7 business days.

**Thanks**
**-Ash-**



**Ashralene C. Dalisay**
**Point of Contact – Public Company Update - ACUG**
**Email: DalisayA@DNB.com**
dnb.com



**From:** Dalisay, Ashralene
**Sent:** Friday, June 28, 2019 8:29:42 PM
**To:** Jyotika Balsara; SHIVKUMAR@DIVERSIFIEDGLOBALSOURCING.COM
**Subject:** Re: Dun & Bradstreet D-U-N-S number: 96-344-0297 Diversified Global Sourcing, Inc

Thanks for your quick response

SHIV KUMAR - Executive Title is it Pres-CEO? or just Principal? do you want to add any other officer?
For his antecedents (active within the company since 2005)
Terms are undetermined  -Is is Net 30 Days, contract basis, or all cash?
Sells to  undetermined  - Will indicate commercial concerns
Territory: will indicate United States



**Thanks**
**-Ash-**



**Ashralene C. Dalisay**
**Point of Contact – Public Company Update - ACUG**
**Email: DalisayA@DNB.com**
dnb.com

   

---

**From:** Jyotika Balsara <jbalsara@diversifiedglobalsourcing.com>
**Sent:** Friday, June 28, 2019 5:50:22 AM
**To:** Dalisay, Ashralene; SHIVKUMAR@DIVERSIFIEDGLOBALSOURCING.COM
**Subject:** Re: Dun & Bradstreet D-U-N-S number: 96-344-0297 Diversified Global Sourcing, Inc

**CAUTION:** This email originated from outside of D&B. Please do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Ash,
I have responded to your questions below. Please let me know if you would like any other information and any way we can improve our scoring.
I have been looking at our DNB account online but i was unable to find "Data Depth Indicator", can you guide me as to what category this falls and what  are we scoring right now on this.
Appreciate your help,
Thank you,
Jyotika Balsara
Diversified Global Sourcing, Inc
Tel: 650-863-7208

On June 27, 2019 at 3:34 PM "Dalisay, Ashralene" <DalisayA@DNB.com> wrote:

Good day

My name is Ash Dalisay from Dun & Bradstreet (D&B) we are currently updating the business information report of the company and we would just like to confirm if the information that we have are still accurate. Please see below, thanks

Details:

D-U-N-S number: 96-344-0297
Legal Business Name: Diversified Global Sourcing, Inc
DBA (TRADENAME): **None** - **Diversified Global Sourcing Inc**
Corporate Office: 6000 Poplar Ave, Ste 250 Memphis, TN, 38119
Mailing Address: **(NONE)** - **6000 Poplar Ave, Ste 250 Memphis, TN, 38119**
Main Tel: 650 863-7208
Business Started: 2005
**Total Employees: 2**
Legal Summary:
The Tennessee Secretary of State's business registrations file showed that Diversified Global Sourcing, Inc was registered as a Corporation on August 18, 2005, under the file registration number 000500509.
Executive officer
SHIV KUMAR, PRINCIPAL
Antecedents:
SHIV KUMAR -  Work history is unknown.
Line Of Business:   business consulting services.  **, supplier of specialty chemicals for pulp and paper industry, oil & gas and related industries.**

Operations:   Operations were reported to be a provider of business consulting services. **Optimization and usage of chemicals for pulp & paper industry. Introduction of new products and  eco friendly chemicals**
**Stock owners: Undetermined**  - **100 % owned by Shiv Kumar**
Facilities:  Occupies premises in  a building. (does the company rents/lease/owns the company's corporate office). - **Lease @ 6000 Poplar Ave, Memphis, TN, 38119**
Terms:
**Terms are undetermined**  -**What type of terms are you requesting to know about. eg payment terms??**

**Sells to  undetermined** - **Pulp and paper, oil and gas and related industries**

**Territory: undetermined** - **North America, Asia**

**Thanks**
**-Ash-**



**Ashralene C. Dalisay**
**Point of Contact – Public Company Update - ACUG**
**Email: DalisayA@DNB.com**
dnb.com

