# **Exhibit 31**

Message

**From**: Joshua Hardin [joshua.hardin@kemira.com]
**Sent**: 5/23/2017 3:45:38 PM
**To**: Shiv Kumar [shivkumar@diversifiedglobalsourcing.com]
**Subject**: Re: IP Savannah - add product to diversity supply

For PAC I would agree but for ACH it is much higher. About double. So .52 to .6 is about right. ACH is 23.5 percent al2O3. Whereas PAC is only 11 percent.

Joshua Hardin
Key Account Manager
Kemira Chemicals


On May 23, 2017, at 3:17 PM, Shiv Kumar <shivkumar@diversifiedglobalsourcing.com> wrote:

Thx. I thought ACH is a concentrated version of PAC with 83% basicity. My point is that the range of PAC/ACH costs around 26-30cents/lb. Going with 47 maybe hard but I will give it a shot when I hear from Jag.

Sent from my iPad

On May 23, 2017, at 11:40, Joshua Hardin <joshua.hardin@kemira.com> wrote:

Not PAC, its ACH. It's about 2X activity of a standard PAC.


Joshua Hardin
Key Accounts Manager
Americas Paper RBU
Mobile +1 404 915 8590   joshua.hardin@kemira.com

Kemira Chemicals, Inc. | 1000 Parkwood Circle, Suite 500 | Atlanta, GA 30339 USA
www.kemira.com | www.waterfootprintkemira.com

<image001.png>

**From:** Shiv Kumar [mailto:shivkumar@diversifiedglobalsourcing.com]
**Sent:** Tuesday, May 23, 2017 2:21 PM
**To:** Joshua Hardin <joshua.hardin@kemira.com>
**Subject:** Re: IP Savannah - add product to diversity supply

Have left message for Jag to call me. Waiting to hear from him.
Question: Is the Fennofloc A19 PAC?

Sent from my iPad

On May 22, 2017, at 12:52, Joshua Hardin <joshua.hardin@kemira.com> wrote:

Shiv –

I have spoken with Jag about adding a 4th year to our existing contract extension proposal, and he has asked that we work with you to supply one of our products at this location through DGS.   The product that makes sense to Kemira would be the FennoFloc A19 in the influent clarifiers.   Our volume of business is approximately 240,000lbs/yr.  Our price to DGS on this will be $0.47/lb.  Can you work with Jag to see if you can work out a commercial offer for this

product?   I would assume this switch would take place on January 1, 2018 in line with our contract extension and would be for 4 years.

Thanks

**Joshua Hardin**
Key Accounts Manager
Americas Paper RBU
Mobile +1 404 915 8590   joshua.hardin@kemira.com

**Kemira Chemicals, Inc.** | 1000 Parkwood Circle, Suite 500 | Atlanta, GA 30339 USA
www.kemira.com |  www.waterfootprintkemira.com