# **Exhibit 32**

| Message | |
|---|---|
| From: | Ray Boudreaux/Southwest/Brenntag [RBoudreaux@brenntag.com] |
| Sent: | 4/29/2018 1:55:18 PM |
| To: | Shiv Kumar [shivkumar@diversifiedglobalsourcing.com] |
| Subject: | RE: Mills going to bid for bleach |

Shiv, we are looking at the various sites to see if we can participate. Do you have any idea of the bleach vol per site? I'm assuming Jag will be instrumental in making the call and that they want to include some or most of this on IP's minority purchase program.

Ray Boudreaux
Account Manager
Brenntag Southwest
504-957-8700
Toll Free Office 1-800-256-4848

**From:** Shiv Kumar [mailto:shivkumar@diversifiedglobalsourcing.com]
**Sent:** Friday, April 27, 2018 6:53 PM
**To:** Ray Boudreaux/Southwest/Brenntag <RBoudreaux@brenntag.com>
**Subject:** Fwd: Mills going to bid for bleach

**The five pulp mills are located in Columbus, Miss.; Flint River, Ga.; New Bern, N.C.; Port Wentworth, Ga. and Grand Prairie, Alberta, with a combined total annual operating capacity of about 1.9 million metric tons. The sale also includes two modified fiber mills in Columbus, Miss. and Gdansk, Poland.**

NOTICE OF CONFIDENTIAL COMMUNICATION This communication and any subsequent electronic communication relating to this matter, including any attachments, constitute an "electronic communication" within the meaning of the Electronic Communications Privacy Act, 18 U.S.C.A. §2510 or any similar law of any other jurisdiction. In addition, this and any subsequent electronic communication, and any attachments, may be subject to the attorney-client privilege or be considered attorney work product.

This communication, and any subsequent electronic communication relating to this matter, including any attachments, is CONFIDENTIAL and is intended solely for the addressee(s). If you are not an intended recipient, any use, review, dissemination, or copying of any such communication by you is strictly prohibited. If you believe you have received this or any other electronic communication in error, please do not read, copy, use or disclose it to others; also please notify the sender by replying to the communication, and then delete it and all accompanying files from your system. Please verify that you will delete the communication in your reply.

Please note that any views or opinions presented in this communication or any subsequent communication, including any attachments, are solely those of the author or sender and do not necessarily represent those of Brenntag or its affiliated companies. Neither Brenntag nor any of its affiliated companies accepts any liability for any damage caused by any virus transmitted by any email or its attachments.

DGS_0002145