# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| INTERNATIONAL PAPER COMPANY, ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEAZLEY INSURANCE COMPANY, ) <br>    Defendant. ) | No. 22-2789-MSN |

## ORDER DIRECTING CLERK'S OFFICE TO PAY FOR LUNCHES

The Clerk's Office is directed to pay for lunches, and other allowed expenses, for all of the jurors in the above styled case from April 26, 2024 until they are dismissed.

**IT IS SO ORDERED,** this the 26th day of April, 2024.

s/Mark S. Norris
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE