# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** Tennessee

International Paper Company

V.

Beazley Insurance Company

## EXHIBIT AND WITNESS LIST

Case Number: 2:22-cv-02789-MSN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark S. Norris | John Sylvester, Laura Veith, Timothy Townsend, Kobie Crosley | Jerry Kizer, Bradford Box, Eugene Murphy, William Daley |
| PROCEEDING/DATE: Jury Trial: 04/26/2024, 04/29/2024 - 05/01/2024 | COURT REPORTER Lisa Mayo | COURTROOM DEPUTY Bradley Gilmartin, Zandra Frazier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/29/2024 | | | Douglas Dowdell |
| 1 | | 4/29/2024 | ✓ | ✓ | IP Code of Conduct Manual   (IP 832) |
| 2 | | 4/29/2024 | ✓ | ✓ | IP Global Sourcing Policy and Procedures Manual   (IP 220) |
| 3 | | 4/29/2024 | ✓ | ✓ | IP's Supplier Diversity Policy   (IP 55) |
| 4 | | 4/29/2024 | ✓ | ✓ | Emails between D. Dowdell and M. Houser dated October 24, 2019   (IP 250) |
| 5 | | 4/29/2024 | ✓ | ✓ | Email from D. Dowdell to M. Houser dated October 27, 2019   (IP 251) |
| 6 | | 4/29/2024 | ✓ | ✓ | Information Compiled by D. Dowdell Regarding MSDG and DGS   (IP 833) |
| 7 | | 4/29/2024 | ✓ | ✓ | Email RE: Springfield Info dated October 29, 2019  (IP 1212) |
| 8 | | 4/29/2024 | ✓ | ✓ | Emails RE: DGS Business review between M. Donaldson, Jag, and D. Dowdell   (IP 260) |
| 9 | | 4/29/2024 | ✓ | ✓ | DGS Presentation to IP Titled Aligned Partnership, Aligned Success   (IP 264) |
| 10 | | 4/29/2024 | ✓ | ✓ | Emails RE: Summary of DGS meeting between M. Donaldson, D. Dowdell, and M. Houser  (IP 267) |
| 11 | | 4/29/2024 | ✓ | ✓ | Emails between M. Donaldson and D. Dowdell    (IP 254) |
| 12 | | 4/29/2024 | ✓ | ✓ | Emails from D. Dowdell to M. Donaldson   (IP 255) |
| 13 | | 4/29/2024 | ✓ | ✓ | Email from D. Dowdell to M. Donaldson and M. Houser  (IP 257) |
| 14 | | 4/29/2024 | ✓ | ✓ | Email from D. Dowdell to himself Re: Chemstone Meeting Notes  (IP 268) |
| 15 | | 4/29/2024 | ✓ | ✓ | Email from D. Dowdell Re: DX-DGS Hypo Review  (IP 1301) |
| 16 | | 4/29/2024 | ✓ | ✓ | Meeting Invitation from M. Donaldson to W. Howell, J. McDonald, D. Dowdell, B.  (IP 283) |
| 17 | | 4/29/2024 | ✓ | ✓ | Email from D. Dowdell to R. Vigil Re: Confidential Request   (IP 1305) |
| ✓ | | 4/30/2024 | | | Douglas Dowdell   (cont'd from 04/29/2024) |
| | 18 | 4/30/2024 | ✓ | ✓ | IP Supplier Diversity Presentation    (IP 828) |
| ✓ | | 4/30/2024 | | | Metrick Houser |
| | 19 | 4/30/2024 | ✓ | ✓ | International Paper Global Sourcing & Policy and Procedures Manual    (IP 939) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   2   Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| International Paper Company | vs. | Beazley Insurance Company | CASE NO. 2:22-cv-02789-MSN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 20 | 4/30/2024 | ✓ | ✓ | IP Master Speciality Chemicals Procurement Contract |
|  | 21 | 4/30/2024 | ✓ | ✓ | Eastover Specialty Chemicals Sourcing Event & Selma Specialty Chemicals Sourcing Event |
| ✓ |  | 4/30/2024 |  |  | Danny Van Horn |
| 22 |  | 4/30/2024 | ✓ | ✓ | Complaint for Damages in Chancery Court of Shelby County, Tennessee   (IP 905) |
|  | 23 | 4/30/2024 | ✓ | ✓ | Government's Unopposed Motion to Dismiss Complaint |
| ✓ |  | 4/30/2024 |  |  | Keenan Carter |
|  |  | 5/1/2024 |  |  | *** All Exhibits Returned to Counsel *** |

Page  2  of  2  Pages