IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

INTERNATIONAL PAPER COMPANY,

    Plaintiff,

v.                                                                  Case No. 2:22-cv-02789-MSN-cgc
                                                                 JURY DEMAND

BEAZLEY INSURANCE COMPANY,
INC.,

    Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed November 11, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, (ECF No. 180), filed June 26, 2024, this matter is hereby **DISMISSED WITH PREJUDICE**. Each party to bear their own costs and attorneys' fees.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

June 26, 2024
Date